## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-2628
DIRECT FAX
(917) 777-2628
EMAIL ADDRESS
JKASNER@SKADDEN.COM

RECEIVED DEC 1 3 2007 CHAMBERS OF LEONARD B. SAND

December 12, 2007

BY HAND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-07

Hon. Leonard B. Sand
United States District Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

MEMO ENDORSED

Re:   *Life Enrichment Foundation v. Merrill Lynch & Co., Inc., et al.*, 07 CV 9633 (LBS) and related actions

Dear Judge Sand:

   We represent Merrill Lynch & Co., Inc. ("Merrill Lynch") in connection with the actions identified on the enclosed chart related to Merrill Lynch's recent announcements concerning its exposure to the collateralized debt obligation and subprime mortgage markets (the "Related Actions"). It is our understanding that the Court is accepting assignment of the Related Actions. Pending the implementation of a case management plan or plans organizing the Related Actions, Merrill Lynch respectfully requests that all defendants' time to move, answer or otherwise respond to the complaints be adjourned until further order of Court.

Respectfully submitted,

*[signature]*

Jay B. Kasner

cc:   Counsel of Record
        (via facsimile or e-mail)

*Granted*
*[signature] Sand*
*12/13/07*

**MEMO ENDORSED**