UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
LIFE ENRICHMENT FOUNDATION, :
Individually, and On Behalf of All Others :
Similarly Situated, : Electronically Filed
 :
                       Plaintiff, : Civil Action No.: 1:07-cv-09633-LBS
 : (ECF Case)
     v. :
 : Hon. Lenonard B. Sand
MERRILL LYNCH & CO., INC., E. :
STANLEY O'NEAL, AHMASS L. :
FAKAHANY, GREGORY J. FLEMING and :
JEFFREY N. EDWARDS, :
 :
                      Defendants. :
------------------------------------------------------------ x
*(Additional Captions on the Following Page)*

**MOTION OF FRANKFURT-TRUST INVESTMENT-GESELLSCHAFT mbH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

```
------------------------------------------------------------ x
MICHAEL J. SAVENA, Individually, and On        :
Behalf of All Others Similarly Situated,       :
                                               :   Electronically Filed
               Plaintiff,                      :
                                               :   Civil Action No.: 1:07-cv-09837-LBS
         v.                                    :   (ECF Case)
                                               :
MERRILL LYNCH & CO., INC., E.                  :   Hon. Leonard B. Sand
STANLEY O'NEAL, AHMASS L.                      :
FAKAHANY, GREGORY J. FLEMING and               :
JEFFREY EDWARDS,                               :
                                               :
               Defendants.                     :
------------------------------------------------------------ x
GARY KOSSEF, Individually, and On Behalf       :
of All Others Similarly Situated,              :
                                               :
                                               :   Electronically Filed
               Plaintiff,                      :
                                               :   Civil Action No.: 1:07-cv-10984-LBS
         v.                                    :   (ECF Case)
                                               :
MERRILL LYNCH & CO., INC., E.                  :   Hon. Leonard B. Sand
STANLEY O'NEAL, AHMASS L.                      :
FAKAHANY, GREGORY J. FLEMING and               :
JEFFREY EDWARDS,                               :
                                               :
               Defendants.                     :
------------------------------------------------------------ x
ROBERT R. GARBER, Individually, and On         :
Behalf of All Others Similarly Situated,       :
                                               :   Electronically Filed
               Plaintiff,                      :
                                               :   Civil Action No.: 1:07-cv-11080-LBS
         v.                                    :   (ECF Case)
                                               :
MERRILL LYNCH & CO., INC., E.                  :   Hon. Leonard B. Sand
STANLEY O'NEAL, AHMASS L.                      :
FAKAHANY, GREGORY J. FLEMING and               :
JEFFREY EDWARDS,                               :
                                               :
               Defendants.                     :
------------------------------------------------------------ x
```

PLEASE TAKE NOTICE that class member Frankfurt-Trust Investment-Gesellschaft mbH ("Frankfurt Trust") by its counsel, hereby move this Court for an Order: (i) consolidating the related actions; (ii) appointing Frankfurt Trust as lead plaintiff of the securities class action against Merrill Lynch & Co.; (iii) approving Frankfurt Trust's selection of Labaton Sucharow LLP to serve as lead counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Frankfurt Trust submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: Dec. 31, 2007

Respectfully submitted,

**LABATON SUCHAROW LLP**

By:  */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Eric J. Belfi (EB-8895)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477

*Attorneys for Frankfurt-Trust Investment-Gesellschaft mbH and Proposed Lead Counsel for the Class*