UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LIFE ENRICHMENT FOUNDATION, :
Individually, and On Behalf of All Others :
Similarly Situated, :      Electronically Filed
 :
　　　　　　　　　Plaintiff, :      Civil Action No.: 1:07-cv-09633-LBS
 :      (ECF Case)
　　　　v. :
 :      Hon. Lenonard B. Sand
MERRILL LYNCH & CO., INC., E. :
STANLEY O'NEAL, AHMASS L. :
FAKAHANY, GREGORY J. FLEMING and :
JEFFREY N. EDWARDS, :
 :
　　　　　　　　　Defendants. :
---------------------------------------------------------------- x

*(Additional Captions on the Following Page)*


**DECLARATION OF ALAN I. ELLMAN IN SUPPORT
OF THE MOTION OF FRANKFURT-TRUST INVESTMENT-GESELLSCHAFT mbH
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL
OF SELECTION OF LEAD COUNSEL**

------------------------------------------------------------ x
MICHAEL J. SAVENA, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY EDWARDS,

      Defendants.

Electronically Filed

Civil Action No.: 1:07-cv-09837-LBS
(ECF Case)

Hon. Leonard B. Sand

------------------------------------------------------------ x
GARY KOSSEF, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY EDWARDS,

      Defendants.

Electronically Filed

Civil Action No.: 1:07-cv-10984-LBS
(ECF Case)

Hon. Leonard B. Sand

------------------------------------------------------------ x
ROBERT R. GARBER, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY EDWARDS,

      Defendants.

Electronically Filed

Civil Action No.: 1:07-cv-11080-LBS
(ECF Case)

Hon. Leonard B. Sand

------------------------------------------------------------ x

Alan I. Ellman declares under penalty of perjury this day 31st day of December, 2007:

1.　　I am an attorney with the law firm of Labaton Sucharow LLP. I submit this declaration in support of the motion of Frankfurt-Trust Investment-Gesellschaft mbH ("Frankfurt Trust") for consolidation, appointment as lead plaintiff of the securities class action against Merrill Lynch & Co. ("Merrill"), and for approval of selection of lead counsel.

2.　　Attached hereto as Exhibit A is a true and correct copy of the signed certification of Frankfurt Trust pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(a)(2).

3.　　Attached hereto as Exhibit B is a true and correct copy of a chart of Frankfurt Trust's transactions and approximate losses in Merrill's securities.

4.　　Attached hereto as Exhibit C is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on October 30, 2007 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of shareholders of Merrill.

5.　　Attached hereto as Exhibit D is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
ALAN I. ELLMAN (AE-7347)