# Exhibit A

## CERTIFICATION

We, Karl Stäcker and Thomas Grünewald, in the name and on behalf of FRANKFURT-TRUST Investment-Gesellschaft mbH ("FT") and of its Funds, hereby certify as follows:

1. We are authorized signatories of FT, which is a mutual fund company established pursuant to German law. FT has full and complete authority and discretion to purchase and sell securities for its Funds, and to act as attorney-in-fact for the Funds with full power to bring suit for their investment losses, including serving as lead plaintiff in this action.

2. We have reviewed a complaint alleging violations of the federal securities laws prepared against Merrill Lynch & Co., Inc. ("Merrill");

3. FT, through its Funds, purchased Merrill securities during the relevant class period, but not at the direction of counsel or in order to participate in any private action under the federal securities laws;

4. FT is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

5. FT's transactions in Merrill securities during the class period are reflected in the attached Schedule A;

6. FT has not sought to serve as a lead plaintiff in any class actions under the federal securities laws during the last three years, except the following:

    *In re Inspire Pharmaceuticals Inc. Securities Litigation*, No. 1:06-cv-00201-WLO-RAE (M.D. N.C.)

7. Beyond the pro rata share of any recovery, FT will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

8. We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 28 day of December, 2007

FRANKFURT-TRUST
Investment-Gesellschaft mbH

_____
Karl Stäcker
General Manager

_____
Thomas Grünewald
General Counsel and Manager

SCHEDULE A

TRANSACTIONS IN MERRILL LYNCH & CO., INC.

Fund Name: ERV

| Transaction Type | Trade Date | No. of Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 29-Jan-07 | 1,800 | $96.9300 | $174,474.00 |
| Sale | 7-May-07 | (1,800) | $91.4900 | ($164,682.00) |

Fund Name: IS

| Transaction Type | Trade Date | No. of Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 4-Oct-07 | 60,000 | $75.2600 | $4,515,600.00 |

Fund Name: PVI

| Transaction Type | Trade Date | No. of Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 3-Nov-06 | 26,000 | $87.6400 | $2,278,640.00 |
| Purchase | 1-Feb-07 | 10,000 | $92.8800 | $928,800.00 |
| Sale | 9-Feb-07 | (4,680) | $93.8400 | ($439,171.20) |
| Sale | 11-May-07 | (16,320) | $91.1900 | ($1,488,220.80) |

2