# Exhibit B

Class Period: 10/17/06-11/7/07

| Entity | Fund Name | Transaction Type | Trade date | Shares | Base Price Per Share | COST / PROCEEDS | 90-day value of purchased/sold shares | FIFO total | LIFO Total |
|---|---|---|---|---|---|---|---|---|---|
| Frankfurter Service | ERV | Opening Balance | 17-Oct-06 | 0 | | | | | |
| Frankfurter Service | ERV | Purchase | 29-Jan-07 | 1,800 | $96.9300 | -$174,474.00 | $100,836.00 | | |
| Frankfurter Service | ERV | Sale | 7-May-07 | (1,800) | $91.4900 | $164,682.00 | ($100,836.00) | | |
| **Frankfurter Service** | **ERV** | **Ending Balance** | **7-Nov-07** | **0** | | | | **($9,792.00)** | **($9,792.00)** |
| Frankfurter Service | IS | Opening Balance | 17-Oct-06 | 0 | | | | | |
| Frankfurter Service | IS | Purchase | 4-Oct-07 | 60,000 | $75.2600 | -$4,515,600.00 | $3,361,200.00 | | |
| **Frankfurter Service** | **IS** | **Ending Balance** | **7-Nov-07** | **60,000** | | | | **($1,154,400.00)** | **($1,154,400.00)** |
| Frankfurter Service | PVI | Opening Balance | 17-Oct-06 | 0 | | | | | |
| Frankfurter Service | PVI | Purchase | 3-Nov-06 | 26,000 | $87.6400 | -2,278,640.00 | $1,456,520.00 | | |
| Frankfurter Service | PVI | Purchase | 1-Feb-07 | 10,000 | $92.8800 | -$928,800.00 | $560,200.00 | | |
| Frankfurter Service | PVI | Sale | 9-Feb-07 | (4,680) | $93.8400 | $439,171.20 | ($262,173.60) | | |
| Frankfurter Service | PVI | Sale | 11-May-07 | (16,320) | $91.1900 | $1,488,220.80 | ($914,246.40) | | |
| **Frankfurter Service** | **PVI** | **Ending Balance** | **7-Nov-07** | **15,000** | | | | **($439,748.00)** | **($439,748.00)** |
| Frankfurter Service | PVI | Sale | 15-Nov-07 | (15,000) | $55.8300 | | | | |
| | | | | | | | Total Loss: | **($1,603,940.00)** | **($1,603,940.00)** |