# Exhibit C

BUS         Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
            Oct 30 2007  15:28


Suit against Merrill Lynch & Co., Inc.



NEW YORK--(BUSINESS WIRE)--October 30, 2007
Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia")
(http://www.csgrr.com/cases/merrilllynch/) today announced that a
class action has been commenced in the United States District Court
for the Southern District of New York on behalf of a Class consisting
of all persons who purchased or otherwise acquired the common stock of
Merrill Lynch & Co., Inc. ("Merrill" or the "Company") (NYSE:MER)
between February 26, 2007 and October 23, 2007 (the "Class Period"),
against Merrill and certain of its officers and/or directors for
violations of the Securities Exchange Act of 1934 (the "Exchange
Act").

   If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from today. If you wish to discuss this action or
have any questions concerning this notice or your rights or interests,
please contact plaintiff's counsel, Samuel H. Rudman or David A.
Rosenfeld of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via
e-mail at djr@csgrr.com. If you are a member of this class, you can
view a copy of the complaint as filed or join this class action online
at http://www.csgrr.com/cases/merrilllynch/. Any member of the
purported class may move the Court to serve as lead plaintiff through
counsel of their choice, or may choose to do nothing and remain an
absent class member.

   The complaint charges Merrill and certain of its officers and
directors with violations of the Exchange Act. Merrill offers a broad
range of services to private clients, small businesses, institutions
and corporations, organizing its activities into two interrelated
business segments - Global Markets & Investment Banking Group and
Global Wealth Management, which is comprised of Global Private Client
and Global Investment Management.

   The complaint alleges that, during the Class Period, defendants
issued materially false and misleading statements regarding the
Company's business and financial results. Merrill had gone heavily
into Collateralized Debt Obligations ("CDOs") which generated higher
yields in the short term but which would be devastating to the Company
as the real estate market continued to soften and the risky loans led
to losses. According to the complaint, Defendants knew or recklessly
disregarded that: (i) the Company was more exposed to CDOs containing
subprime debt than it disclosed; and (ii) the Company's Class Period
statements were materially false due to their failure to inform the

BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Oct 30 2007  15:28

market of the ticking time bomb in the Company's CDO portfolio due to the deteriorating subprime mortgage market, which caused Merrill's portfolio to be impaired.

   In early October 2007, Merrill acknowledged it would have to take a $5 billion third quarter 2007 charge for mortgage and credit problems. Then, on October 24, 2007, before the market opened, Merrill issued a press release which announced the third quarter charge would be $8 billion instead of $5 billion. On this news, Merrill's stock dropped from $67.12 per share to as low as $61.40 per share, closing at $63.22 per share on volume of 52 million shares. Subsequently, on October 25, 2007, S&P reduced Merrill's credit rating to negative after the brokerage reported the biggest quarterly loss in its 93-year history, causing Merrill's stock to dramatically drop to $60.90 per share.

   Plaintiff seeks to recover damages on behalf of a Class consisting of all persons other than Defendants who purchased or otherwise acquired the common stock of Merrill between February 26, 2007 and October 23, 2007, seeking to pursue remedies under the Exchange Act. The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

   Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

CONTACT:
Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman, 800-449-4900
or
David A. Rosenfeld
djr@csgrr.com

-0- Oct/30/2007 19:28 GMT