UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
LIFE ENRICHMENT FOUNDATION,                :
Individually, and On Behalf of All Others      :
Similarly Situated,                                            :     Electronically Filed
                                                                       :
                              Plaintiff,                          :     Civil Action No.: 1:07-cv-09633-LBS
                                                                       :     (ECF Case)
           v.                                                        :
                                                                       :     Hon. Lenonard B. Sand
MERRILL LYNCH & CO., INC., E.                  :
STANLEY O'NEAL, AHMASS L.                     :
FAKAHANY, GREGORY J. FLEMING and :
JEFFREY N. EDWARDS,                              :
                                                                       :
                              Defendants.                    :
------------------------------------------------------------ x
*(Additional Captions on the Following Page)*


**CERTIFICATE OF SERVICE**

```
------------------------------------------------------- x
MICHAEL J. SAVENA, Individually, and On  :
Behalf of All Others Similarly Situated, :
                                         :   Electronically Filed
                 Plaintiff,              :
                                         :   Civil Action No.: 1:07-cv-09837-LBS
             v.                          :   (ECF Case)
                                         :
MERRILL LYNCH & CO., INC., E.            :   Hon. Leonard B. Sand
STANLEY O'NEAL, AHMASS L.                :
FAKAHANY, GREGORY J. FLEMING and         :
JEFFREY EDWARDS,                         :
                                         :
                 Defendants.             :
------------------------------------------------------- x
GARY KOSSEF, Individually, and On Behalf :
of All Others Similarly Situated,        :
                                         :   Electronically Filed
                 Plaintiff,              :
                                         :   Civil Action No.: 1:07-cv-10984-LBS
             v.                          :   (ECF Case)
                                         :
MERRILL LYNCH & CO., INC., E.            :   Hon. Leonard B. Sand
STANLEY O'NEAL, AHMASS L.                :
FAKAHANY, GREGORY J. FLEMING and         :
JEFFREY EDWARDS,                         :
                                         :
                 Defendants.             :
------------------------------------------------------- x
ROBERT R. GARBER, Individually, and On   :
Behalf of All Others Similarly Situated, :
                                         :   Electronically Filed
                 Plaintiff,              :
                                         :   Civil Action No.: 1:07-cv-11080-LBS
             v.                          :   (ECF Case)
                                         :
MERRILL LYNCH & CO., INC., E.            :   Hon. Leonard B. Sand
STANLEY O'NEAL, AHMASS L.                :
FAKAHANY, GREGORY J. FLEMING and         :
JEFFREY EDWARDS,                         :
                                         :
                 Defendants.             :
------------------------------------------------------- x
```

I, Christopher J. Keller, hereby certify, that on December 31, 2007, I electronically filed true and correct copies of the foregoing documents:

• Motion of Frankfurt-Trust Investment-Gesellschaft mbH for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

• Memorandum of Law in Support of the Motion of Frankfurt-Trust Investment-Gesellschaft mbH for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

• Declaration of Alan I. Ellman in Support of the Motion of Frankfurt-Trust Investment-Gesellschaft mbH for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; jfruchter@fruchtertwersky.com; srudman@csgrr.com

dkaplan@chitwood.com; mfrank@murrayfrank.com; esmith@brodsky-smith.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants:

**Alfred G. Yates, Jr.**
**Gerald L. Rutledge**
Law Office of Alfred G. Yates Jr. PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel. (412) 391-5164
Fax: (412) 471-1033

**Darren J. Robbins**
**David C. Walton**
**Catherine J. Kowalewski**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel. 619 231-1058
Fax: 619-231-7423

**Martin D. Chitwood**
**James M. Wilson**
**Nikole M. Davenport**
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

/s/ _Christopher J. Keller_____
Christopher J. Keller (CK-2347