**POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP**
Stanley M. Grossman
Patrick V. Dahlstrom
Joshua B. Silverman
100 Park Avenue
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:   (212) 661-8665

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Nancy L. Fineman
Stuart G. Gross
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

**Attorneys for James Conn**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LIFE ENRICHMENT FOUNDATION,** individually and on behalf of all others similarly situated,<br><br>                              **Plaintiff,**<br><br>      -against-<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**<br><br>                              **Defendants.** | **Civil Action No.  07 Civ. 09633 (LBS)** |

[Additional captions on succeeding pages.]

**JAMES CONN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF FOR THE
FIRST REPUBLIC MERGER CLASS AND APPROVAL OF LEAD PLAINTIFF**

| | |
|---|---|
| **MICHAEL J. SAVENA, Individually and on behalf of all others similarly situated,**<br><br>                              **Plaintiff,**<br><br>     -against-<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**<br><br>                              **Defendants.** | **Civil Action No. 07 Civ. 09837 (LBS)** |
| **GARY KOSSEFF, Individually and On Behalf of All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>     -against-<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**<br><br>                              **Defendants.** | **Civil Action No. 07 Civ. 10984 (LBS)** |

| | |
|---|---|
| **ROBERT R. GARBER, Individually and on behalf of all others similarly situated,**<br><br>      **Plaintiff,**<br><br> -against-<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**<br><br>      **Defendants.** | Civil Action No. 07 Civ. 11080 (LBS) |

| | |
|---|---|
| **JAMES CONN, Individually and On Behalf of All Others Similarly Situated,**<br><br>      **Plaintiff,**<br><br> -against-<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,**<br><br>      **Defendants.** | Civil Action No. 07 Civ. 11626 (LBS) |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of James Conn's Motion for Appointment as Lead Plaintiff of the Merger Class and Approval of Lead Counsel, filed herewith, proposed Lead Plaintiff James Conn hereby moves this Court, the Honorable Leonard B. Sand, in the United States District Court, Southern District of New York, Courtroom 15A, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Section 27D(a)(3)(B) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995:

    (a) appointing James Conn as Lead Plaintiff for the following class:

> All persons and entities who acquired Merrill Lynch & Co., Inc. securities as a result of the exchange of First Republic Bank securities pursuant to the Registration Statement and Proxy/Prospectus, and who were damaged thereby (the "Merger Class");[1] and

    (b) approving Lead Plaintiff's selection of Pomerantz Haudek Block Grossman & Gross LLP and Cotchett, Pitre & McCarthy as Lead Counsel for the Merger Class.

Dated: December 31, 2007

Respectfully submitted,

/s *Stanley M. Grossman*
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
Stanley M. Grossman
Patrick V. Dahlstrom
Joshua B. Silverman
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

---

[1] Excluded from the Class are the Individual Defendants, members of the Individual Defendants' immediate families, any entity in which any defendant has a controlling interest, and the legal representatives, heirs, successors or assigns of any such excluded person.

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Nancy L. Fineman
Stuart G. Gross
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:     (650) 697-6000
Facsimile:     (650) 697-0577

**Attorneys for James Conn**