**James Conn First Republic Losses**

**Section 12(a)(2) Losses at Merger Price of $75.00 per Share**

| No. Shares | Loss Per Share | Loss |
|---:|---:|---:|
| 5,000.00 | $ 15.70 | $ 78,490.00 |
| 15,000.00 | $ 15.00 | $ 225,000.00 |
| 3,702.00 | $ 12.44 | $ 46,052.88 |
|  |  | $ 349,542.88 |