**POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP**
Stanley M. Grossman
Patrick V. Dahlstrom
Joshua B. Silverman
100 Park Avenue
New York, New York 10017
Telephone:     (212) 661-1100
Facsimile:     (212) 661-8665

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Nancy L. Fineman
Stuart G. Gross
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:     (650) 697-6000
Facsimile:     (650) 697-0577

**Attorneys for James Conn**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated,**<br><br>                              **Plaintiff,**<br><br>     -against-<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**<br><br>                              **Defendants.** | **Civil Action No.  07 Civ. 09633 (LBS)** |

[Additional captions on succeeding pages.]

**CERTIFICATE OF SERVICE**

**MICHAEL J. SAVENA, Individually and on behalf of all others similarly situated,**

      Plaintiff,

-against-

**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**

      Defendants.

Civil Action No. 07 Civ. 09837 (LBS)

---

**GARY KOSSEFF, Individually and On Behalf of All Others Similarly Situated,**

      Plaintiff,

-against-

**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**

      Defendants.

Civil Action No. 07 Civ. 10984 (LBS)

| | |
|---|---|
| **ROBERT R. GARBER, Individually and on behalf of all others similarly situated,**<br><br>                              **Plaintiff,**<br><br>     **-against-**<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.**<br><br>                              **Defendants.** | **Civil Action No.  07 Civ. 11080 (LBS)** |
| **JAMES CONN, Individually and On Behalf of All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>     **-against-**<br><br>**MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,**<br><br>                              **Defendants.** | **Civil Action No.  07 Civ. 11626 (LBS)** |

I, Patrick V. Dahlstrom, hereby certify that on December 31, 2007, I electronically filed true and correct copies of the following documents with the Clerk of Court using the ECF system and thereby served those attorneys certified to use ECF and by overnight delivery to non-EDF participants:

- **MEMORANDUM OF LAW IN SUPPORT OF JAMES CONN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF FOR THE FIRST REPUBLIC MERGER CLASS AND APPROVAL OF LEAD COUNSEL**

- **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF FOR THE FIRST REPUBLIC MERGER CLASS AND APPROVAL OF LEAD PLAINTIFF**

Via ECF:    drosenfeld@csgrr.com
jfuchter@fruchterwesky.com
srudman@csgrr.com
dkaplan@chitwood.com
mfrank@murrayfrank.com
esmith@brodsky-smith.com

Via overnight delivery:

Alfred G. Yates, Jr.
Law Office of Alfred G. Yates, Jr. PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

*/s Patrick V. Dahlstrom*
Patrick V. Dahlstrom