UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>　　　　　Defendants. | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>　　　　　Defendants. | CIVIL ACTION No. 07cv9837 (LBS) |

[Additional Captions on Following Page]

**NOTICE OF MOTION AND MOTION OF THE STATE TEACHERS' RETIREMENT SYSTEM OF OHIO FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF CO-LEAD COUNSEL**

| | |
|---|---|
| GARY KOSSEFF, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>                Defendants. | CIVIL ACTION No. 07cv10984 (LBS) |
| ROBERT R. GARBER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>                Defendants. | CIVIL ACTION No. 07cv11080 (LBS) |

| | |
|---|---|
| JAMES CONN, individually and on behalf of all others similarly situated, | CIVIL ACTION No. 07cv11626 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI, | |
| Defendants. | |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

The State Teachers' Retirement System of Ohio ("Ohio STRS"), through its undersigned counsel, will and hereby does move this Court on February 7, 2008 at 2:15 p.m. at the United States Courthouse, Courtroom 15-A, 500 Pearl Street, New York, NY, 10007, for an order: (1) consolidating the related securities class actions against Merrill Lynch & Co., Inc. ("Merrill Lynch") pursuant to Fed. R. Civ. P. 42(a)(2); (2) appointing Ohio STRS as lead plaintiff in the related securities class actions for the class of persons that purchased or otherwise acquired Merrill Lynch securities during the period October 17, 2006 through November 7, 2007; (3) approving its choice of co-lead counsel; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this motion, Ohio STRS submits herewith a Memorandum of Law and Declaration of Robert N. Kaplan dated January 2, 2008.

DATED: January 2, 2008
New York, New York

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ Robert N. Kaplan

Robert N. Kaplan
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Richard S. Schiffrin
Andrew L. Barroway
Sean M. Handler

1

2

280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**BERGER & MONTAGUE, P.C.**
Merrill G. Davidoff
Larry Lederer
Arthur Stock
Lane L. Vines
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

*Proposed Co-Lead Counsel for Lead
Plaintiff Movant the State Teachers'
Retirement System of Ohio and the Class*

3

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 2, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on January 2, 2008.

                                            /s/    Jeffrey P. Campisi
                                                    Jeffrey P. Campisi

January 2, 2008