# EXHIBIT A

## CERTIFICATION OF
## STATE TEACHERS RETIREMENT SYSTEM OF OHIO
## PURSUANT TO THE FEDERAL SECURITIES LAWS

State Teachers Retirement System of Ohio ("STRS") declares, as follows:

1. STRS has reviewed the complaint filed against Merrill Lynch & Co., Inc. ("Merrill Lynch") and certain of its officers and directors captioned *Life Enrichment Foundation v. Merrill Lynch & Co., Inc., et al.*, 07-CV-09633 (S.D.N.Y.).

2. STRS has retained as co-lead counsel in this litigation the law firms of Berger & Montague, P.C., Kaplan Fox & Kilsheimer LLP, and Schiffrin Barroway Topaz & Kessler, LLP. STRS did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. STRS is willing to serve as a representative party on behalf of the class in this litigation and to testify at deposition and trial, if necessary.

4. STRS's transactions in Merrill Lynch securities that are the subject of the complaint are set forth on Schedule A attached hereto.

5. STRS has not served as, or sought to serve as, a representative party on behalf of a class action filed under the PSLRA during the three-year period preceding the date on which this Certification is signed, except the following:

   a) *Zuckerman v. Scottish Re Group LTD, et al.*, Case No. 06-cv-5853, U.S. District Court, Southern District of New York (Appointed).

   b) *Freudenberg v. E*Trade Financial Corp., et al.*, Civil Action No. 07-cv-8538 U.S. District Court, Southern District of New York (Application Pending).

   c) *Bakshi v. Samueli*, No. 2:06-cv-5036, U.S. District Court, Central District of California.[1]

6. STRS will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery as ordered or approved by the Court and any award to it by the Court of reasonable costs and expenses (including lost wages and travel expenses) directly relating to its representation of the class.

---

[1] STRS subsequently withdrew its application for appointment as lead plaintiff in *Bakshi v. Samueli*.

Page 1 of 2

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this ___ day of January, 2008.

State Teachers Retirement System of Ohio

By: _____
William J. Neville

Title: _____
General Counsel, STRS Ohio

433685.wpd

# SCHEDULE A

### OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)
### Merrill Lynch & Co., Inc.
### Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Transaction Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | 2,142,400 | | | | | |
| **CLASS PERIOD TRANSACTIONS** | | | | | | | |
| 10/23/06 | BUY | 140,000 | $85.4004 | $ 11,956,056 | | | |
| 11/09/06 | SELL | | | | 900 | $87.8911 | N/A - match to pre-class holdings |
| 11/09/06 | SELL | | | | 14,959 | $88.4437 | N/A - match to pre-class holdings |
| 11/09/06 | SELL | | | | 5,500 | $88.7550 | N/A - match to pre-class holdings |
| 11/10/06 | SELL | | | | 5,341 | $87.8597 | N/A - match to pre-class holdings |
| 11/13/06 | SELL | | | | 2,500 | $89.6516 | N/A - match to pre-class holdings |
| 11/21/06 | SELL | | | | 2,400 | $91.9030 | N/A - match to pre-class holdings |
| 12/11/06 | BUY | 600 | $90.7118 | $ 54,427 | | | |
| 01/08/07 | SELL | | | | 1,000 | $92.9965 | N/A - match to pre-class holdings |
| 01/09/07 | SELL | | | | 2,400 | $92.8091 | N/A - match to pre-class holdings |
| 01/19/07 | SELL | | | | 38,000 | $95.6015 | N/A - match to pre-class holdings |
| 01/29/07 | SELL | | | | 200 | $93.1437 | N/A - match to pre-class holdings |
| 02/15/07 | BUY | 700 | $93.7159 | $ 65,601 | | | |
| 02/22/07 | SELL | | | | 2,300 | $92.0082 | N/A - match to pre-class holdings |
| 02/27/07 | BUY | 25,000 | $84.9600 | $ 2,124,000 | | | |
| 03/07/07 | SELL | | | | 7,800 | $82.9799 | N/A - match to pre-class holdings |
| 03/14/07 | SELL | | | | 175,000 | $79.0333 | N/A - match to pre-class holdings |
| 03/23/07 | BUY | 53,000 | $85.5342 | $ 4,533,313 | | | |

Transaction List              Page 1 of 4

**OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)**

**Merrill Lynch & Co., Inc.**

**Transactions During Class Period: October 17, 2006 through November 7, 2007**

| Trade Date | Transaction Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| 04/04/07 | BUY | 12,000 | $85.3588 | $ 1,024,306 | | | |
| 04/05/07 | SELL | | | | 2,100 | $85.9413 | N/A - match to pre-class holdings |
| 04/18/07 | BUY | 36,000 | $90.9394 | $ 3,273,818 | | | |
| 04/23/07 | BUY | 110,000 | $91.6215 | $ 10,078,365 | | | |
| 04/24/07 | BUY | 70,000 | $90.7283 | $ 6,350,981 | | | |
| 05/31/07 | SELL | | | | 57,200 | $92.7300 | N/A - match to pre-class holdings |
| 06/15/07 | BUY | 2,500 | $90.6837 | $ 226,709 | | | |
| 06/22/07 | BUY | 2,800 | $85.2750 | $ 238,770 | | | |
| 06/22/07 | SELL | | | | 20,800 | $84.4800 | N/A - match to pre-class holdings |
| 06/29/07 | BUY | 50,000 | $83.7298 | $ 4,186,490 | | | |
| 06/29/07 | BUY | 25,000 | $83.2596 | $ 2,081,490 | | | |
| 07/05/07 | BUY | 28,100 | $83.9786 | $ 2,359,799 | | | |
| 07/10/07 | SELL | | | | 7,400 | $84.2045 | N/A - match to pre-class holdings |
| 07/12/07 | SELL | | | | 192,600 | $84.1803 | N/A - match to pre-class holdings |
| 07/13/07 | BUY | 40,000 | $86.6457 | $ 3,465,828 | | | |
| 07/18/07 | BUY | 50,000 | $84.2665 | $ 4,213,325 | | | |
| 07/20/07 | BUY | 15,000 | $80.0400 | $ 1,200,600 | | | |
| 07/23/07 | SELL | | | | 36,400 | $80.1080 | N/A - match to pre-class holdings |
| 07/26/07 | BUY | 25,000 | $75.4144 | $ 1,885,360 | | | |

### OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)
### Merrill Lynch & Co., Inc.
### Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Transaction Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| 07/26/07 | BUY | 25,000 | $74.1078 | $ 1,852,695 | | | |
| 08/01/07 | BUY | 30,000 | $72.4041 | $ 2,172,123 | | | |
| 08/07/07 | SELL | | | | 1,500 | $75.4683 | N/A - match to pre-class holdings |
| 08/10/07 | BUY | 6,000 | $73.6891 | $ 442,135 | | | |
| 08/13/07 | BUY | 4,000 | $74.9555 | $ 299,822 | | | |
| 08/14/07 | SELL | | | | 29,200 | $71.6183 | N/A - match to pre-class holdings |
| 08/22/07 | BUY | 20,000 | $77.2384 | $ 1,544,768 | | | |
| 08/22/07 | BUY | 70,000 | $76.9249 | $ 5,384,746 | | | |
| 08/30/07 | BUY | 10,000 | $72.0906 | $ 720,906 | | | |
| 09/11/07 | SELL | | | | 2,000 | $73.0152 | N/A - match to pre-class holdings |
| 09/18/07 | SELL | | | | 2,300 | $74.1677 | N/A - match to pre-class holdings |
| 09/18/07 | SELL | | | | 4,700 | $74.1089 | N/A - match to pre-class holdings |
| 09/21/07 | BUY | 11,000 | $74.7300 | $ 822,030 | | | |
| 09/24/07 | ACQUISITION | 788 | $73.6800 | $ 58,060 [1] | | | |
| 10/01/07 | SELL | | | | 51,400 | $73.5859 | N/A - match to pre-class holdings |
| 10/10/07 | SELL | | | | 33,800 | $74.3542 | N/A - match to pre-class holdings |
| 10/10/07 | SELL | | | | 7,600 | $74.4389 | N/A - match to pre-class holdings |
| 10/15/07 | SELL | | | | 1,200 | $74.3662 | N/A - match to pre-class holdings |
| 10/23/07 | BUY | 60,000 | $65.5831 | $ 3,934,986 | | | |

| OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Merrill Lynch & Co., Inc. | | | | | | | |
| Transactions During Class Period: October 17, 2006 through November 7, 2007 | | | | | | | |
| Trade Date | Transaction Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
| 10/30/07 | BUY | 60,000 | $65.9124 | $ 3,954,744 | | | |
| 11/02/07 | BUY | 87,000 | $56.7250 | $ 4,935,075 | | | |
| 11/05/07 | BUY | 90,000 | $56.4633 | $ 5,081,697 | | | |
| CLASS PD TOTALS | | 1,159,488 | | $ 90,523,024 | 708,500 | | $ - |
| RETAINED 11/07/07 | | 2,593,388 | | | | | |
| CLASS PD. RETAINED | | 1,159,488 | (No. of shares purchased in the class period & still held at close on 11/07/07) | | | | |
| Note: | | | | | | | |
| 1 Merrill Lynch shares acquired in acquisition of First Republic valued as of closing price on 9/24/07 | | | | | | | |