# EXHIBIT B

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| **BEGINNING BALANCE** | | 2,142,400 | | | | | |
| **CLASS PERIOD TRANSACTIONS** | | | | | | | |
| 10/23/06 | BUY | 140,000 | $85.4004 | $ 11,956,056 | | | |
| 11/09/06 | SELL | | | | 900 | $87.8911 | N/A - match to pre-class holdings |
| 11/09/06 | SELL | | | | 14,959 | $88.4437 | N/A - match to pre-class holdings |
| 11/09/06 | SELL | | | | 5,500 | $88.7550 | N/A - match to pre-class holdings |
| 11/10/06 | SELL | | | | 5,341 | $87.8597 | N/A - match to pre-class holdings |
| 11/13/06 | SELL | | | | 2,500 | $89.6516 | N/A - match to pre-class holdings |
| 11/21/06 | SELL | | | | 2,400 | $91.9030 | N/A - match to pre-class holdings |
| 12/11/06 | BUY | 600 | $90.7118 | $ 54,427 | | | |
| 01/08/07 | SELL | | | | 1,000 | $92.9965 | N/A - match to pre-class holdings |
| 01/09/07 | SELL | | | | 2,400 | $92.8091 | N/A - match to pre-class holdings |
| 01/19/07 | SELL | | | | 38,000 | $95.6015 | N/A - match to pre-class holdings |
| 01/29/07 | SELL | | | | 200 | $93.1437 | N/A - match to pre-class holdings |
| 02/15/07 | BUY | 700 | $93.7159 | $ 65,601 | | | |
| 02/22/07 | SELL | | | | 2,300 | $92.0082 | N/A - match to pre-class holdings |
| 02/27/07 | BUY | 25,000 | $84.9600 | $ 2,124,000 | | | |
| 03/07/07 | SELL | | | | 7,800 | $82.9799 | N/A - match to pre-class holdings |

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| 03/14/07 | SELL | | | | 175,000 | $79.0333 | N/A - match to pre-class holdings |
| 03/23/07 | BUY | 53,000 | $85.5342 | $ 4,533,313 | | | |
| 04/04/07 | BUY | 12,000 | $85.3588 | $ 1,024,306 | | | |
| 04/05/07 | SELL | | | | 2,100 | $85.9413 | N/A - match to pre-class holdings |
| 04/18/07 | BUY | 36,000 | $90.9394 | $ 3,273,818 | | | |
| 04/23/07 | BUY | 110,000 | $91.6215 | $ 10,078,365 | | | |
| 04/24/07 | BUY | 70,000 | $90.7283 | $ 6,350,981 | | | |
| 05/31/07 | SELL | | | | 57,200 | $92.7300 | N/A - match to pre-class holdings |
| 06/15/07 | BUY | 2,500 | $90.6837 | $ 226,709 | | | |
| 06/22/07 | BUY | 2,800 | $85.2750 | $ 238,770 | | | |
| 06/22/07 | SELL | | | | 20,800 | $84.4800 | N/A - match to pre-class holdings |
| 06/29/07 | BUY | 50,000 | $83.7298 | $ 4,186,490 | | | |
| 06/29/07 | BUY | 25,000 | $83.2596 | $ 2,081,490 | | | |
| 07/05/07 | BUY | 28,100 | $83.9786 | $ 2,359,799 | | | |
| 07/10/07 | SELL | | | | 7,400 | $84.2045 | N/A - match to pre-class holdings |
| 07/12/07 | SELL | | | | 192,600 | $84.1803 | N/A - match to pre-class holdings |
| 07/13/07 | BUY | 40,000 | $86.6457 | $ 3,465,828 | | | |
| 07/18/07 | BUY | 50,000 | $84.2665 | $ 4,213,325 | | | |

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| 07/20/07 | BUY | 15,000 | $80.0400 | $ 1,200,600 | | | |
| 07/23/07 | SELL | | | | 36,400 | $80.1080 | N/A - match to pre-class holdings |
| 07/26/07 | BUY | 25,000 | $75.4144 | $ 1,885,360 | | | |
| 07/26/07 | BUY | 25,000 | $74.1078 | $ 1,852,695 | | | |
| 08/01/07 | BUY | 30,000 | $72.4041 | $ 2,172,123 | | | |
| 08/07/07 | SELL | | | | 1,500 | $75.4683 | N/A - match to pre-class holdings |
| 08/10/07 | BUY | 6,000 | $73.6891 | $ 442,135 | | | |
| 08/13/07 | BUY | 4,000 | $74.9555 | $ 299,822 | | | |
| 08/14/07 | SELL | | | | 29,200 | $71.6183 | N/A - match to pre-class holdings |
| 08/22/07 | BUY | 20,000 | $77.2384 | $ 1,544,768 | | | |
| 08/22/07 | BUY | 70,000 | $76.9249 | $ 5,384,746 | | | |
| 08/30/07 | BUY | 10,000 | $72.0906 | $ 720,906 | | | |
| 09/11/07 | SELL | | | | 2,000 | $73.0152 | N/A - match to pre-class holdings |
| 09/18/07 | SELL | | | | 2,300 | $74.1677 | N/A - match to pre-class holdings |
| 09/18/07 | SELL | | | | 4,700 | $74.1089 | N/A - match to pre-class holdings |
| 09/21/07 | BUY | 11,000 | $74.7300 | $ 822,030 | | | |
| 09/24/07 | ACQUIS. | 788 | $73.6800 | $ 58,060 [1] | | | |
| 10/01/07 | SELL | | | | 51,400 | $73.5859 | N/A - match to pre-class holdings |

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

**Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007**

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| 10/10/07 | SELL | | | | 33,800 | $74.3542 | N/A - match to pre-class holdings |
| 10/10/07 | SELL | | | | 7,600 | $74.4389 | N/A - match to pre-class holdings |
| 10/15/07 | SELL | | | | 1,200 | $74.3662 | N/A - match to pre-class holdings |
| 10/23/07 | BUY | 60,000 | $65.5831 | $ 3,934,986 | | | |
| 10/30/07 | BUY | 60,000 | $65.9124 | $ 3,954,744 | | | |
| 11/02/07 | BUY | 87,000 | $56.7250 | $ 4,935,075 | | | |
| 11/05/07 | BUY | 90,000 | $56.4633 | $ 5,081,697 | | | |
| **CLASS PD TOTALS** | | **1,159,488** | | **$ 90,523,024** | 708,500 | All matched to Pre-Class Pd Purchases | $ - |

**TOTAL RETAINED**  2,593,388

**CLASS PD. RETAINED**  1,159,488  (No. of shares purchased in the class period & still held at close on 11/07/07)

| | | | | | | Avg. Closing 11/08/07 - 12/31/07 | |
|---|---|---|---|---|---|---|---|
| Shares Purchased in the Class Period & Retained | | | | | 1,159,488 | $56.0203 | $ 64,954,866 |
| **CLASS PD. TOTAL** | | **1,159,488** | | **$ 90,523,024** | **1,159,488** | | **$ 64,954,866** |

**NET LOSS**  $ (25,568,159)

Note:

[1] Merrill Lynch shares acquired in acquisition of First Republic valued as of closing price on 9/24/07

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

#### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| **BEGINNING BALANCE** | | **2,142,400** | | | | | | 0 | 2,142,400 |
| **CLASS PERIOD TRANSACTIONS** | | | | | | | | | |
| 10/23/06 | BUY | 140,000 | $85.4004 | $ 11,956,056 | | | | 140,000 | 2,282,400 |
| 11/09/06 | SELL | | | | 900 | $87.8911 | $ 79,102 | 139,100 | 2,281,500 |
| 11/09/06 | SELL | | | | 14,959 | $88.4437 | $ 1,323,029 | 124,141 | 2,266,541 |
| 11/09/06 | SELL | | | | 5,500 | $88.7550 | $ 488,153 | 118,641 | 2,261,041 |
| 11/10/06 | SELL | | | | 5,341 | $87.8597 | $ 469,259 | 113,300 | 2,255,700 |
| 11/13/06 | SELL | | | | 2,500 | $89.6516 | $ 224,129 | 110,800 | 2,253,200 |
| 11/21/06 | SELL | | | | 2,400 | $91.9030 | $ 220,567 | 108,400 | 2,250,800 |
| 12/11/06 | BUY | 600 | $90.7118 | $ 54,427 | | | | 109,000 | 2,251,400 |
| 01/08/07 | SELL pt. 1 of 2 | | | | 600 | $92.9965 | $ 55,798 | 108,400 | 2,250,800 |
| 01/08/07 | SELL pt. 2 of 2 | | | | 400 | $92.9965 | $ 37,199 | 108,000 | 2,250,400 |

LIFO Analysis

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

#### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/07 | SELL | | | | 2,400 | $92.8091 | $ 222,742 | 105,600 | 2,248,000 |
| 01/19/07 | SELL | | | | 38,000 | $95.6015 | $ 3,632,857 | 67,600 | 2,210,000 |
| 01/29/07 | SELL | | | | 200 | $93.1437 | $ 18,629 | 67,400 | 2,209,800 |
| 02/15/07 | BUY | 700 | $93.7159 | $ 65,601 | | | | 68,100 | 2,210,500 |
| 02/22/07 | SELL pt. 1 of 2 | | | | 700 | $92.0082 | $ 64,406 | 67,400 | 2,209,800 |
| 02/22/07 | SELL pt. 2 of 2 | | | | 1,600 | $92.0082 | $ 147,213 | 65,800 | 2,208,200 |
| 02/27/07 | BUY | 25,000 | $84.9600 | $ 2,124,000 | | | | 90,800 | 2,233,200 |
| 03/07/07 | SELL | | | | 7,800 | $82.9799 | $ 647,243 | 83,000 | 2,225,400 |
| 03/14/07 | SELL pt. 1 of 2 | | | | 83,000 | $79.0333 | $ 6,559,764 | 0 | 2,142,400 |
| 03/14/07 | SELL pt. 2 of 2 | | | | 92,000 | $79.0333 | N/A - match to pre-class holdings | 0 | 2,050,400 |
| 03/23/07 | BUY | 53,000 | $85.5342 | $ 4,533,313 | | | | 53,000 | 2,103,400 |
| 04/04/07 | BUY | 12,000 | $85.3588 | $ 1,024,306 | | | | 65,000 | 2,115,400 |

LIFO Analysis

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

#### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/07 | SELL | | | | 2,100 | $85.9413 | $ 180,477 | 62,900 | 2,113,300 |
| 04/18/07 | BUY | 36,000 | $90.9394 | $ 3,273,818 | | | | 98,900 | 2,149,300 |
| 04/23/07 | BUY | 110,000 | $91.6215 | $ 10,078,365 | | | | 208,900 | 2,259,300 |
| 04/24/07 | BUY | 70,000 | $90.7283 | $ 6,350,981 | | | | 278,900 | 2,329,300 |
| 05/31/07 | SELL | | | | 57,200 | $92.7300 | $ 5,304,156 | 221,700 | 2,272,100 |
| 06/15/07 | BUY | 2,500 | $90.6837 | $ 226,709 | | | | 224,200 | 2,274,600 |
| 06/22/07 | BUY | 2,800 | $85.2750 | $ 238,770 | | | | 227,000 | 2,277,400 |
| 06/22/07 | SELL | | | | 20,800 | $84.4800 | $ 1,757,184 | 206,200 | 2,256,600 |
| 06/29/07 | BUY | 50,000 | $83.7298 | $ 4,186,490 | | | | 256,200 | 2,306,600 |
| 06/29/07 | BUY | 25,000 | $83.2596 | $ 2,081,490 | | | | 281,200 | 2,331,600 |
| 07/05/07 | BUY | 28,100 | $83.9786 | $ 2,359,799 | | | | 309,300 | 2,359,700 |
| 07/10/07 | SELL | | | | 7,400 | $84.2045 | $ 623,113 | 301,900 | 2,352,300 |

LIFO Analysis

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

**Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007**

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| 07/12/07 | SELL | | | | 192,600 | $84.1803 | $ 16,213,126 | 109,300 | 2,159,700 |
| 07/13/07 | BUY | 40,000 | $86.6457 | $ 3,465,828 | | | | 149,300 | 2,199,700 |
| 07/18/07 | BUY | 50,000 | $84.2665 | $ 4,213,325 | | | | 199,300 | 2,249,700 |
| 07/20/07 | BUY | 15,000 | $80.0400 | $ 1,200,600 | | | | 214,300 | 2,264,700 |
| 07/23/07 | SELL | | | | 36,400 | $80.1080 | $ 2,915,931 | 177,900 | 2,228,300 |
| 07/26/07 | BUY | 25,000 | $75.4144 | $ 1,885,360 | | | | 202,900 | 2,253,300 |
| 07/26/07 | BUY | 25,000 | $74.1078 | $ 1,852,695 | | | | 227,900 | 2,278,300 |
| 08/01/07 | BUY | 30,000 | $72.4041 | $ 2,172,123 | | | | 257,900 | 2,308,300 |
| 08/07/07 | SELL | | | | 1,500 | $75.4683 | $ 113,202 | 256,400 | 2,306,800 |
| 08/10/07 | BUY | 6,000 | $73.6891 | $ 442,135 | | | | 262,400 | 2,312,800 |
| 08/13/07 | BUY | 4,000 | $74.9555 | $ 299,822 | | | | 266,400 | 2,316,800 |
| 08/14/07 | SELL | | | | 29,200 | $71.6183 | $ 2,091,254 | 237,200 | 2,287,600 |

LIFO Analysis

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

#### Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/07 | BUY | 20,000 | $77.2384 | $1,544,768 | | | | 257,200 | 2,307,600 |
| 08/22/07 | BUY | 70,000 | $76.9249 | $5,384,746 | | | | 327,200 | 2,377,600 |
| 08/30/07 | BUY | 10,000 | $72.0906 | $720,906 | | | | 337,200 | 2,387,600 |
| 09/11/07 | SELL | | | | 2,000 | $73.0152 | $146,030 | 335,200 | 2,385,600 |
| 09/18/07 | SELL | | | | 2,300 | $74.1677 | $170,586 | 332,900 | 2,383,300 |
| 09/18/07 | SELL | | | | 4,700 | $74.1089 | $348,312 | 328,200 | 2,378,600 |
| 09/21/07 | BUY | 11,000 | $74.7300 | $822,030 | | | | 339,200 | 2,389,600 |
| 09/24/07 | ACQUIS. | 788 | $73.6800 | $58,060 [1] | | | | 339,988 | 2,390,388 |
| 10/01/07 | SELL | | | | 51,400 | $73.5859 | $3,782,315 | 288,588 | 2,338,988 |
| 10/10/07 | SELL | | | | 33,800 | $74.3542 | $2,513,172 | 254,788 | 2,305,188 |
| 10/10/07 | SELL | | | | 7,600 | $74.4389 | $565,736 | 247,188 | 2,297,588 |
| 10/15/07 | SELL | | | | 1,200 | $74.3662 | $89,239 | 245,988 | 2,296,388 |

LIFO Analysis

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

**Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007**

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/07 | BUY | 60,000 | $65.5831 | $ 3,934,986 | | | | 305,988 | 2,356,388 |
| 10/30/07 | BUY | 60,000 | $65.9124 | $ 3,954,744 | | | | 365,988 | 2,416,388 |
| 11/02/07 | BUY | 87,000 | $56.7250 | $ 4,935,075 | | | | 452,988 | 2,503,388 |
| 11/05/07 | BUY | 90,000 | $56.4633 | $ 5,081,697 | | | | 542,988 | 2,593,388 |
| **Total Shs. Purchased in Class Pd.** | | **1,159,488** | | **$ 90,523,024** | | | | | |
| Sales in Class Period Matched to Pre-Class Period Purchases | | | | | 92,000 | | N/A | | |
| Sales in Class Period Matched to Class Pderiod Purchases | | | | | 616,500 | | $ 51,003,923 | | |
| **Total Shares Sold in the Class Period (incl. matched to Pre-Class)** | | | | | **708,500** | | **$ 51,003,923** | | |
| **RETAINED 11/07/07** | **2,593,388** | | | | | | | | |
| **CLASS PD. RETAINED** | **542,988** | (No. of shares purchased in the class period & still held at close on 11/07/07) | | | | | | | |

LIFO Analysis

Page 6 of 7

## OHIO - STATE TEACHERS RETIREMENT SYSTEM (STRS)

### Merrill Lynch & Co., Inc.

**Loss Calculations for Transactions During Class Period: October 17, 2006 through November 7, 2007**

| Trade Date | Trans. Type | No. Shares Bought | Purchase Price / Share | Purchase Cost | No. Shares Sold | Price / Share Sold | Sales Proceeds | No. of Shares Purchased in Class Pd. & Still Held | Actual No. of Shares Held (Incl. Pre-Class) |
|---|---|---|---|---|---|---|---|---|---|
| **POST CLASS PD. SALES MATCHED TO CLASS PERIOD PURCHASES** (excl. Post-Classs Pd. Purchases) | | | | | | | | | |
| 11/28/07 | | | | | 3,700 | $57.2097 | $ 211,676 | 449,288 | |
| 12/06/07 | | | | | 1,600 | $58.1280 | $ 93,005 | 447,688 | |
| Subtotal Post-Class Period Sales | | | | | 5,300 | | $ 304,681 | | |
| Shares Purchased in the Class Period & Retained past 12/06/07 | | | | | 537,688 | Avg. Closing 11/08/07 - 12/31/07 $56.0203 | $ 30,121,443 | | |
| **CLASS PD. TOTAL** | | **1,159,488** | | **$ 90,523,024** | **1,159,488** | | **$ 81,430,047** | | |
| | | | | | | **NET LOSS** | **$ (9,092,978)** | | |

Note:

[1] Merrill Lynch shares acquired in acquisition of First Republic valued as of closing price on 9/24/07

LIFO Analysis

Page 7 of 7