UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated, | **ELECTRONICALLY FILED** |
| Plaintiff, | CIVIL ACTION No. 07cv9633 (LBS) |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | CIVIL ACTION No. 07cv9837 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |

[Additional Captions on Following Page]

## NOTICE OF APPEARANCE OF COUNSEL

GARY KOSSEFF, individually and on behalf of all others similarly situated,

                       Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,

                       Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf of all others similarly situated,

                       Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,

                       Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all others similarly situated,

                       Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,

                       Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

PLEASE TAKE NOTICE that Robert N. Kaplan, Esq., Frederic S. Fox, Esq., Joel B. Strauss, Esq., Donald R. Hall, Esq., Jeffrey P. Campisi, Esq., and Aviah Cohen Pierson, Esq. of the law firm of Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022 hereby enter their appearances as co-counsel for lead plaintiff movant the State Teachers' Retirement System of Ohio in the above captioned actions. All future pleadings should be served upon Kaplan Fox & Kilsheimer LLP at the above-referenced address.

Dated:  January 4, 2008

Yours, etc.

**KAPLAN FOX & KILSHEIMER LLP**

By:  ___/s/ Robert N. Kaplan_____
Robert N. Kaplan
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Jeffrey P. Campisi
Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714
Email: rkaplan@kaplanfox.com
       ffox@kaplanfox.com
       jstrauss@kaplanfox.com
       dhall@kaplanfox.com
       jcampisi@kaplanfox.com
       acohenpierson@kaplanfox.com

*Co-Counsel for lead plaintiff movant the
State Teachers' Retirement System of Ohio
and the Class*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on January 4, 2008.

/s/    Jeffrey P. Campisi

Jeffrey P. Campisi

January 4, 2008

2