UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LIFE ENRICHMENT FOUNDATION,             :     **ELECTRONICALLY FILED**
individually and on behalf of all others :
similarly situated,                      :     Civil Action No. 07cv9633 (LBS)
                                         :
                Plaintiff,       :
                                         :
  v.                                     :
                                         :
MERRILL LYNCH & CO., INC.,               :
E. STANLEY O'NEAL, AHMASS L.             :
FAKAHANY, GREGORY J. FLEMING and         :
JEFFREY N. EDWARDS,                      :
                Defendants.      :
---------------------------------------------------------------x
MICHAEL J. SAVENA, individually and on   :
behalf of all others similarly situated, :     Civil Action No. 07cv9837 (LBS)
                                         :
                Plaintiff,       :
                                         :
  v.                                     :
                                         :
MERRILL LYNCH & CO., INC.,               :
E. STANLEY O'NEAL, AHMASS L.             :
FAKAHANY, GREGORY J. FLEMING and         :
JEFFREY N. EDWARDS,                      :
                                         :
                Defendants.      :
---------------------------------------------------------------x
GARY KOSSEFF, individually and on behalf :
of all others similarly situated,        :     Civil Action No. 07cv10984 (LBS)
                                         :
                Plaintiff,       :
  v.                                     :
                                         :
MERRILL LYNCH & CO., INC.,               :
E. STANLEY O'NEAL, AHMASS L.             :
FAKAHANY, GREGORY J. FLEMING and         :
JEFFREY N. EDWARDS,                      :
                                         :
                Defendants.      :
---------------------------------------------------------------x

[Additional Captions on following page]

|  |  |
|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY N. EDWARDS,<br><br>     Defendants. | Civil Action No. 07cv11080 (LBS) |
| JAMES CONN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI,<br><br>     Defendants. | Civil Action No. 07cv11626 (LBS) |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK:

  PLEASE TAKE NOTICE that Merrill G. Davidoff, Esq., of the law firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, respectfully enters his appearance as co-counsel for lead plaintiff movant the State Teachers' Retirement System of Ohio in the

above-captioned actions. All future pleadings should be served upon Berger & Montague, P.C. at the above-referenced address.

Dated: January 11, 2008

BERGER & MONTAGUE, P.C.

_____
Merrill G. Davidoff, Esq. (MD-4099)
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Telecopy: (215) 875-4604
E-mail: mdavidoff@bm.net

*Co-counsel for Lead Plaintiff Movant the State Teachers' Retirement System of Ohio and the Class*

malta433919-001.wpd

## CERTIFICATE OF SERVICE

I, Merrill G. Davidoff, an attorney with Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, hereby certify that on this 11th day of January, 2008 I caused to be electronically filed the foregoing Notice of Appearance of Counsel using the ECF System which will electronically send notification of such filing to the registered participants, and paper copies will be sent via first-class mail postage prepaid to those indicated as non-registered participants on January 11, 2008.

_____
Merrill G. Davidoff