**POMERANTZ HAUDEK BLOCK**
  **GROSSMAN & GROSS LLP**
Stanley M. Grossman
Patrick V. Dahlstrom
Joshua B. Silverman
100 Park Avenue
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:   (212) 661-8665

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Nancy L. Fineman
Stuart G. Gross
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

**Attorneys for James Conn**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated,<br><br>                    **Plaintiff,**<br><br>        -against-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.<br><br>                    **Defendants.** | Civil Action No. 07 Civ. 09633 (LBS) |

[Additional captions on succeeding pages.]

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| MICHAEL J. SAVENA, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.<br><br>      Defendants. | Civil Action No. 07 Civ. 09837 (LBS) |

| | |
|---|---|
| GARY KOSSEFF, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> -against-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.<br><br>      Defendants. | Civil Action No. 07 Civ. 10984 (LBS) |

| | |
|---|---|
| ROBERT R. GARBER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS.<br><br>      Defendants. | Civil Action No. 07 Civ. 11080 (LBS) |
| JAMES CONN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> -against-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,<br><br>      Defendants. | Civil Action No. 07 Civ. 11626 (LBS) |

I hereby certify that on January 31, 2008, I filed true and correct copies of the foregoing document with the Clerk of Court via the CM/ECF system, which will send notification to counsel registered for CM/ECF. I have also mailed copies of the foregoing documents to be served via U.S. mail to the non-ECF participants listed below:

Alfred G. Yates, Jr.
Law Office of Alfred G. Yates, Jr. PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

/s Fei-Lu Qian
Fei-Lu Qian

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:   (212) 661-8665