UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 07cv9633 (LBS) |
| Plaintiff, | : : | **ELECTRONICALLY FILED** |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : | |
| Defendants. | : : : | |

| | | |
|---|---|---|
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv9837 (LBS) |
| Plaintiff, | : : | |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : | |
| Defendants. | : : : | |

| | | |
|---|---|---|
| GARY KOSSEFF, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv10984 (LBS) |
| Plaintiff, | : : | |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : | |
| Defendants. | : : | |

*[Additional Captions on Following Page]*

**NOTICE OF APPEARANCE OF A. ARNOLD GERSHON
AS CO-COUNSEL ON BEHALF OF LEAD PLAINTIFF MOVANT
THE STATE TEACHERS' RETIREMENT SYSTEM OF OHIO**

|  |  |  |
|---|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
|  | : | NO. 07cv11080 (LBS) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : |  |
|  | : |  |
| Defendants. | : |  |

|  |  |  |
|---|---|---|
| JAMES CONN, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
|  | : | NO. 07cv11626 (LBS) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI, | : |  |
|  | : |  |
| Defendants. | : |  |

TO THE CLERK:

PLEASE TAKE NOTICE that A. Arnold Gershon, of the law firm Barrack Rodos & Bacine, with offices at 1350 Broadway, Suite 1001, New York, New York 10018, and 2001 Market Street, 3300 Two Commerce Square, Philadelphia, Pennsylvania 19103, hereby enter my appearance as co-counsel for lead plaintiff movant the State Teachers' Retirement Systems of

Ohio in the above-captioned actions and as proposed co-lead counsel for the class. All future

pleadings should be served upon Barrack Rodos & Bacine at the address set forth below.

Dated: February 19, 2008
      New York, New York

Respectfully submitted,

BARRACK, RODOS & BACINE


By:  s/ A. Arnold Gershon (AAG-3809)
    A. Arnold Gershon (AG-3809)
    1350 Broadway
    Suite 1001
    New York, NY  10018
    (212) 688-0782
    Fax:  (212) 688-0783
    Email:  agershon@barrack.com

        and

    M. Richard Komins
    Jeffrey A. Barrack
    BARRACK, RODOS & BACINE
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA  19103
    (215) 963-0600
    Fax:  (215) 963-0838
    Email: mkomins@barrack.com
           jbarrack@barrack.com

    *Proposed Co-Lead Counsel for Lead*
    *Plaintiff Movant the State Teachers'*
    *Retirement System of Ohio*