UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv9633 (LBS) |
| Plaintiff, v. | : : : | **ELECTRONICALLY FILED** |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : : | |
| Defendants. | : : | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | : : | CIVIL ACTION NO. 07cv9837 (LBS) |
| Plaintiff, v. | : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : : | |
| Defendants. | : : | |
| GARY KOSSEFF, individually and on behalf of all others similarly situated, | : : | CIVIL ACTION NO. 07cv10984 (LBS) |
| Plaintiff, v. | : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : : | |
| Defendants. | : : | |

*[Additional Captions on Following Page]*

**NOTICE OF APPEARANCE OF REGINA M. CALCATERRA
AS CO-COUNSEL ON BEHALF OF LEAD PLAINTIFF MOVANT
THE STATE TEACHERS' RETIREMENT SYSTEM OF OHIO**

| | |
|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>        Defendants. | CIVIL ACTION<br>NO. 07cv11080 (LBS) |
| JAMES CONN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI,<br><br>        Defendants. | CIVIL ACTION<br>NO. 07cv11626 (LBS) |

TO THE CLERK:

      PLEASE TAKE NOTICE that Regina M. Calcaterra, of the law firm Barrack Rodos & Bacine, with offices at 1350 Broadway, Suite 1001, New York, New York 10018, and 2001 Market Street, 3300 Two Commerce Square, Philadelphia, Pennsylvania 19103, hereby enter my appearance as co-counsel for lead plaintiff movant the State Teachers' Retirement Systems of

Ohio in the above-captioned actions and as proposed co-lead counsel for the class. All future pleadings should be served upon Barrack Rodos & Bacine at the address set forth below.

Dated: February 19, 2008
       New York, New York

Respectfully submitted,

BARRACK, RODOS & BACINE

By:   s/ Regina M. Calcaterra (RC-3858)
     Regina M. Calcaterra (RC-3858)
     1350 Broadway
     Suite 1001
     New York, NY 10018
     (212) 688-0782
     Fax: (212) 688-0783
     Email: rcalcaterra@barrack.com

and

M. Richard Komins
Jeffrey A. Barrack
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: mkomins@barrack.com
       jbarrack@barrack.com

*Proposed Co-Lead Counsel for Lead Plaintiff Movant the State Teachers' Retirement System of Ohio*