UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated, | : | CIVIL ACTION NO. 07cv9633 (LBS) |
| Plaintiff, | : | **ELECTRONICALLY FILED** |
| v. | : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | : | CIVIL ACTION NO. 07cv9837 (LBS) |
| Plaintiff, | : | |
| v. | : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| GARY KOSSEFF, individually and on behalf of all others similarly situated, | : | CIVIL ACTION NO. 07cv10984 (LBS) |
| Plaintiff, | : | |
| v. | : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : | |
| Defendants. | : | |

---

*[Additional Captions on Following Page]*

## DECLARATION OF REGINA M. CALCATERRA
## IN SUPPORT OF APPROVAL OF THE SELECTION OF
## BARRACK, RODOS & BACINE AS CO-LEAD COUNSEL

---

ROBERT R. GARBER, individually and on behalf   :
of all others similarly situated,   :

   :

          Plaintiff,   :

   :

       v.   :

   :

MERRILL LYNCH & CO., INC., E. STANLEY   :
O'NEAL, AHMASS L. FAKAHANY, GREGORY :
J. FLEMING, and JEFFREY N. EDWARDS,   :

   :

          Defendants.   :

CIVIL ACTION
NO. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all   :
others similarly situated,   :

   :

          Plaintiff,   :

   :

       v.   :

   :

MERRILL LYNCH & CO., INC., E. STANLEY   :
O'NEAL, JEFFREY N. EDWARDS, LAWRENCE :
A. TOSI, ARMANDO M. CODINA, VIRGIS W.   :
COLBERT, ALBERTO CRIBIORE, JOHN D.   :
FINNEGAN, JUDITH MAYHEW JONAS,   :
AULANA L. PETERS, JOSEPH W. PRUEHER,   :
ANN N. REESE and CHARLES O. ROSSOTTI,   :

   :

          Defendants.   :

CIVIL ACTION
NO. 07cv11626 (LBS)

---

I, Regina M. Calcaterra, declare as follows:

1.     I am a partner in the law firm of Barrack Rodos & Bacine. I am making this declaration upon my personal knowledge and am competent to testify to the matters stated herein.

2.     I am admitted to practice before this Court and am a member in good standing. I respectfully submit this declaration in support of approval of the selection of Barrack, Rodos &

Bacine by the Ohio Attorney General on behalf of State Teachers' Retirement System of Ohio ("Ohio STRS") as co-lead counsel in this matter, as reflected by the declaration of William J. Neville, General Counsel of Ohio STRS, annexed hereto as Exhibit A.

3.      Barrack, Rodos & Bacine has extensive experience litigating securities class actions and has successfully prosecuted numerous securities class actions on behalf of injured investors, including, most recently, on January 16, 2008, obtaining a unanimous jury verdict in *In re Apollo Group Securities Litigation*, 2:04-cv-2147-JAT, in the United States District Court for the District of Arizona, on behalf of investors. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Barrack Rodos & Bacine.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _19th_ day of February, 2008.

_____
Regina M. Calcaterra (RC-3858)

2

## CERTIFICATE OF SERVICE

I, Regina M. Calcaterra, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Declaration of Regina M. Calcaterra in Support of Approval of the Selection of Barrack, Rodos & Bacine as Co-Lead Counsel has been filed electronically via the CM/ECF system which will send notification to counsel registered for CM/ECF. I have also mailed a copy of the foregoing to be served via U.S. mail to the non-ECF participants listed on the attached Service List.

Dated: February 1[?], 2008

By:   s/ Regina M. Calcaterra (RC-3858)
Regina M. Calcaterra (RC-3858)
BARRACK, RODOS & BACINE
1350 Broadway
Suite 1001
New York, NY 10018
(212) 688-0782
Fax: (212) 688-0783
Email: rcalcaterra@barrack.com

## NON-CM/ECF SERVICE LIST

Joshua B. Silverman
One North LaSalle Street
Suite 2225
Chicago, IL  60602
(312) 377-1181
Fax:  (312) 377-1184

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman
    & Gross LLP
100 Park Avenue, 26th Floor
New York, NY  10017
(212) 661-1100
Fax:  (212) 661-8665

Joseph W. Cotchett
Nancy L. Fineman
Cotchett Pitre & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
(650) 697-6000

*Counsel for Plaintiff James Conn*

Alfred G. Yates, Jr.
Gerald L. Rutledge
Law Office of Alfred G. Yates, Jr. PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
(412) 391-5164
Fax:  (412) 471-1033

*Counsel for Plaintiff Robert R. Garber*