# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>    Defendants. | CIVIL ACTION<br>NO. 07cv9633 (LBS)<br><br>**ELECTRONICALLY FILED** |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>    Defendants. | CIVIL ACTION<br>NO. 07cv9837 (LBS) |
| GARY KOSSEFF, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>    Defendants. | CIVIL ACTION<br>NO. 07cv10984 (LBS) |

*[Additional Captions on Following Page]*

**DECLARATION OF THE STATE TEACHERS' RETIREMENT SYSTEM OF OHIO
IN SUPPORT OF APPROVAL OF THE SELECTION OF
BARRACK, RODOS & BACINE AS CO-LEAD COUNSEL**

| | |
|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv11080 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| JAMES CONN, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv11626 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI, | |
| Defendants. | |

I, William J. Neville, General Counsel of the State Teachers' Retirement System of Ohio ("Ohio STRS") declare as follows:

1.  I am General Counsel of Ohio STRS and am authorized to make this declaration on its behalf. The matters set forth herein are based on my personal knowledge and I am competent to testify to them.

2. Ohio STRS has submitted a motion seeking consolidation of the above captioned actions, appointment as lead plaintiff, and approval of its selection of co-lead counsel.

3. In connection with the aforementioned motion, the Ohio Attorney General retained as proposed co-lead counsel in this litigation on behalf of Ohio STRS the law firms of Berger & Montague, P.C. ("Berger & Montague"), Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), and Schiffrin Barroway Topaz & Kessler, LLP ("SBTK").

4. On January 30, 2008, SBTK filed a notice of withdrawal as counsel of record to represent Ohio STRS in this matter pursuant to Local Civil Rule 1.4.

5. The Ohio Attorney General on behalf of Ohio STRS subsequently retained the law firm of Barrack Rodos & Bacine ("Barrack Rodos") as a proposed co-lead counsel, to replace SBTK in this litigation.

6. The Ohio Attorney General on behalf of Ohio STRS has retained the law firm of Barrack Rodos to serve as proposed co-lead counsel with Kaplan Fox and Berger & Montague.

7. Ohio STRS therefore submits this declaration in support of approval of the selection of Barrack Rodos as co-lead counsel with Kaplan Fox and Berger & Montague in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed this 15th day of February, 2008.

By: _____
William J. Neville

2