UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE MERRILL LYNCH & CO., INC.
SECURITIES, DERIVATIVE AND ERISA
LITIGATION

Master File No.:
07cv9633 (LBS)(AJP)(DFE)

This Document Relates To:

ALL ACTIONS

------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Sara Esther Fuks

[✓] *Attorney*

   [✓] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SF6034

   [ ] I am a Pro Hac Vice attorney

   [ ] I am a Government Agency attorney

[✓] *Law Firm/Government Agency Association*

   From: Dewey Ballantine LLP

   To: Milberg LLP

   [✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[✓] *Address:* One Pennsylvania Plaza
New York, New York 10119-0165

[✓] *Telephone Number:* (212) 594-5300

[✓] *Fax Number:* (212) 868-1229

[✓] *E-Mail Address:* sfuks@milberg.com

Dated: 5/19/2008

Sara E. Fuks