# CERTIFICATE OF SERVICE

I, Sara Fuks, an associate with the law firm of Milberg LLP, hereby certify that I caused a true and correct copy of the Notice of Change of Address to be served with the Clerk of the Court using the CM/ECF system, which will send notifications of filings do the CM/ECF participants, and caused all counsel listed below to be served by regular U.S. Mail on this 19th day of May 2008:


Robert I. Izard
**SCHATZ NOBEL ISARD P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103

Joseph A. Weeden
**SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087


                _/s/ Sara E. Fuks_
                Sara E. Fuks