UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No.: 07cv9633 (LBS)(AJP)(DFE) |
| This Document Relates To: Securities Action, 07cv9633 (LBS)(AJP)(DFE) | ECF CASE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Deloitte & Touche LLP.

Dated: June 17, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Brad S. Karp
      Brad S. Karp

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000
Fax  (212) 757-3990
bkarp@paulweiss.com

*Attorneys for Defendant Deloitte & Touche LLP*