UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION<br><br>This Document Relates To:<br>Securities Action, 07cv9633 (LBS)(AJP)(DFE) | Master File No.:<br>07cv9633 (LBS)(AJP)(DFE)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Deloitte & Touche LLP.

Dated: June 17, 2008
Washington, D.C.

                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                          By:   /s/ Charles E. Davidow
                                Charles E. Davidow

1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.   (202) 223-7300
Fax   (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendant Deloitte & Touche LLP*