UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION<br><br>This Document Relates To: Securities Action, 07cv9633 (LBS)(AJP)(DFE) | Master File No.: 07cv9633 (LBS)(AJP)(DFE)<br><br>**ECF CASE** |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT DELOITTE & TOUCHE LLP

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Deloitte & Touche LLP ("D&T") states that D&T is a limited liability partnership with its interests held by its partners and principals and by Deloitte LLP (with its interests held by its partners and principals).  D&T has no parent corporations, and no publicly held corporation owns 10% or more of its equity interests.

Dated: June 17, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By:____/s/ Brad S. Karp_____
       Brad S. Karp

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.   (212) 373-3000
Fax   (212) 757-3990
bkarp@paulweiss.com


Charles E. Davidow
1615 L Street, N.W.
Washington, D.C.  20036-5694
Tel.   (202) 223-7300
Fax   (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendant Deloitte & Touche LLP*