SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
Joanne Gaboriault
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch & Co., Inc.,
Merrill Lynch Capital Trust I, Merrill Lynch Capital
Trust II, Merrill Lynch Capital Trust III and
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. : <br> SECURITIES, DERIVATIVE AND ERISA : <br> LITIGATION : <br>   : | Master File No.: <br> 07cv9633 (LBS)(AJP)(DFE) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | **ECF Case** |
| This Document Relates to: : <br> Securities Action, 07cv9633(LBS)(AJP)(DFE) : <br>   : | **Electronically Filed** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION OF DEFENDANTS MERRILL LYNCH & CO., INC., MERRILL LYNCH CAPITAL TRUST I, MERRILL LYNCH CAPITAL TRUST II, MERRILL LYNCH CAPITAL TRUST III AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND TO STRIKE CERTAIN ALLEGATIONS

PLEASE TAKE NOTICE that, upon the annexed Consolidated Amended Class

Action Complaint in the above-captioned action; the Memorandum of Law in Support of The

Motion of Defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I, Merrill Lynch

Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner & Smith

Incorporated to Dismiss the Consolidated Amended Class Action Complaint and to Strike Certain

Allegations; the accompanying Declaration of Jay B. Kasner, dated July 18, 2008; and all prior

papers and proceedings herein, defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I,

Merrill Lynch Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner & Smith will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order: (a) dismissing the Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); (b) striking paragraphs 104-107, 121-123, 140, 168-184, 238(d), 264(c), 268(c), (d), 280(d), 290(d), 297(c), (d) and (f), 308, 311, 317 and 336 of the Consolidated Amended Complaint pursuant to Fed. R. Civ. P. 12(f); and (c) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 21, 2008

                                        /s/ Jay B. Kasner
                                Jay B. Kasner (jay.kasner@skadden.com)
                                Christopher P. Malloy (christopher.malloy@skadden.com)
                                Scott D. Musoff (scott.musoff@skadden.com)
                                Joanne Gaboriault (joanne.gaboriault@skadden.com)
                                SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                Four Times Square
                                New York, NY 10036
                                (212) 735-3000

                                Attorneys for Defendants
                                  Merrill Lynch & Co., Inc.,
                                  Merrill Lynch Capital Trust I,
                                  Merrill Lynch Capital Trust II,
                                  Merrill Lynch Capital Trust III and
                                  Merrill Lynch, Pierce, Fenner &
                                  Smith Incorporated

To:

| | |
|---|---|
| Robert N. Kaplan | Merrill G. Davidoff |
| Frederic S. Fox | Lawrence J. Lederer |
| Donald R. Hall | Arthur Stock |
| Joel B. Strauss | Lane Vines |
| Jeffrey P. Campisi | Jon Lambiras |
| Aviah Cohen Pierson | BERGER & MONTAGUE, P.C. |
| KAPLAN FOX & KILSHEIMER LLP | 1622 Locust Street |
| 850 Third Avenue, 14th Floor | Philadelphia, PA  19103 |
| New York, New York  10022 | Phone:  (215) 875-3000 |
| Phone: (212) 687-1980 | Fax:  (215) 875-4604 |
| Fax:  (212) 687-7714 | |
| | Attorneys for Plaintiffs |
| Attorneys for Plaintiffs | |
| | |
| M. Richard Komins | Michael Chepiga |
| Jeffrey A. Barrack | Paul Curnin |
| Robert A. Hoffman | Zachary Feingold |
| Beth T. Seltzer | SIMPSON THACHER & BARTLETT LLP |
| Julie B. Palley | 425 Lexington Avenue |
| BARRACK, RODOS & BACINE | New York, New York  10017 |
| 3300 Two Commerce Square | Phone:  (212) 455-20000 |
| 2001 Market Street | Fax:  (212) 455-2502 |
| Philadelphia, PA  19103 | |
| Phone:  (215) 963-0600 | Attorneys for Defendant E. Stanley O'Neal |
| Fax:  (215) 963-0838 | |
| | |
| Attorneys for Plaintiffs | |
| | |
| Michael R. Young | James N. Benedict |
| Richard Bernstein | George Canellos |
| Mei Lin Kwan-Gett | Andrew Robertson |
| WILLKIE FARR & GALLAGHER LLP | MILBANK TWEED HADLEY & McCLOY LLP |
| 787 Seventh Avenue | One Chase Manhattan Plaza |
| New York, New York  10019 | New York, New York  10005 |
| Phone:  (212) 728-8000 | Phone:  (212) 530-5000 |
| Fax:  (212) 728-8111 | Fax:  (212) 530-5219 |
| | |
| Attorneys for Defendant Jeffrey Edwards | Attorneys for Defendant Ahmass Fakahany |

| | |
|---|---|
| Joseph S. Allerhand<br>Jonathan D. Polkes<br>Erin J. Law<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Phone:  (212) 310-8000<br>Fax:  (212) 310-8007<br><br>Attorneys for Defendant Greg Fleming | Brad Karp<br>Charles Davidow<br>PAUL WEISS RIFKIND WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Phone:  (212) 373-3000<br>Fax:  (212) 757-3990<br><br>Attorneys for Defendant Deloitte & Touche LLP |

George Schieren
Mark Holland
Clifford Chance
31 West 52nd Street
New York
New York, New York  10019
Phone (212) 878-8000
Fax:  (212) 878-8375

Attorneys for Defendants Citigroup Global
Markets, Morgan Stanley & Co., UBS Securities
and Wachovia Capital Services