Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
Joanne Gaboriault
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Defendants
Merrill Lynch & Co., Inc.,
Merrill Lynch Capital Trust I,
Merrill Lynch Capital Trust II,
Merrill Lynch Capital Trust III and
Merrill Lynch, Pierce, Fenner &
Smith Incorporated

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------- x
IN RE MERRILL LYNCH & CO., INC.          :   Master File No.:
SECURITIES, DERIVATIVE AND ERISA         :   07cv9633(LBS)(AJP)(DFE)
LITIGATION                                :
                                          :
----------------------------------- x
This Document Relates to:                 :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
Derivative Action, 07cv9696(LBS)(AJP)(DFE) :
ERISA Action, 07cv10268(LBS)(AJP)(DFE)    :
----------------------------------- x

### DECLARATION OF JAY B. KASNER
### IN SUPPORT OF THE MERRILL DEFENDANTS'
### MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINTS

JAY B. KASNER, under penalty of perjury, declares as follows:

1.      I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher &

Flom LLP, attorneys for Defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I,

Merrill Lynch Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner

& Smith Incorporated ("Merrill Defendants").

2.      I submit this declaration in support of: (A) the Motions to Dismiss the Consolidated Amended Class Action Complaint in the Securities Action, 07cv9633(LBS)(AJP)(DFE) made by the Merrill Defendants, and defendants O'Neal, Fleming, Edwards and Fakahany; (B) all defendants' Motions to Dismiss the Consolidated Amended Shareholders' Derivative Complaint in the Derivative Action, 07cv9696(LBS)(AJP)(DFE); and (C) all defendants' Motion to Dismiss the Consolidated Amended Complaint for Violations of ERISA in the ERISA Action, 07cv10268(LBS)(AJP)(DFE) (collectively, the "Motions"); and to transmit to the Court true and correct copies of the following documents that this Court may consider in connection with its determination of the Motions:

| | |
|---|---|
| Exhibit A | Excerpts from William W. Bartlett, Mortgage-Backed Securities: Products, Analysis, Trading (1989), 396-98. |
| Exhibit B | CSI: Credit Crunch, Economist, Oct. 18, 2007. |
| Exhibit C | Randall Dodd, Subprime: Tentacles of a Crisis, Fin. & Development, (IMF quarterly magazine) Dec. 2007. |
| Exhibit D | Excerpts from Frank J. Fabozzi, Credit Enhancements for Nonagency MBS Products, in The Handbook of Mortgage-Backed Securities (Frank J. Fabozzi, ed., 6th ed. 2006), 113-22. |
| Exhibit E | Statement of John Finnegan before the House Committee on Oversight and Government Reform, Mar. 7, 2008. |
| Exhibit F | Excerpts from Laurie S. Goodman et al., Subprime Mortgage Credit Derivatives (Frank J. Fabozzi, ed., 2008), 10, 145-49, 156-60, 269-70. |
| Exhibit G | Alan Greenspan, The Roots of the Mortgage Crisis, Wall St. J., Dec. 12, 2007. |
| Exhibit H | Alan Greenspan, We Will Never Have a Perfect Model of Risk, Fin. Times (London), Mar. 16, 2008. |

| | |
|---|---|
| Exhibit I | Jian Hu, Moody's Investors Servs., <u>Structured Finance CDO Ratings Surveillance Brief: September 2007</u>, (Oct. 23, 2007). |
| Exhibit J | Ben Logan, <u>The ABX Indices: A Pricing Conundrum</u>, Credit, May 1, 2008. |
| Exhibit K | Yalman Onaran and Jody Shenn, <u>Bear Stearns Turns to Marano for $1.6 Billion Bailout</u>, Bloomberg, June 27, 2007. |
| Exhibit L | Susan Pulliam, <u>Deals with Hedge Funds May be Helping Merrill Delay Mortgage Losses</u>, Wall St. J., Nov. 2, 2007 (as corrected on Nov. 26, 2007). |
| Exhibit M | Susan Pulliam et al, <u>Merrill Upped Ante as Boom in Mortgage Bonds Fizzled</u>, Wall St. J., Apr. 16, 2008. |
| Exhibit N | Allison Pyburn, <u>ML Leads Banner CDO Year</u>, Asset Securitization Report, Jan. 8, 2007. |
| Exhibit O | Olivia Thetgyi, <u>AIG Steps Back from ABS CDO Super Seniors</u>, Securitization News, Apr. 3, 2006. |
| Exhibit P | Merrill Lynch Stock Trading Data, September 1, 2006 through March 31, 2008. |
| Exhibit Q | Bear Stearns Stock Trading Data, September 1, 2006 through March 31, 2008. |
| Exhibit R | Citigroup Stock Trading Data, September 1, 2006 through March 31, 2008. |
| Exhibit S | Lehman Brothers Stock Trading Data, September 1, 2006 through March 31, 2008. |
| Exhibit T | Morgan Stanley Stock Trading Data, September 1, 2006 through March 31, 2008. |
| Exhibit U | UBS Stock Trading Data, September 1, 2006 through March 31, 2008. |
| Exhibit V | Excerpts from Merrill Lynch Annual Report on Form 10-K for the year ending December 29, 2006, filed with the United States Securities and Exchange Commission (the "SEC") on February 26, 2007. |

| | |
|---|---|
| Exhibit W | Excerpts from Merrill Lynch Annual Report on Form 10-K for the year ending December 28, 2007, filed with the SEC on February 25, 2008. |
| Exhibit X | Excerpts from Merrill Lynch Quarterly Report on Form 10-Q for the quarter ending March 30, 2007, filed with the SEC on May 7, 2007. |
| Exhibit Y | Excerpts from Merrill Lynch Quarterly Report on Form 10-Q for the quarter ending June 29, 2007, filed with the SEC on August 3, 2007. |
| Exhibit Z | Excerpts from Merrill Lynch Quarterly Report on Form 10-Q for the quarter ending September 28, 2007, filed with the SEC on November 7, 2007. |
| Exhibit AA | Excerpts from Merrill Lynch Quarterly Report of Form 10-Q for the quarter ending March 28, 2008, filed with the SEC on May 6, 2008. |
| Exhibit BB | Merrill Lynch Current Report, dated and filed with the SEC on Form 8-K on September 17, 2004. |
| Exhibit CC | Merrill Lynch Press Release dated October 5, 2007, filed with the SEC on Form 8-K on October 5, 2007. |
| Exhibit DD | Excerpts from Merrill Lynch Press Release dated October 24, 2007, filed with the SEC on Form 8-K on October 24, 2007. |
| Exhibit EE | Excerpts from Merrill Lynch Current Report, dated and filed with the SEC on Form 8-K on October 30, 2007. |
| Exhibit FF | Excerpts from transcript of Merrill Lynch Earnings Conference Call for the quarter ending June 29, 2007, held on July 17, 2007. |
| Exhibit GG | Excerpts from Merrill Lynch Definitive Proxy Statement for 1987, filed with the SEC on Form 14A on March 23, 1987. |
| Exhibit HH | Excerpts from Merrill Lynch Definitive Proxy Statement for 2005, filed with the SEC on Form 14A on March 15, 2005. |
| Exhibit II | Excerpts from Merrill Lynch Definitive Proxy Statement for 2006, filed with the SEC on Form 14A on March 10, 2006. |
| Exhibit JJ | Excerpts from Merrill Lynch Definitive Proxy Statement for 2007, filed with the SEC on Form 14A on March 16, 2007. |

| | |
|---|---|
| Exhibit KK | Excerpts from Merrill Lynch Definitive Proxy Statement for 2008, filed with the SEC on Form 14A on March 14, 2008. |
| Exhibit LL | E. Stanley O'Neal, Letter to Fellow Shareholders and Clients, Merrill Lynch 2006 Annual Report, February 27, 2007. |
| Exhibit MM | Excerpts from Merrill Lynch Registration Statement, filed with the SEC on Form S-4 on May 7, 2007. |
| Exhibit NN | Merrill Press Release, Merrill Lynch Announces Agreement to Acquire First Franklin from National City Corporation, issued on September 5, 2006. |
| Exhibit OO | Jeffrey N. Edwards Statements of Changes in Beneficial Ownership, filed with the SEC on Form 4 on January 24, 2007 and February 2, 2007. |
| Exhibit PP | Ahmass L. Fakahany Statements of Changes in Beneficial Ownership, both filed with the SEC on Form 4 on February 6, 2007. |
| Exhibit QQ | Gregory J. Fleming Statements of Changes in Beneficial Ownership, filed with the SEC on Form 4 on January 26, February 2, February 8, May 18 and October 24 of 2005; January 25, February 23 and August 8 of 2006; and January 24, February 2, February 8 and September 25 of 2007. |
| Exhibit RR | E. Stanley O'Neal Statements of Changes in Beneficial Ownership, filed with the SEC on Form 4 on March 1, 2005, February 24, 2006 and February 6, 2007. |
| Exhibit SS | Excerpts from Merrill Lynch Restated Certificate of Incorporation dated May 3, 2001. |
| Exhibit TT | Merrill Press Release, Merrill Reports Record Net Revenues, Net Earnings and Diluted EPS for Full Year 2006, issued on January 18, 2007. |
| Exhibit UU | Merrill Press Release, Merrill Lynch Names Ahmass Fakahany and Greg Fleming Co-Presidents, issued on May 16, 2007. |
| Exhibit VV | Susan Roth Katzke & Ross Seiden, Merrill Lynch, Credit Suisse Equity Research (Feb. 2, 2007). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2008.

                                                                                              JAY B. KASNER