# EXHIBIT R



**Citigroup Stock Prices, September 1, 2006 - March 31, 2008***

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/1/2006 | 49.71 | 49.21 | 49.37 | 7441500 |
| 9/5/2006 | 49.68 | 49.12 | 49.42 | 7756400 |
| 9/6/2006 | 49.27 | 48.91 | 49.13 | 10413700 |
| 9/7/2006 | 49.65 | 48.42 | 48.55 | 14205700 |
| 9/8/2006 | 48.79 | 48.48 | 48.72 | 9200000 |
| 9/11/2006 | 49.16 | 48.61 | 48.92 | 10447100 |
| 9/12/2006 | 49.20 | 48.76 | 48.99 | 10981700 |
| 9/13/2006 | 49.50 | 48.87 | 49.30 | 14067700 |
| 9/14/2006 | 49.42 | 49.05 | 49.29 | 13324300 |
| 9/15/2006 | 49.58 | 49.18 | 49.19 | 17848700 |
| 9/18/2006 | 49.72 | 49.11 | 49.59 | 12461500 |
| 9/19/2006 | 49.71 | 49.30 | 49.70 | 9184600 |
| 9/20/2006 | 50.15 | 49.63 | 49.90 | 16317500 |
| 9/21/2006 | 50.11 | 49.50 | 49.75 | 14019000 |
| 9/22/2006 | 49.65 | 49.27 | 49.50 | 11141900 |
| 9/25/2006 | 50.17 | 49.51 | 50.08 | 16258600 |
| 9/26/2006 | 50.34 | 49.85 | 50.23 | 16163600 |
| 9/27/2006 | 50.35 | 49.84 | 49.97 | 15890600 |
| 9/28/2006 | 50.17 | 49.75 | 49.93 | 12026600 |
| 9/29/2006 | 50.07 | 49.58 | 49.67 | 16908800 |
| 10/2/2006 | 49.85 | 49.28 | 49.49 | 11678900 |
| 10/3/2006 | 50.39 | 49.55 | 50.09 | 15084400 |
| 10/4/2006 | 51.06 | 50.00 | 51.03 | 20936100 |
| 10/5/2006 | 51.18 | 50.66 | 50.99 | 14870300 |
| 10/6/2006 | 51.07 | 50.60 | 51.05 | 15023300 |
| 10/9/2006 | 51.17 | 50.85 | 51.08 | 9929000 |
| 10/10/2006 | 51.33 | 50.81 | 50.82 | 23596800 |
| 10/11/2006 | 50.55 | 50.13 | 50.38 | 19806100 |
| 10/12/2006 | 50.59 | 49.95 | 50.18 | 19224400 |
| 10/13/2006 | 50.40 | 49.72 | 50.38 | 19698700 |
| 10/16/2006 | 50.33 | 49.87 | 50.15 | 13057400 |
| 10/17/2006 | 50.28 | 49.63 | 50.05 | 13039000 |
| 10/18/2006 | 50.71 | 49.70 | 50.19 | 18656400 |
| 10/19/2006 | 49.93 | 49.51 | 49.87 | 18146500 |
| 10/20/2006 | 49.99 | 49.50 | 49.91 | 26694200 |
| 10/23/2006 | 50.74 | 49.79 | 50.62 | 20939400 |
| 10/24/2006 | 50.65 | 50.24 | 50.47 | 15487400 |
| 10/25/2006 | 50.93 | 50.40 | 50.87 | 14169200 |
| 10/26/2006 | 50.95 | 50.57 | 50.83 | 19278400 |
| 10/27/2006 | 50.75 | 50.30 | 50.36 | 16868200 |
| 10/30/2006 | 50.44 | 50.05 | 50.12 | 12848300 |
| 10/31/2006 | 50.46 | 50.11 | 50.16 | 18139000 |
| 11/1/2006 | 50.71 | 49.92 | 50.09 | 20808800 |
| 11/2/2006 | 49.88 | 49.47 | 49.74 | 17615200 |
| 11/3/2006 | 49.99 | 49.48 | 49.59 | 10582100 |
| 11/6/2006 | 50.29 | 49.44 | 50.22 | 15291000 |
| 11/7/2006 | 50.75 | 50.19 | 50.48 | 13627600 |
| 11/8/2006 | 50.72 | 50.27 | 50.57 | 10750800 |
| 11/9/2006 | 50.62 | 50.31 | 50.61 | 10241000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/10/2006 | 50.90 | 50.40 | 50.63 | 11650900 |
| 11/13/2006 | 50.95 | 50.50 | 50.69 | 8094700 |
| 11/14/2006 | 50.85 | 50.04 | 50.75 | 18073200 |
| 11/15/2006 | 50.70 | 50.20 | 50.47 | 15143900 |
| 11/16/2006 | 50.75 | 50.42 | 50.66 | 12951700 |
| 11/17/2006 | 50.88 | 50.48 | 50.80 | 30111200 |
| 11/20/2006 | 50.89 | 50.45 | 50.73 | 13427300 |
| 11/21/2006 | 50.85 | 50.45 | 50.61 | 10110600 |
| 11/22/2006 | 50.95 | 50.58 | 50.77 | 11686800 |
| 11/24/2006 | 50.67 | 50.31 | 50.31 | 10137600 |
| 11/27/2006 | 50.54 | 49.67 | 49.89 | 21751500 |
| 11/28/2006 | 49.85 | 49.43 | 49.56 | 14558500 |
| 11/29/2006 | 49.97 | 49.48 | 49.86 | 13262900 |
| 11/30/2006 | 49.89 | 49.45 | 49.59 | 17061500 |
| 12/1/2006 | 49.63 | 48.83 | 49.38 | 17741600 |
| 12/4/2006 | 50.18 | 49.37 | 50.00 | 20780300 |
| 12/5/2006 | 50.57 | 49.76 | 50.51 | 15779400 |
| 12/6/2006 | 50.81 | 50.38 | 50.78 | 12317800 |
| 12/7/2006 | 50.77 | 50.42 | 50.71 | 19845900 |
| 12/8/2006 | 52.70 | 50.35 | 51.85 | 54463200 |
| 12/11/2006 | 52.88 | 51.85 | 52.88 | 26852100 |
| 12/12/2006 | 52.37 | 51.75 | 52.25 | 26099900 |
| 12/13/2006 | 52.65 | 52.12 | 52.32 | 14084100 |
| 12/14/2006 | 53.20 | 52.30 | 53.11 | 20961800 |
| 12/15/2006 | 54.08 | 53.20 | 54.07 | 32145900 |
| 12/18/2006 | 55.61 | 54.25 | 55.44 | 45499400 |
| 12/19/2006 | 55.23 | 54.54 | 55.23 | 26406400 |
| 12/20/2006 | 55.29 | 54.78 | 55.16 | 20341900 |
| 12/21/2006 | 55.44 | 54.65 | 54.76 | 16263300 |
| 12/22/2006 | 55.10 | 54.46 | 54.55 | 9647700 |
| 12/26/2006 | 55.19 | 54.52 | 55.12 | 8806500 |
| 12/27/2006 | 56.67 | 55.12 | 56.41 | 22351600 |
| 12/28/2006 | 57.00 | 55.55 | 55.88 | 15307000 |
| 12/29/2006 | 56.09 | 55.55 | 55.70 | 11038600 |
| 1/3/2007 | 56.28 | 54.72 | 55.25 | 22821100 |
| 1/4/2007 | 56.15 | 54.72 | 55.06 | 16586800 |
| 1/5/2007 | 55.05 | 54.46 | 54.77 | 13178800 |
| 1/8/2007 | 55.15 | 54.30 | 55.05 | 12495200 |
| 1/9/2007 | 55.15 | 54.19 | 54.57 | 19658100 |
| 1/10/2007 | 54.49 | 53.95 | 54.13 | 17449100 |
| 1/11/2007 | 54.39 | 53.80 | 54.17 | 14510500 |
| 1/12/2007 | 54.55 | 54.00 | 54.38 | 18429600 |
| 1/16/2007 | 54.81 | 54.34 | 54.77 | 12552800 |
| 1/17/2007 | 55.08 | 54.28 | 54.39 | 14065200 |
| 1/18/2007 | 54.71 | 54.07 | 54.39 | 17615400 |
| 1/19/2007 | 54.51 | 53.50 | 54.50 | 23955800 |
| 1/22/2007 | 55.53 | 54.66 | 54.68 | 28082900 |
| 1/23/2007 | 54.80 | 54.30 | 54.49 | 16265700 |
| 1/24/2007 | 54.84 | 54.27 | 54.83 | 15863600 |
| 1/25/2007 | 54.88 | 53.84 | 53.93 | 19026800 |
| 1/26/2007 | 54.67 | 53.52 | 54.67 | 21100900 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 1/29/2007 | 54.60 | 53.95 | 54.06 | 22206800 |
| 1/30/2007 | 54.32 | 53.80 | 54.27 | 16921400 |
| 1/31/2007 | 55.29 | 54.02 | 55.13 | 18159225 |
| 2/1/2007 | 55.16 | 54.30 | 54.73 | 18755250 |
| 2/2/2007 | 54.94 | 54.32 | 54.66 | 12585600 |
| 2/5/2007 | 55.19 | 54.41 | 54.75 | 16628300 |
| 2/6/2007 | 55.50 | 54.72 | 54.95 | 15536400 |
| 2/7/2007 | 55.19 | 54.83 | 54.95 | 11997600 |
| 2/8/2007 | 54.78 | 54.15 | 54.44 | 13995000 |
| 2/9/2007 | 54.49 | 53.29 | 53.40 | 19229700 |
| 2/12/2007 | 53.91 | 53.20 | 53.43 | 15309443 |
| 2/13/2007 | 53.85 | 53.50 | 53.71 | 13052531 |
| 2/14/2007 | 54.44 | 53.74 | 54.18 | 14163536 |
| 2/15/2007 | 54.52 | 54.04 | 54.21 | 13709500 |
| 2/16/2007 | 54.15 | 53.78 | 54.10 | 17256100 |
| 2/20/2007 | 54.65 | 54.09 | 54.19 | 16105700 |
| 2/21/2007 | 54.15 | 53.59 | 53.75 | 14916000 |
| 2/22/2007 | 54.09 | 53.42 | 53.59 | 19093000 |
| 2/23/2007 | 54.03 | 53.15 | 53.77 | 17740600 |
| 2/26/2007 | 54.19 | 52.18 | 52.68 | 35598582 |
| 2/27/2007 | 52.77 | 50.05 | 50.60 | 32065200 |
| 2/28/2007 | 51.02 | 49.56 | 50.37 | 46743900 |
| 3/1/2007 | 51.45 | 49.60 | 51.08 | 36725549 |
| 3/2/2007 | 51.21 | 49.85 | 49.97 | 26180000 |
| 3/5/2007 | 50.55 | 49.18 | 49.25 | 24972500 |
| 3/6/2007 | 50.84 | 49.55 | 50.58 | 26872100 |
| 3/7/2007 | 51.10 | 50.17 | 50.22 | 20809500 |
| 3/8/2007 | 51.24 | 50.31 | 50.50 | 17831100 |
| 3/9/2007 | 50.95 | 50.00 | 50.33 | 15701200 |
| 3/12/2007 | 50.65 | 50.10 | 50.36 | 10988600 |
| 3/13/2007 | 50.09 | 48.75 | 48.75 | 29286700 |
| 3/14/2007 | 49.32 | 48.05 | 49.08 | 30441252 |
| 3/15/2007 | 50.17 | 49.06 | 50.13 | 29294900 |
| 3/16/2007 | 50.38 | 49.19 | 49.53 | 30815816 |
| 3/19/2007 | 50.10 | 49.70 | 50.06 | 16814617 |
| 3/20/2007 | 50.94 | 49.92 | 50.64 | 16445081 |
| 3/21/2007 | 52.50 | 50.44 | 52.03 | 29271887 |
| 3/22/2007 | 52.20 | 51.69 | 51.84 | 21733380 |
| 3/23/2007 | 52.06 | 51.43 | 51.72 | 15143389 |
| 3/26/2007 | 52.01 | 51.06 | 51.54 | 20869784 |
| 3/27/2007 | 51.65 | 51.00 | 51.06 | 17113100 |
| 3/28/2007 | 51.65 | 50.81 | 50.96 | 23236300 |
| 3/29/2007 | 51.59 | 51.03 | 51.40 | 17816245 |
| 3/30/2007 | 51.94 | 50.92 | 51.34 | 19913080 |
| 4/2/2007 | 51.50 | 50.41 | 51.05 | 18813250 |
| 4/3/2007 | 51.66 | 51.16 | 51.41 | 21452810 |
| 4/4/2007 | 51.52 | 51.14 | 51.36 | 15331751 |
| 4/5/2007 | 51.76 | 51.05 | 51.57 | 10339537 |
| 4/9/2007 | 51.82 | 51.36 | 51.58 | 11533259 |
| 4/10/2007 | 52.51 | 51.35 | 52.40 | 21535839 |
| 4/11/2007 | 52.48 | 51.34 | 51.80 | 25170022 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 4/12/2007 | 51.81 | 51.32 | 51.65 | 22710331 |
| 4/13/2007 | 51.80 | 51.35 | 51.60 | 16901443 |
| 4/16/2007 | 53.59 | 52.25 | 52.93 | 32773125 |
| 4/17/2007 | 53.05 | 52.36 | 52.53 | 22538115 |
| 4/18/2007 | 53.30 | 52.65 | 52.99 | 26188584 |
| 4/19/2007 | 53.47 | 52.65 | 53.09 | 22503610 |
| 4/20/2007 | 53.75 | 52.91 | 53.42 | 26592832 |
| 4/23/2007 | 53.64 | 52.90 | 53.11 | 15148279 |
| 4/24/2007 | 53.30 | 52.37 | 52.81 | 18967374 |
| 4/25/2007 | 53.94 | 52.78 | 53.80 | 26753625 |
| 4/26/2007 | 53.85 | 53.27 | 53.56 | 24742253 |
| 4/27/2007 | 53.55 | 53.15 | 53.37 | 13158903 |
| 4/30/2007 | 54.71 | 53.48 | 53.62 | 30498421 |
| 5/1/2007 | 54.32 | 53.74 | 54.20 | 20996326 |
| 5/2/2007 | 54.45 | 54.07 | 54.30 | 19414092 |
| 5/3/2007 | 54.10 | 53.55 | 53.95 | 16266912 |
| 5/4/2007 | 54.56 | 53.95 | 54.09 | 17704346 |
| 5/7/2007 | 54.40 | 53.72 | 53.88 | 16029707 |
| 5/8/2007 | 54.00 | 53.48 | 53.72 | 15394737 |
| 5/9/2007 | 54.15 | 53.43 | 54.12 | 20771387 |
| 5/10/2007 | 54.05 | 53.18 | 53.20 | 21082420 |
| 5/11/2007 | 53.76 | 52.90 | 53.11 | 76732890 |
| 5/14/2007 | 53.30 | 52.58 | 52.86 | 23985026 |
| 5/15/2007 | 53.24 | 52.74 | 52.79 | 26148629 |
| 5/16/2007 | 55.04 | 53.50 | 54.91 | 64537317 |
| 5/17/2007 | 55.19 | 53.95 | 54.80 | 22369160 |
| 5/18/2007 | 55.55 | 54.74 | 55.00 | 21025188 |
| 5/21/2007 | 55.20 | 54.74 | 54.84 | 23317284 |
| 5/22/2007 | 55.33 | 54.52 | 55.08 | 21781458 |
| 5/23/2007 | 55.53 | 54.85 | 55.01 | 19521833 |
| 5/24/2007 | 55.52 | 54.74 | 54.93 | 22431212 |
| 5/25/2007 | 55.16 | 54.48 | 55.12 | 13538597 |
| 5/29/2007 | 55.42 | 54.62 | 54.91 | 16000912 |
| 5/30/2007 | 55.24 | 54.55 | 55.20 | 14200599 |
| 5/31/2007 | 55.20 | 54.31 | 54.49 | 19566053 |
| 6/1/2007 | 54.75 | 54.28 | 54.51 | 17364237 |
| 6/4/2007 | 54.44 | 53.95 | 54.15 | 15836290 |
| 6/5/2007 | 54.14 | 53.67 | 53.90 | 14437188 |
| 6/6/2007 | 53.90 | 53.10 | 53.33 | 19406808 |
| 6/7/2007 | 53.75 | 52.47 | 52.52 | 22537344 |
| 6/8/2007 | 53.37 | 52.30 | 53.33 | 22848715 |
| 6/11/2007 | 53.77 | 52.81 | 53.47 | 14581594 |
| 6/12/2007 | 53.74 | 52.60 | 52.60 | 20563897 |
| 6/13/2007 | 53.73 | 52.75 | 53.68 | 23185000 |
| 6/14/2007 | 54.22 | 53.57 | 53.67 | 17183893 |
| 6/15/2007 | 54.32 | 53.72 | 53.98 | 26970691 |
| 6/18/2007 | 54.49 | 53.95 | 53.96 | 12055667 |
| 6/19/2007 | 54.39 | 53.95 | 54.26 | 18257189 |
| 6/20/2007 | 54.43 | 53.41 | 53.44 | 19479154 |
| 6/21/2007 | 53.67 | 52.71 | 53.66 | 17503273 |
| 6/22/2007 | 53.60 | 52.30 | 52.41 | 33643411 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 6/25/2007 | 52.90 | 51.54 | 51.69 | 25611473 |
| 6/26/2007 | 52.21 | 51.12 | 51.15 | 28964115 |
| 6/27/2007 | 51.90 | 50.48 | 51.81 | 30665459 |
| 6/28/2007 | 52.37 | 51.23 | 51.81 | 23682757 |
| 6/29/2007 | 52.25 | 50.76 | 51.29 | 26579341 |
| 7/2/2007 | 51.75 | 51.01 | 51.64 | 18061336 |
| 7/3/2007 | 52.23 | 51.58 | 51.86 | 10052028 |
| 7/5/2007 | 52.00 | 51.37 | 51.50 | 13539399 |
| 7/6/2007 | 51.80 | 51.41 | 51.70 | 12596780 |
| 7/9/2007 | 51.86 | 51.50 | 51.60 | 17896480 |
| 7/10/2007 | 51.36 | 50.77 | 51.00 | 33728694 |
| 7/11/2007 | 51.52 | 50.80 | 51.41 | 25188930 |
| 7/12/2007 | 52.91 | 51.41 | 52.84 | 30789190 |
| 7/13/2007 | 52.88 | 52.28 | 52.52 | 20354360 |
| 7/16/2007 | 52.97 | 52.08 | 52.19 | 19092203 |
| 7/17/2007 | 52.93 | 52.13 | 52.46 | 23324174 |
| 7/18/2007 | 52.40 | 50.69 | 51.60 | 36453371 |
| 7/19/2007 | 52.13 | 50.83 | 51.13 | 28984938 |
| 7/20/2007 | 52.18 | 50.15 | 50.73 | 47630122 |
| 7/23/2007 | 51.31 | 50.74 | 50.86 | 23899430 |
| 7/24/2007 | 50.48 | 48.96 | 49.31 | 45976812 |
| 7/25/2007 | 50.05 | 48.48 | 49.21 | 44481553 |
| 7/26/2007 | 48.68 | 46.50 | 47.81 | 77517670 |
| 7/27/2007 | 48.19 | 46.71 | 46.97 | 55917307 |
| 7/30/2007 | 47.65 | 46.70 | 47.19 | 40249840 |
| 7/31/2007 | 48.26 | 46.50 | 46.57 | 46797297 |
| 8/1/2007 | 47.14 | 45.63 | 46.85 | 60737711 |
| 8/2/2007 | 47.28 | 46.49 | 47.24 | 41312857 |
| 8/3/2007 | 47.59 | 45.69 | 45.72 | 48126123 |
| 8/6/2007 | 48.50 | 45.02 | 48.35 | 62825284 |
| 8/7/2007 | 49.40 | 47.42 | 48.59 | 57001465 |
| 8/8/2007 | 49.88 | 48.17 | 49.49 | 53972158 |
| 8/9/2007 | 48.71 | 46.90 | 46.90 | 66613699 |
| 8/10/2007 | 47.50 | 45.75 | 47.00 | 51587720 |
| 8/13/2007 | 47.91 | 46.44 | 46.54 | 34501100 |
| 8/14/2007 | 46.83 | 45.52 | 45.66 | 38827806 |
| 8/15/2007 | 46.50 | 45.20 | 45.61 | 46115206 |
| 8/16/2007 | 48.33 | 44.66 | 47.55 | 102349508 |
| 8/17/2007 | 49.90 | 47.39 | 48.81 | 84972586 |
| 8/20/2007 | 49.18 | 47.70 | 48.39 | 38619808 |
| 8/21/2007 | 48.83 | 47.80 | 48.06 | 33663385 |
| 8/22/2007 | 48.77 | 47.50 | 48.43 | 40910170 |
| 8/23/2007 | 49.00 | 47.95 | 48.35 | 25798600 |
| 8/24/2007 | 48.62 | 47.86 | 48.50 | 23562600 |
| 8/27/2007 | 48.38 | 47.70 | 47.79 | 20315558 |
| 8/28/2007 | 47.26 | 46.10 | 46.14 | 39001509 |
| 8/29/2007 | 47.00 | 45.85 | 46.95 | 29453978 |
| 8/30/2007 | 46.74 | 46.00 | 46.23 | 30068400 |
| 8/31/2007 | 47.17 | 46.41 | 46.88 | 27212650 |
| 9/4/2007 | 47.57 | 46.50 | 47.21 | 26293072 |
| 9/5/2007 | 46.68 | 45.87 | 46.00 | 35251018 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/6/2007 | 46.39 | 45.53 | 45.66 | 27044250 |
| 9/7/2007 | 46.05 | 45.07 | 45.48 | 40571200 |
| 9/10/2007 | 45.83 | 44.83 | 45.30 | 31747900 |
| 9/11/2007 | 46.34 | 45.45 | 46.01 | 31693500 |
| 9/12/2007 | 46.20 | 45.50 | 45.76 | 28875502 |
| 9/13/2007 | 46.57 | 45.91 | 46.36 | 28835578 |
| 9/14/2007 | 46.69 | 45.92 | 46.64 | 28652253 |
| 9/17/2007 | 46.52 | 45.65 | 46.03 | 23460903 |
| 9/18/2007 | 48.52 | 46.05 | 48.37 | 49330594 |
| 9/19/2007 | 49.00 | 47.73 | 48.27 | 41795688 |
| 9/20/2007 | 48.47 | 47.02 | 47.20 | 33584338 |
| 9/21/2007 | 47.70 | 46.93 | 47.51 | 38114995 |
| 9/24/2007 | 47.55 | 46.41 | 46.59 | 37988808 |
| 9/25/2007 | 46.56 | 45.96 | 46.31 | 32232808 |
| 9/26/2007 | 47.02 | 46.01 | 46.55 | 34724982 |
| 9/27/2007 | 46.89 | 46.42 | 46.88 | 27137206 |
| 9/28/2007 | 47.18 | 46.50 | 46.67 | 20983125 |
| 10/1/2007 | 48.23 | 45.86 | 47.72 | 56766753 |
| 10/2/2007 | 48.00 | 47.28 | 47.86 | 33025109 |
| 10/3/2007 | 48.25 | 47.65 | 47.89 | 34090049 |
| 10/4/2007 | 48.45 | 47.40 | 47.63 | 35658682 |
| 10/5/2007 | 48.77 | 47.81 | 48.30 | 37029851 |
| 10/8/2007 | 48.28 | 47.58 | 47.80 | 18548258 |
| 10/9/2007 | 47.95 | 46.80 | 47.62 | 40730276 |
| 10/10/2007 | 47.38 | 46.77 | 47.14 | 29145153 |
| 10/11/2007 | 48.95 | 47.13 | 48.32 | 64860000 |
| 10/12/2007 | 48.83 | 47.34 | 47.87 | 43829903 |
| 10/15/2007 | 48.45 | 45.69 | 46.24 | 77195280 |
| 10/16/2007 | 46.24 | 44.68 | 44.79 | 64296700 |
| 10/17/2007 | 45.30 | 43.85 | 44.66 | 114554140 |
| 10/18/2007 | 44.42 | 43.75 | 43.83 | 57312300 |
| 10/19/2007 | 44.05 | 42.29 | 42.36 | 69956071 |
| 10/22/2007 | 43.24 | 42.07 | 42.61 | 58931600 |
| 10/23/2007 | 42.95 | 42.13 | 42.44 | 43648005 |
| 10/24/2007 | 42.81 | 41.15 | 41.82 | 71039971 |
| 10/25/2007 | 42.27 | 40.44 | 41.23 | 60906266 |
| 10/26/2007 | 42.78 | 41.51 | 42.63 | 54766121 |
| 10/29/2007 | 43.11 | 42.50 | 42.69 | 34188672 |
| 10/30/2007 | 42.82 | 41.81 | 42.11 | 38939546 |
| 10/31/2007 | 42.47 | 41.40 | 41.90 | 73463060 |
| 11/1/2007 | 40.90 | 38.13 | 38.51 | 171474668 |
| 11/2/2007 | 38.90 | 36.52 | 37.73 | 138708417 |
| 11/5/2007 | 36.99 | 35.00 | 35.90 | 230189468 |
| 11/6/2007 | 36.34 | 34.52 | 35.08 | 151706008 |
| 11/7/2007 | 35.36 | 33.38 | 33.41 | 120752464 |
| 11/8/2007 | 34.00 | 31.05 | 32.90 | 194271065 |
| 11/9/2007 | 34.47 | 31.60 | 33.10 | 153953949 |
| 11/12/2007 | 35.06 | 33.30 | 33.57 | 110606210 |
| 11/13/2007 | 36.00 | 34.21 | 35.90 | 105711057 |
| 11/14/2007 | 37.50 | 35.94 | 36.04 | 116447208 |
| 11/15/2007 | 35.80 | 34.21 | 34.58 | 82686560 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/16/2007 | 34.88 | 33.45 | 34.00 | 79695734 |
| 11/19/2007 | 33.17 | 31.90 | 32.00 | 98150435 |
| 11/20/2007 | 32.75 | 30.80 | 31.40 | 127581224 |
| 11/21/2007 | 31.55 | 30.50 | 30.73 | 92069342 |
| 11/23/2007 | 31.70 | 31.01 | 31.70 | 38480539 |
| 11/26/2007 | 31.77 | 29.75 | 30.70 | 110857471 |
| 11/27/2007 | 30.95 | 29.50 | 30.32 | 193155606 |
| 11/28/2007 | 32.87 | 31.02 | 32.29 | 138874328 |
| 11/29/2007 | 32.46 | 31.80 | 32.29 | 70920695 |
| 11/30/2007 | 34.30 | 33.00 | 33.30 | 94526876 |
| 12/3/2007 | 33.35 | 32.71 | 33.06 | 55655400 |
| 12/4/2007 | 33.07 | 32.00 | 32.55 | 64713613 |
| 12/5/2007 | 33.75 | 32.72 | 33.69 | 66327448 |
| 12/6/2007 | 34.42 | 33.55 | 34.35 | 54876540 |
| 12/7/2007 | 34.62 | 33.55 | 34.31 | 53430824 |
| 12/10/2007 | 35.23 | 34.35 | 34.77 | 57312039 |
| 12/11/2007 | 35.29 | 33.13 | 33.23 | 85697397 |
| 12/12/2007 | 34.10 | 30.60 | 31.47 | 177966602 |
| 12/13/2007 | 31.32 | 30.27 | 31.01 | 95587910 |
| 12/14/2007 | 32.05 | 30.27 | 30.70 | 105433642 |
| 12/17/2007 | 31.32 | 30.11 | 30.77 | 86840232 |
| 12/18/2007 | 31.38 | 29.92 | 30.38 | 81578461 |
| 12/19/2007 | 31.11 | 30.06 | 30.21 | 75303227 |
| 12/20/2007 | 30.45 | 29.34 | 29.89 | 92505026 |
| 12/21/2007 | 30.52 | 29.99 | 30.24 | 85666449 |
| 12/24/2007 | 31.14 | 30.30 | 30.98 | 31724627 |
| 12/26/2007 | 30.95 | 30.26 | 30.45 | 40653401 |
| 12/27/2007 | 30.06 | 29.48 | 29.56 | 61527860 |
| 12/28/2007 | 29.84 | 29.03 | 29.29 | 57483439 |
| 12/31/2007 | 29.69 | 28.80 | 29.44 | 65427144 |
| 1/2/2008 | 29.89 | 28.85 | 28.92 | 62146403 |
| 1/3/2008 | 29.39 | 28.89 | 28.93 | 59657869 |
| 1/4/2008 | 29.03 | 28.04 | 28.24 | 75454266 |
| 1/7/2008 | 28.76 | 27.93 | 28.26 | 68922140 |
| 1/8/2008 | 28.70 | 27.01 | 27.14 | 99989359 |
| 1/9/2008 | 27.60 | 26.50 | 27.49 | 107827617 |
| 1/10/2008 | 28.57 | 26.92 | 28.11 | 105595333 |
| 1/11/2008 | 29.27 | 27.60 | 28.56 | 88946272 |
| 1/14/2008 | 29.18 | 28.38 | 29.06 | 94315216 |
| 1/15/2008 | 28.36 | 26.71 | 26.94 | 220875150 |
| 1/16/2008 | 27.23 | 25.90 | 26.24 | 199182180 |
| 1/17/2008 | 27.57 | 24.60 | 24.96 | 232305198 |
| 1/18/2008 | 25.15 | 23.92 | 24.45 | 197187628 |
| 1/22/2008 | 25.38 | 22.36 | 24.40 | 210796614 |
| 1/23/2008 | 26.90 | 23.68 | 26.36 | 189634819 |
| 1/24/2008 | 27.48 | 26.50 | 27.33 | 135785604 |
| 1/25/2008 | 28.10 | 26.08 | 26.64 | 110316613 |
| 1/28/2008 | 27.67 | 26.15 | 27.65 | 83672532 |
| 1/29/2008 | 28.37 | 27.50 | 27.91 | 81654207 |
| 1/30/2008 | 29.13 | 27.29 | 27.88 | 134956939 |
| 1/31/2008 | 28.70 | 26.45 | 28.17 | 138620513 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 2/1/2008 | 29.73 | 28.27 | 29.69 | 120376671 |
| 2/4/2008 | 29.54 | 28.91 | 29.22 | 84765001 |
| 2/5/2008 | 28.70 | 27.01 | 27.05 | 109202473 |
| 2/6/2008 | 27.71 | 26.74 | 26.92 | 73695735 |
| 2/7/2008 | 27.24 | 26.31 | 26.70 | 107219020 |
| 2/8/2008 | 26.64 | 25.71 | 26.03 | 81865519 |
| 2/11/2008 | 26.24 | 25.38 | 25.81 | 71304637 |
| 2/12/2008 | 26.80 | 25.92 | 26.21 | 85074871 |
| 2/13/2008 | 26.79 | 25.65 | 26.34 | 103788022 |
| 2/14/2008 | 26.37 | 25.70 | 25.74 | 65630035 |
| 2/15/2008 | 25.96 | 25.00 | 25.48 | 87376374 |
| 2/19/2008 | 25.94 | 25.16 | 25.32 | 69959336 |
| 2/20/2008 | 25.90 | 24.48 | 25.49 | 74156864 |
| 2/21/2008 | 25.86 | 25.00 | 25.05 | 78365877 |
| 2/22/2008 | 25.17 | 24.26 | 25.12 | 86753547 |
| 2/25/2008 | 24.99 | 24.15 | 24.74 | 120031913 |
| 2/26/2008 | 25.47 | 24.40 | 24.95 | 107647622 |
| 2/27/2008 | 26.00 | 24.67 | 25.72 | 87757843 |
| 2/28/2008 | 25.60 | 24.92 | 25.01 | 62225183 |
| 2/29/2008 | 24.73 | 23.49 | 23.71 | 100004868 |
| 3/3/2008 | 23.72 | 22.80 | 23.09 | 102150828 |
| 3/4/2008 | 22.50 | 21.23 | 22.10 | 187681116 |
| 3/5/2008 | 23.13 | 21.88 | 22.15 | 112334536 |
| 3/6/2008 | 21.95 | 21.08 | 21.17 | 86972793 |
| 3/7/2008 | 21.69 | 20.40 | 20.91 | 100737378 |
| 3/10/2008 | 21.11 | 19.69 | 19.69 | 116837196 |
| 3/11/2008 | 21.56 | 20.30 | 21.49 | 138222816 |
| 3/12/2008 | 22.68 | 21.11 | 21.21 | 120072780 |
| 3/13/2008 | 21.30 | 20.04 | 21.07 | 137941728 |
| 3/14/2008 | 21.58 | 19.54 | 19.78 | 167642154 |
| 3/17/2008 | 19.33 | 17.99 | 18.62 | 181582212 |
| 3/18/2008 | 20.75 | 19.22 | 20.71 | 152443801 |
| 3/19/2008 | 21.65 | 20.21 | 20.41 | 137116128 |
| 3/20/2008 | 22.64 | 20.41 | 22.50 | 180906753 |
| 3/24/2008 | 24.36 | 22.84 | 23.27 | 128846547 |
| 3/25/2008 | 23.85 | 23.09 | 23.42 | 91937354 |
| 3/26/2008 | 22.80 | 21.87 | 22.05 | 123231749 |
| 3/27/2008 | 22.42 | 21.51 | 21.79 | 106652925 |
| 3/28/2008 | 21.97 | 20.70 | 20.83 | 85055009 |
| 3/31/2008 | 21.59 | 20.42 | 21.42 | 89641394 |

* source: Bloomberg