# EXHIBIT VV



02 February 2007
Americas/United States
**Equity Research**
Multinational Banks (Brokerage & Multinational Banks) / MARKET WEIGHT

| | |
|---|---:|
| Rating | **OUTPERFORM*** |
| Price (01 Feb 07) | 94.78 (US$) |
| Target price (12M) | 105.00 (US$) |
| 52 week high - low | 97.53 - 65.41 |
| Market cap. (US$ m) | 83,767.52 |

*\* Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.*

**Research Analysts**
Susan Roth Katzke
212 538 2065
susan.katzke@credit-suisse.com

Ross Seiden
(212) 325 5431
ross.seiden@credit-suisse.com

# Merrill Lynch (MER)

**MANAGEMENT MEETING**

## Getting Up to Date with Greg & Dow

We recently met with Greg Fleming and Dow Kim, Co-heads of Global Markets & Investment Banking at Merrill Lynch. Management is confident. Confidence is earned by Merrill's 2006 results, the current environment and long-term secular growth prospects.

- **The Current Environment**—**More of the Same**… a good thing.

- **Growth Areas…** Across the whole of Merrill, management's focus has been on broadening its businesses to accelerate revenue growth. Results speak to success. In GMI the focus for growth is on commodities, global derivatives, FX, mortgage, equities—prime brokerage and prop, and private equity. Geographically, the firm's investments remain biased to Europe and Asia.

- **What's in Our Forecast...** Our 2007 estimate relies on 5% revenue growth from GMI driven by a 5% increase in trading revenues and an 8% increase in investment banking revenues; the former to be led by equities, the latter by M&A. Pretax margin improvement relies on revenue growth and a slowdown in the pace of hiring.

- **Our Thesis on MER…** improvement in absolute and relative ROE is the key to share price outperformance. Results have been confidence building; acquisitions may work against the ROE near term.

- **Target Price $105…** Our estimates are unchanged. Our target price is DCF and P/BV-derived, translating to 2.5x forecast year-end 2007 tangible book value, consistent with historical averages.

**Share price performance**



Daily Feb 02, 2006 - Feb 01, 2007, 2/02/06 = US$73.49

*On 02/01/07 the S&P 500 index closed at 1,445.94*

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2005A | 1.21 | 1.14 | 1.40 | 1.41 |
| 2006A | 0.44 | 1.63 | 2.00 | 2.41 |
| 2007E | 1.85 | 1.70 | 1.69 | 2.16 |

**Financial and valuation metrics**

| Year | 12/05A | 12/06E | 12/07E |
|---|---:|---:|---:|
| EPS (CS adj., US$) | 5.16 | 6.48 | 7.40 |
| Prev. EPS (US$) | | | |
| P/E (x) | 18.4 | 14.6 | 12.8 |
| P/E rel. (%) | 101.4 | 93.1 | 89.3 |
| Revenue (US$ m) | 26,009.0 | 34,625.0 | 32,962.0 |
| OCFPS (US$) | — | — | — |
| P/OCF (x) | — | — | — |
| P/BV (x) | 2.5 | 2.4 | 2.2 |
| ROE | 16.0% | 21.3% | 18.7% |

| | | | |
|---|---:|---|---:|
| Number of shares (m) | 883.81 | Dividend (current, US$) | 1.00 |
| BV/share (current, US$) | 37.63 | Dividend yield | 1.1% |
| P/BV (x) | 2.5 | | — |

*Source: Company data, Credit Suisse estimates*

---

**IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS AND INFORMATION ON TRADE ALERTS AND ANALYST MODEL PORTFOLIOS ARE IN THE DISCLOSURE APPENDIX.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports.  As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.  Customers of Credit Suisse in the United States can receive independent, third party research on the company or companies covered in this report, at no cost to them, where such research is available.  Customers can access this independent research at www.credit-suisse.com/ir or call 1 877 291 2683 or email equity.research@credit-suisse.com to request a copy of this research.

02 February 2007

# Spotlight on GMI

We recently met with Greg Fleming and Dow Kim, Co-heads of Merrill Lynch's Global Markets & Investment Banking unit. GMI accounted for about 60% of Merrill's revenues and 70% of pretax earnings, on an operating basis, in 2006. Management is confident near-term results should be propelled by the favorable operating environment and Merrill's market share momentum. Longer term prospects are improved by the firm's global platform and investment in diversification across the GMI businesses. Herein, we detail the highlights of our meeting.

**Dimensioning the Business**

Exhibits 1 and 2 detail Merrill Lynch's revenue and business mix. The firm still has the largest retail brokerage contribution. That, combined with equities trading, gives it a greater skewing toward equities than its peers. That said, it is a far more balanced mix today. Consistent with this, GMI's revenues are a mix of 52% fixed income, 42% equities and 6% advisory.

**Exhibit 1:** **2007E Revenue Contribution**
*excluding corporate/unallocated results*



Brokerage peers consist of BSC, GS, LEH and MWD.
Sources: Company reports, Credit Suisse estimates.

**Exhibit 2:** **Global Markets & Investment Banking (GMI) Revenue Breakdown**
*US$ in millions, unless otherwise stated*

|  | 2004 | 2005 | 2006 | 2007E | 2006/ 2005 | 2007E/ 2006 |
|---|---|---|---|---|---|---|
| Fixed income | $6,242 | $7,657 | $9,868 | $10,135 | 29% | 3% |
| Equities | 4,074 | 5,327 | 7,927 | 8,485 | 49% | 7% |
| M&A | 679 | 883 | 1,099 | 1,255 | 24% | 14% |
| **Total** | **$10,995** | **$13,867** | **$18,894** | **$19,875** | **36%** | **5%** |
|  |  |  |  |  |  |  |
| *% Fixed income* | *57%* | *55%* | *52%* | *51%* |  |  |
| *% Equities* | *37%* | *38%* | *42%* | *43%* |  |  |
| *% M&A* | *6%* | *6%* | *6%* | *6%* |  |  |

Peer group consists of GS, MS, LEH, C, and JPM
Sources: Company reports, Credit Suisse estimates

## The Report Card: High Marks for Revenue Growth

Merrill's 2006 results—an acceleration in absolute and relative revenue growth and an improved ROE tell a good bit of the story, with prior years' investment spending having

begun to pay off. Merrill's absolute and relative revenue growth is detailed in Exhibits 3 and 4; the sale of MLIM to BlackRock will work against comparisons in 2007, but ought to support returns. Can Merrill continue to match, or outpace, its peers? Results from GMI are key. The investment continues, but perhaps at a slower pace with 2007, like 2006, showing the maturation/rewards of prior years' initiatives. Growth areas and investment opportunities are discussed herein.

**Exhibit 3: Broker Revenue Growth rates**



Peers consist of BSC, GS, LEH, and MS median.
Sources: Company reports, Credit Suisse estimates.

**Exhibit 4: Broker Revenue Growth Comparisons**

|  | 2005 | 2006 | 2007E | 5 yr CAGR | 06/'05 | 07E/'06 |
|---|---|---|---|---|---|---|
| **BSC** | $7,411 | $9,227 | $9,605 | 13% | 25% | 4% |
| **LEH** | $14,630 | $17,583 | $18,090 | 21% | 20% | 3% |
| **MER** | $26,009 | $31,296 | $32,962 | 8% | 26% | 1% |
| **MS** | $23,326 | $29,568 | $30,787 | 10% | 27% | 4% |
| **GS** | $25,238 | $37,665 | $37,397 | 19% | 49% | -1% |
| **Median** |  |  |  | 13% | 26% | 3% |
| **Average** |  |  |  | 14% | 29% | 2% |

MER 2006 excludes $2Bn BLK gain. MS data excludes the Discover Card business. Sources: Company reports, Credit Suisse estimates.

## The Current Environment… More of the Same

More of the same in the capital markets is most definitely a good thing. Healthy global GDP growth and low inflation set the stage as the critical macro factors; still quite narrow credit spreads, CEO confidence, and a healthy backlog of investment banking activity support a constructive outlook for brokerage fundamentals in 2007.

For more detail on industry-wide capital markets trends, we refer readers to our February 1st report: *"Banking on the Markets: More of the Same… A Very Good Thing"*.

**Exhibit 5: Historical High Yield Spread to Worst (in basis points)**



Spread to worst is computed as the minimum of spreads at all possible redemption dates.
As of January 25, 2007.
Source: Credit Suisse High Yield Research.

**Risks to the Market**

A slowdown in global GDP growth and geopolitical risks remain top of the worry list, with both jeopardizing the current benign credit environment and the high levels of liquidity in the marketplace (Exhibit 5, credit spreads, is our best day to day indicator of credit conditions and liquidity levels).

Are we too far into the current cycle? This is clearly a concern. Perhaps less so if prior cycles are indicative of a shortening of downturns. Also note the duration of the prior credit cycle with the benign environment lasting from 1992 into 1999. Spread widening continued into 2002 and has been on the decline since. The risk is real, but not, in our view imminent. Our economists stand by a forecast of 4.5-5.0% global GDP growth for 2007.

CREDIT SUISSE

02 February 2007

## Growth Areas and Investment Initiatives

Across the whole of the Merrill Lynch franchise, management's focus has been on revenue growth and more specifically, on broadening the business to accelerate revenue growth prospects. That focus coupled with greater consistency in the senior management ranks is paying off with a closing in the revenue growth gap to peers. Outperformance was clear, in the trading businesses in particular, in 2006 (Merrill's trading revenues were up 40%; peers were up 29%; one caveat: Merrill does include private equity gains in its trading revenues, and such revenues were material in 2006).

**Trading Opportunities—FICC and Equities**
There's no doubt that Merrill, like its peers, is taking more risk today in many of its businesses—trading, principal investments, private equity, etc. As a gauge of trading-related risk taking, we looked at Merrill's trading VaR. See Exhibits 6-9. VaR as a percentage of tangible equity is low relative to peers—that's more a function of business mix (i.e., the capital supporting the firm's private client business). On an absolute basis, Merrill's gap to peers has narrowed substantially. We'd argue that despite that narrowing, there's still substantial opportunity.

The opportunity is most evident in Exhibit 8. Here we see that Merrill's VaR is still heavily concentrated in the Rates business; there remains substantial room to grow the commodities, FX and equities trading businesses.

Trading opportunities: commodities, FX, equities

**Exhibit 6: Value at Risk as a Percentage of Tangible Equity**
*Value at Risk based on 95% confidence interval*



| | VaR % of Tangible Equity 3Q06 |
|---|---|
| Bear Stearns | 0.26% |
| Goldman Sachs | 0.37% |
| Lehman Brothers | 0.26% |
| **Merrill Lynch** | **0.19%** |
| Morgan Stanley | 0.19% |
| **Median** | **0.26%** |
| **Average** | **0.25%** |

*CS Brokerage Index consists of BSC, GS, LEH, MER and MS median. VaR and tangible equity based on average over the period. Sources: Company reports, Credit Suisse estimates.*

**Exhibit 7: Gauging Risk Appetite: A Look at Absolute VaR**
$ in millions

*Peer group consists of BSC, GS, LEH, MER, MS, C, and JPM median. VaR is based off a 95% confidence interval. Source: Company reports*

**CREDIT SUISSE**

02 February 2007

**Exhibit 8:** **Brokerage Group VaR Breakdown, 3Q06**
*$ in millions*

|  | BSC | GS | LEH | **MER** | MS | C | JPM | **Average** |
|---|---|---|---|---|---|---|---|---|
| Interest Rates | $34 | $55 | $25 | **$56** | $33 | $58 | $45 | **$43** |
| Currency | 1 | 21 | 4 | **5** | 7 | 18 | 17 | **10** |
| Equities | 4 | 61 | 21 | **16** | 26 | 30 | 23 | **26** |
| Commodities | --- | 31 | --- | **15** | 33 | 9 | 33 | **24** |
| Diversification Effect | --- | -76 | -14 | **-35** | --- | --- | --- | **-42** |
| Total | 29 | 92 | 35 | **57** | 56 | 61 | 59 | **56** |

*VaR is based off a 95% confidence interval. Sources: Company reports, Credit Suisse estimates*

**Exhibit 9:** **MER Average VaR Breakdown History**
*$ in millions*

|  | FY 2003 | 1Q04 | 2Q04 | 3Q04 | FY 2004 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Rates | $26 | $63 | $57 | $53 | $28 | $22 | $37 | $40 | $49 | $42 | $44 | $56 |
| Currency | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 3 | 6 | 4 | 4 | 5 |
| Equities | 19 | 33 | 33 | 31 | 18 | 24 | 8 | 14 | 2 | 11 | 25 | 16 |
| Commodities | --- | 1 | 1 | 2 | 2 | 8 | 7 | 9 | 8 | 6 | 9 | 15 |
| Volatility | 12 | 39 | 25 | 27 | 13 | --- | --- | --- | --- | --- | --- | --- |
| Diversification Effect | -25 | -68 | -54 | -53 | -27 | -32 | -22 | -28 | -18 | -23 | -34 | -35 |
| Total | 33 | 70 | 64 | 61 | 35 | 32 | 32 | 38 | 38 | 40 | 48 | 57 |

*2004 quarterly data is not restated. 1Q05 quarterly breakdown not restated but aggregate is unchanged. VaR is based off a 95% confidence interval. Source: Company reports*

**Fixed Income—Commodities, Derivatives and Mortgage**

Over the last several years, Merrill's been quite focused on building out and diversifying its fixed income franchise, beyond the rates and credit businesses. Commodities, derivatives, FX , mortgage and the development of the capital markets outside the United States have been top of the list.

- Commodities… there's still a huge opportunity in commodities, from both a product and a cross sell perspective. With the acquisition of Entergy-Koch (November 2004), Merrill's commodities business got a jump start, but it was still natural gas and power focused. The firm's been adding oil trading capabilities; oil, coal, emissions and metal trading capabilities are current priorities. From a cross sell perspective, the banking relationships and expertise of Petrie Parkman (acquired in 2006) should add.

- Structured Products/Derivatives… In a secular growth phase, for the industry and for Merrill, the firm is adding to its resources here too (fixed income and equities).

- With respect to Mortgage… management spoke to a strong belief in mortgages as an asset class for the long haul. It is counting on there being more opportunities for growth with its recent acquisition of the First Franklin platform—opportunities being both securitization and trading related. We expect additions to this platform--note this weeks establishment of a joint venture with Irish Life & Permanent to launch an origination platform in Ireland. With respect to the performance of First Franklin… origination volumes are actually picking up and credit quality is OK. Performance-- though early--is tracking with expectations.

**Investment-Banking/High Yield**

- High Yield… a success story, with major market share recaptured. Merrill has been working on the rebuild of its high yield business since 2003 (its market share trough, at #12). Having re-established credibility with the financial sponsor community, its market share is up from about 2% in 2003 to better than 6% in 2006. Debt origination market shares are detailed in Exhibit 10. This capability is key to both investment banking and private equity revenue growth.



02 February 2007

**Exhibit 10:** Merrill Lynch Debt Origination Market Share



*Note: Based on global disclosed fees.*
*Source: Dealogic, as of January 23, 2007.*

**Equities—Prime Brokerage and Prop Trading**

- Still among the higher priorities for growth and investment is Prime Brokerage. With its volume-based competitive advantage (trading market share and Private Client operations), Merrill's made progress in building this business. It aspires to be a top three player, but it's certainly not the only firm vying for that position.

- With respect to prop trading… this is still a very small percentage of GMI revenues. More specifically, related revenues are still well under 10% of GMI's total. The skill sets are improving and the percentage contribution is expected to increase.

**Private Equity**

- Merrill Lynch re-entered the private equity business in 2003. Like others, the firm seeks to leverage its investment banking relationships. Its model, to date, has been somewhat different than Goldman's, as it's not raised funds/used third party money. That's about to change. With a track record established (Hertz, Debenhams); Merrill is now looking at raising third party money, largely for flexibility.

- How much capital will Merrill allocate to private equity and a particular investment? Management is not willing to detail those limits, but was quick to point out that less than 10% of overall GMI revenues are coming from private equity (the earnings contribution is of course higher given the profit margins).

- With respect to credit… clearly the benign nature of the current credit environment and low financing costs are a positive to private equity prospects. Management is quick to point out that 1) it is a cash flow focused lender and investor, 2) it is #4 in the leveraged finance league tables and will not aspire to #1 or 2—risk/reward isn't there, and 3) we are 4 -5 years into the good part of the credit cycle and yes pricing is more aggressive in places. That said, there remains significant opportunity, on a global scale. We expect Merrill to fully participate in this business.

# Profit Margins… Upside Here Too

As detailed in Exhibit 11, Merrill's pretax margin, in aggregate and by business unit, is competitive. That said, there's room for incremental improvement in 2007. The source... a slowdown in the pace and mix of hiring.



**Exhibit 11: Pretax Margin Comparison**



|  | Pretax Margin 2006 |
|---|---|
| Bear Stearns | 34% |
| Goldman Sachs | 39% |
| Lehman Brothers | 34% |
| **Merrill Lynch** | **30%** |
| **Merrill Lynch GMI** | **30%** |
| Morgan Stanley | 33% |
| **Median** | **34%** |
| **Average** | **34%** |

*CS Brokerage Index consists of BSC, GS, LEH, MER and MS median. MER 3Q06 pretax margin excludes BLK gain. Sources: Company reports, Credit Suisse estimates.*

**2007 Hiring Plans**

Since 2005, Merrill has hired 2,700 professionals into its GMI business. The pace is expected to slow into 2007, largely because the firm does not have major gaps today. Importantly, there will be also be a shift in the mix of professionals hired—less laterals (generally more expensive); more campus recruiting (relatively cheap).

Where will Merrill be hiring? The plans are consistent with many of the growth areas detailed above:

- Commodities. The firm has hired about 65 professionals onto this platform in the last couple of years. It continues to hire traders—oil, metals, coal and emissions---but not hundreds of people.

- With confidence in the contribution from the emerging and overseas economies (both Europe and Asia), Merrill will continue to invest to build out that presence. The firm is still hiring in China, Turkey and Russia in particular. Here too, the hiring will be at a slower pace in 2007.

- Last but not least, expect the firm to be more aggressive in its build out of the global derivatives business--fixed income and equities. Management sees this as one of the biggest growth businesses in capital markets over the next several years.

## What's in Our Forecast for GMI

Our 2007 estimate relies on 5% revenue growth from GMI driven by a 5% increase in trading revenues and an 8% increase in investment banking revenues; the former to be led by equities (equities up 7%, fixed income forecast to be up 3%), the latter by M&A. These forecasts are pretty consistent with our industry view. We are counting on a modest amount of incremental profit margin improvement within the GMI businesses, thanks to a slowdown in the pace of hiring.

**CREDIT SUISSE**

02 February 2007

# Valuation

Our DCF-derived target price is $105 translating to 2.5x forecast year-end 2007 tangible book value. That valuation is consistent with both historical averages (see Exhibit 12) and Merrill's forecast ROE, with upside relying on improvement in returns. Exhibits 13-15 detail the peer group correlation between ROE's and Price/Tangible BV multiples and derive a target multiple for Merrill's shares based on forecast returns.

**Exhibit 12:** Historical Price/Book and Price/Tangible Book Multiples



Sources: Company data, FactSet. As of January 31, 2007

**Exhibit 13:** Historical Price/Tangible Book Value vs. Tangible ROE



Sources: Company data, FactSet

**Exhibit 14:** Price/Tangible Book Value vs. Forecast 2007E Tangible ROE

Price/Tangible Book Value vs. 2006 Forecast Tangible ROE

| | 2007E Tangible ROE | Current P/TBV |
|---|---|---|
| Bear Stearns | 16% | 2.0 |
| Goldman Sachs | 27% | 3.5 |
| Lehman Brothers | 24% | 2.9 |
| **Merrill Lynch** | **20%** | **2.5** |
| Morgan Stanley | 22% | 2.8 |
| | | |
| **Broker Median** | **22%** | **2.8** |

Sources: Company data, Credit Suisse estimates. As of January 31, 2007.

**Exhibit 15: Merrill Lynch Implied Price to Tangible Book Value**

**Merrill Lynch Implied Valuation**

| | |
|---|---|
| 2007E Tangible ROE | 20.3% |
| P/TBV: based on 2006E forecast for all brokers | 2.5x |

*Sources: Company data, Credit Suisse estimates.*

**Exhibit 16: ROE Comparison**



*Peers consist of LEH, GS, BSC, and MS median. ROE calculations exclude FAS123R charges. MER 3Q06 excludes gain on sale of MLIM to BLK. Sources: Company reports, Credit Suisse estimates.*

**Exhibit 17: Tangible ROE Comparison**





02 February 2007

**Companies Mentioned**  *(Price as of 01 Feb 07)*
Bear Stearns (BSC, $165.28, NEUTRAL, TP $172.00, MARKET WEIGHT)
Citigroup (C, $54.73, OUTPERFORM, TP $60.00, MARKET WEIGHT)
Goldman Sachs Group, Inc. (GS, $212.00, OUTPERFORM, TP $225.00, MARKET WEIGHT)
JPMorgan Chase & Co. (JPM, $51.21, OUTPERFORM, TP $60.00, MARKET WEIGHT)
Lehman Brothers (LEH, $84.97, NEUTRAL, TP $80.00, MARKET WEIGHT)
Merrill Lynch (MER, $94.78, OUTPERFORM, TP $105.00, MARKET WEIGHT)
Morgan Stanley (MS, $83.85, OUTPERFORM, TP $95.00, MARKET WEIGHT)

# Disclosure Appendix

**Important Global Disclosures**

I, Susan Roth Katzke, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

**3-Year Price, Target Price and Rating Change History Chart for MER**



O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

| MER Date | Closing Price Price (US$) | Target Price Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 2/23/04 | 61.58 | 70 | | |
| 3/14/05 | 60.39 | 75 | | |
| 12/7/05 | 67.5 | 80 | | |
| 2/15/06 | 75.3 | | RESTRICTED | |
| 10/3/06 | 79.81 | 85 | OUTPERFORM | |
| 10/17/06 | 84.52 | 95 | | |
| 11/16/06 | 91.08 | 100 | | |
| 1/18/07 | 95.4 | 105 | | |

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

**Analysts' stock ratings are defined as follows\*\*\*:**
**Outperform:** The stock's total return is expected to exceed the industry average* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.
**Neutral:** The stock's total return is expected to be in line with the industry average* (range of ±10%) over the next 12 months.
**Underperform\*\*:** The stock's total return is expected to underperform the industry average* by 10-15% or more over the next 12 months.

*\*The industry average refers to the average total return of the analyst's industry coverage universe (except with respect to Asia/Pacific, Latin America and Emerging Markets, where stock ratings are relative to the relevant country index, and Credit Suisse Small and Mid-Cap Advisor stocks, where stock ratings are relative to the regional Credit Suisse Small and Mid-Cap Advisor investment universe.*

*\*\*In an effort to achieve a more balanced distribution of stock ratings, the Firm has requested that analysts maintain at least 15% of their rated coverage universe as Underperform. This guideline is subject to change depending on several factors, including general market conditions.*

*\*\*\*For Australian and New Zealand stocks a 7.5% threshold replaces the 10% level in all three rating definitions, with a required equity return overlay applied.*

**Restricted:** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward. All Credit Suisse Small and Mid-Cap Advisor stocks are automatically rated volatile. All IPO stocks are automatically rated volatile within the first 12 months of trading.

**Analysts' coverage universe weightings\* are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe\*\* versus the relevant broad market benchmark\*\*\*:**

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**\****Credit Suisse Small and Mid-Cap Advisor stocks do not have coverage universe weightings.*

*\*\*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.*

*\*\*\*The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.*

**Credit Suisse's distribution of stock ratings (and banking clients) is:**

**Global Ratings Distribution**

| | | |
|---|---|---|
| **Outperform/Buy\*** | 38% | (61% banking clients) |
| **Neutral/Hold\*** | 43% | (57% banking clients) |
| **Underperform/Sell\*** | 16% | (51% banking clients) |
| **Restricted** | 3% | |

*\*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

*See the Companies Mentioned section for full company names.*
**Price Target:** (12 months) for (MER)
**Method:** Our $105 target price for Merrill Lynch is based on our discounted cash flow (DCF) analysis. In our DCF model, we're assuming a 12% discount rate and that beyond our 2007 estimates, earnings grow at a 10-12% annual rate for the next 3-5 years and fade to 5% annually over time. Our target price translates to 2.5 times projected year-end 2007 tangible book value of $42.35, consistent with historical averages.



02 February 2007

**Risks:** Risks to our $105 target price include global economic growth and capital market conditions, and more unique to Merrill Lynch, the condition of the equities markets, a smooth integration/realization of targeted synergies with BlackRock, and acquisition risk.

*See the Companies Mentioned section for full company names.*
The subject company (MER) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.
Credit Suisse provided investment banking services to the subject company (MER) within the past 12 months.
Credit Suisse provided non-investment banking services, which may include Sales and Trading services, to the subject company (MER) within the past 12 months.
Credit Suisse has managed or co-managed a public offering of securities for the subject company (MER) within the past 12 months.
Credit Suisse has received investment banking related compensation from the subject company (MER) within the past 12 months.
Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (MER) within the next 3 months.
Credit Suisse has received compensation for products and services other than investment banking services from the subject company (MER) within the past 12 months.
As of the date of this report, Credit Suisse Securities (USA) LLC makes a market in the securities of the subject company (MER).

**Important Regional Disclosures**

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (MER) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

For disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.
Disclaimers continue on next page.



02 February 2007
Americas/United States
**Equity Research**

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse; in Canada by Credit Suisse Securities (Canada), Inc..; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A.; in Japan by Credit Suisse First Boston Securities (Japan) Limited; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse Singapore Branch and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse Taipei Branch has been prepared by a registered Senior Business Person.  Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

Copyright 2007 CREDIT SUISSE and/or its affiliates.  All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

MER_GMIMgmt07.doc