UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No. 07 CV 9633 (LBS)(AJP)(DFE) ECF CASE |
| This document relates to: | |
| ERISA ACTION | No. 07 CV 10268 (LBS)(AJP)(DFE) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stuart J. Baskin, Brian H. Polovoy and Adam S. Hakki, members of the law firm of Shearman & Sterling LLP, hereby enter their appearance as counsel for the Investment Committee Defendants, Administrative Committee Defendants, and Senior Vice President, Human Resources Defendants in the above-captioned action. Mr. Baskin, Mr. Polovoy and Mr. Hakki are admitted to practice in this Court.

Dated: New York, New York
       July 21, 2008

                                                    SHEARMAN & STERLING LLP

                                                    By:   /s/ Stuart J. Baskin
                                                                Stuart J. Baskin
                                                                 Brian H. Polovoy
                                                                 Adam S. Hakki
                                                  599 Lexington Avenue
                                                  New York, New York 10022-6069
                                                  Telephone: (212) 848-4000
                                                  Facsimile:  (212) 848-7179
                                                  sbaskin@shearman.com