**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MERRILL LYNCH & CO., INC.　　　：　Master File No.:
SECURITIES, DERIVATIVE AND ERISA　　：　07cv9633(LBS)(AJP)(DFE)
LITIGATION　　　　　　　　　　　　　　：
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates to:　　　　　　：
Securities Action, 07cv9633(LBS)(AJP)(DFE)　：
　　　　　　　　　　　　　　　　　　　　：
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**COMPENDIUM OF UNREPORTED DECISIONS AND OTHER AUTHORITIES CITED IN THE MEMORANDUM OF LAW OF DEFENDANTS MERRILL LYNCH & CO., INC., MERRILL LYNCH CAPITAL TRUST I, MERRILL LYNCH CAPITAL TRUST II, MERRILL LYNCH CAPITAL TRUST III AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND TO STRIKE CERTAIN ALLEGATIONS**


　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
　　　　　　　　　　　　　　　Jay B. Kasner (jay.kasner@skadden.com)
　　　　　　　　　　　　　　　Christopher P. Malloy (christopher.malloy@skadden.com)
　　　　　　　　　　　　　　　Scott D. Musoff (scott.musoff@skadden.com)
　　　　　　　　　　　　　　　Joanne Gaboriault (joanne.gaboriault@skadden.com)
　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　New York, NY  10036
　　　　　　　　　　　　　　　(212) 735-3000
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　Merrill Lynch & Co., Inc.,
　　　　　　　　　　　　　　　　Merrill Lynch Capital Trust I,
　　　　　　　　　　　　　　　　Merrill Lynch Capital Trust II,
　　　　　　　　　　　　　　　　Merrill Lynch Capital Trust III and
　　　　　　　　　　　　　　　　Merrill Lynch, Pierce, Fenner &
　　　　　　　　　　　　　　　　Smith Incorporated

                                                  **Tab**

**CASES**

In re 2007 Novastar Finance, Inc. Securities Litigation,
    No. 07-0139-CV, 2008 U.S. Dist. LEXIS 44166 (W.D. Mo. June 4, 2008) ..............................1

In re Aegon N.V. Securities Litigation,
    03 Civ. 0603, 2004 U.S. Dist. LEXIS 11466 (S.D.N.Y. June 28, 2004)...................................2

In re Allied Capital Corp. Securities Litigation,
    No. 02 Civ. 3812, 2003 U.S. Dist. LEXIS 6962 (S.D.N.Y. Apr. 21, 2003) ...............................3

In re AstraZeneca Securities Litigation,
    05 Civ. 2688, 2008 U.S. Dist. LEXIS 43680 (S.D.N.Y. June 3, 2008)......................................4

Azzolini v. CorTS Trust for Provident Financial Trust I,
    03 CV 1003, 2005 U.S. Dist. LEXIS 38454 (E.D. Tenn. Dec. 14, 2005) .................................5

Bond Opportunity Fund v. Unilab Corp.,
    99 Civ. 11074, 2003 U.S. Dist. LEXIS 7838 (S.D.N.Y May 9, 2003).......................................6

Borochoff v. GlaxoSmithkline, PLC,
    No. 07 Civ. 5574, 2008 U.S. Dist. LEXIS 38784 (S.D.N.Y. May 9, 2008)...............................7

Davidoff v. Farina,
    04 Civ. 7617, 2005 U.S. Dist. LEXIS 17638 (S.D.N.Y. Aug. 22, 2005) ..................................8

In re Duane Reade Inc. Securities Litigation,
    02 Civ. 6478, 2003 U.S. Dist. LEXIS 21319 (S.D.N.Y. Nov. 25, 2003) ..................................9

In re Elan Corp. Securities Litigation,
    02 Civ. 865, 2004 U.S. Dist. LEXIS 9913 (S.D.N.Y. May 18, 2004).....................................10

Fadem v. Ford Motor Co.,
    No. 02 Civ. 0686, 2003 U.S. Dist. LEXIS 16898 (S.D.N.Y. Sept. 25, 2003) .........................11

In re Federated Department Stores, Inc. Securities Litigation,
    No. 00-CV-6362, 2005 U.S. Dist. LEXIS 4743 (S.D.N.Y. Mar. 23, 2005) ............................12

Fisher v. Ross,
    93 Civ. 0275, 1996 U.S. Dist. LEXIS 15091 (S.D.N.Y. Oct. 11, 1996) ................................13

Geinko v. Padda,
    00 C5070, 2002 U.S. Dist. LEXIS 3316 (N.D. Ill. Feb. 27, 2002).........................................14

In re Glenayre Technology, Inc. Securities Litigation,
    96 Civ. 8252, 1998 U.S. Dist. LEXIS 20344 (S.D.N.Y. Dec. 30, 1998)................................15

Hinerfield v. United Auto Group,
   97 Civ. 3533, 1998 U.S. Dist. LEXIS 10601 (S.D.N.Y. Jul. 15, 1998) ..................................16

In re JP Morgan Chase Securities Litigation,
   02 Civ. 1282, 2007 U.S. Dist. LEXIS 22948 (S.D.N.Y. Mar. 29, 2007) ...............................17

Marsden v. Select Medical Corp.,
   No. 04-4020, 2007 U.S. Dist. LEXIS 9893 (E.D. Pa. Feb. 6, 2007) ......................................18

Mathews v. Centex Telemanagement, Inc.,
   C-92-1837, 1994 U.S. Dist. LEXIS 7895 (N.D. Cal. June 8, 1994) ......................................19

Merrill Lynch International v. XL Capital Assurance Inc.,
   08 Civ. 2893, 2008 U.S. Dist. LEXIS 53467 (S.D.N.Y. July 15, 2008) ................................20

In re Merrill Lynch & Co. Research Reports Securities Litigation,
   Nos. 02 MDL 1484, 02 CV 9690, 2008 U.S. Dist. LEXIS 44344 (S.D.N.Y. June 4,
   2008) .....................................................................................................................................21

In re Merrill Lynch & Co. Research Reports Securities Litigation,
   Nos. 02 MDL 1484, 07 CV 6677, 2008 U.S. Dist. LEXIS 37993 (S.D.N.Y. May 8,
   2008) .....................................................................................................................................22

In re Sina Corp. Securities Litigation,
   05 Civ. 2154, 2006 U.S. Dist. LEXIS 71089 (S.D.N.Y. Sept. 25, 2006) ..............................23

Stafford v. Bakke, 02 CV 1132, 2005 U.S. Dist. LEXIS 40525 (S.D. Ind. Jul. 7, 2005) ..............24

Teamsters Local 445 Freight Division Pension Fund v. Dynex Capital, Inc.,
   Docket No. 06-2902-cv, 2008 U.S. App. LEXIS 13449 (2d Cir. June 26, 2008) ..................25

In re Tellium, Inc. Securities Litigation,
   02 CV 5878, 2005 U.S. Dist. LEXIS 26332 (D.N.J. Aug. 26, 2005) ....................................26

In re Versant Object Technology Corp. Securities Litigation,
   C 98-00299, 2001 U.S. Dist. LEXIS 25009 (N.D. Cal. Dec. 4, 2001) ..................................27

**OTHER AUTHORITIES**

Excerpts from American Institute of Certified Public Accountants, Statement of Position
   94-6, Disclosures of Certain Significant Risks and Uncertainties..........................................28

Jennifer E. Bethel et al., Law and Economic Issues in Subprime Litigation (Mar. 2008) ............29

Excerpts from Financial Accounting Standards Board, Statement of Financial Accounting
   Standards No. 107, Disclosures about Fair Value of Financial Instruments ..........................30

Excerpts from Financial Accounting Standards Board, Statement of Financial Accounting Standards No. 115, <u>Accounting for Certain Investments in Debt and Equity Securities</u> ..................................................................................................................................31

Excerpts from Financial Accounting Standards Board, Statement of Financial Accounting Standards No. 157, <u>Fair Value Measurements</u> .......................................................................32

Case 1:07-cv-09633-LBS-DFE    Document 57    Filed 07/21/2008    Page 4 of 4