UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. : | Master File No.: |
| SECURITIES, DERIVATIVE AND ERISA : | 07cv9633(LBS)(AJP)(DFE) |
| LITIGATION : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| This Document Relates to: : | |
| Securities Action, 07cv9633(LBS)(AJP)(DFE) : | <u>RULE 7.1 STATEMENT</u> |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated states that it is a wholly-owned subsidiary of Merrill Lynch & Co., Inc.

Defendant Merrill Lynch & Co., Inc. states that it is a publicly held company whose shares are traded on the New York Stock Exchange and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
July 21, 2008

           /s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Christopher P. Malloy (christopher.malloy@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
Joanne Gaboriault (joanne.gaboriault@skadden.com)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Attorneys for Defendants
 Merrill Lynch & Co., Inc.,
 Merrill Lynch Capital Trust I,
 Merrill Lynch Capital Trust II,
 Merrill Lynch Capital Trust III and
 Merrill Lynch, Pierce, Fenner &
 Smith Incorporated

1