UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE MERRILL LYNCH & CO., INC.         :    Master File No.:
SECURITIES, DERIVATIVE AND ERISA        :    07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x    ECF CASE
This Document Relates to:               :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

Please take notice that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendant Jeffrey N. Edwards.

Dated: July 21, 2008
       New York, New York

WILLKIE FARR & GALLAGHER LLP

BY: /s/ Mei Lin Kwan-Gett
    Mei Lin Kwan-Gett

787 Seventh Avenue
New York, New York  10019
(212) 728-8000 (Phone)
(212) 728-8111 (Fax)
mkwangett@willkie.com

Attorneys for Defendant Jeffrey N. Edwards