UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | : Master File No.: <br> : 07-CV-9633 (LBS)(AJP)(DFE) <br> : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | **ECF Case** |
| This Document Relates to: <br> Derivative Action, 07cv9696 (LBS)(AJP)(DFE) | : <br> : **Electronically Filed** <br> : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dennis J. Block, a member of the law firm Cadwalader, Wickersham & Taft LLP, hereby enters his appearance as counsel for defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti in the above-captioned action. Mr. Block is admitted to practice in this Court.

Dated:    New York, New York
          July 21, 2008

                                                  /s/ Dennis J. Block
                                                  Dennis J. Block
                                                  Gregory A. Markel
                                                  Jason M. Halper
                                                  CADWALADER, WICKERSHAM
                                                     & TAFT LLP
                                                  One World Financial Center
                                                  New York, New York 10281
                                                  (212) 504-6000

Attorneys for Defendants Carol T. Christ,
Armando M. Codina, Virgis W. Colbert,
Alberto Cribiore, John D. Finnegan,
Judith Mayhew Jonas, Joseph W. Prueher,
Ann N. Reese and Charles O. Rossotti