UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
IN RE MERRILL LYNCH & CO., INC.         :    Master File No.:
SECURITIES, DERIVATIVE AND ERISA        :    07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                              :
------------------------------x              **ECF CASE**
This Document Relates to:               :
Securities Action, 07cv9633(LBS)(AJP)(DFE) : **Electronically Filed**
                                        :
------------------------------x              **NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of The Motion of Defendant Jeffrey N. Edwards to Dismiss the Consolidated Amended Class Action Complaint and all prior papers and proceedings herein, Defendant Jeffrey N. Edwards will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order: (a) dismissing the Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); and (b) for such other and further relief as this Court may deem just and proper.

Dated: July 21, 2008
       New York, New York

_____
Richard D. Bernstein   (rbernstein@willkie.com)
   (application for admission pro hac vice pending)
Michael R. Young       (myoung@willkie.com)
Mei Lin Kwan-Gett      (mkwangett@willkie.com)
Frank M. Scaduto       (fscaduto@willkie.com)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Defendant Jeffrey N. Edwards

TO:

Robert N. Kaplan
Frederic S. Fox
Donald R. Hall
Joel B. Strauss
Jeffrey P. Campisi
Aviah Cohen Pierson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
*Attorneys for Plaintiffs*


Merrill G. Davidoff
Lawrence J. Lederer
Arthur Stock
Lane Vines
Jon Lambiras
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4604
*Attorneys for Plaintiffs*


M. Richard Komins
Jeffrey A. Barrack
Robert A. Hoffman
Beth T. Seltzer
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963-0600
Fax: (215) 963-0838
*Attorneys for Plaintiffs*

Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
*Attorneys for Defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I, Merrill Lynch Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner & Smith Incorporated*


Michael Chepiga
Paul Curnin
Zachary Feingold
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Phone:  (212) 455-20000
Fax:  (212) 455-2502
*Attorneys for Defendant E. Stanley O'Neal*


James N. Benedict
George Canellos
Andrew Robertson
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York  10005
Phone:  (212) 530-5000
Fax:  (212) 530-5219
*Attorneys for Defendant Ahmass Fakahany*


Joseph F. Allerhand
Jonathan D. Polkes
Erin J. Law
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Phone:  (212) 310-8000
Fax:  (212) 310-8007
*Attorneys for Defendant Greg Fleming*

Charles Davidow
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Phone 212-373-3000
Fax 212-757-3990
*Attorneys for Defendant Deloitte & Touche LLP*


George Schieren
Mark Holland
CLIFFORD CHANCE
31 West 52nd Street
New York
New York, New York  10019
Phone (212) 878-8000
Fax:  (212) 878-8375
*Attorneys for Defendants Citigroup Global Markets,*
*Morgan Stanley & Co., UBS Securities and Wachovia Capital Services*