UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
IN RE MERRILL LYNCH & CO., INC.         : Master File No.:
SECURITIES, DERIVATIVE AND ERISA        : 07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                              :
---------------------------------- x    **ECF Case**
This Document Relates to:               :
Derivative Action, 07cv9696 (LBS)(AJP)(DFE) : **Electronically Filed**
                                        :
---------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason M. Halper, a member of the law firm Cadwalader, Wickersham & Taft LLP, hereby enters his appearance as counsel for defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti in the above-captioned action. Mr. Halper is admitted to practice in this Court.

Dated:   New York, New York
         July 21, 2008

       /s/ Jason M. Halper
Dennis J. Block
Gregory A. Markel
Jason M. Halper
CADWALADER, WICKERSHAM
   & TAFT LLP
One World Financial Center
New York, New York 10281
(212) 504-6000

Attorneys for Defendants Carol T. Christ,
Armando M. Codina, Virgis W. Colbert,
Alberto Cribiore, John D. Finnegan,
Judith Mayhew Jonas, Joseph W. Prueher,
Ann N. Reese and Charles O. Rossotti