UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE MERRILL LYNCH & CO., INC.        :    Master File No.:
SECURITIES, DERIVATIVE AND ERISA       :    07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x    ECF CASE
This Document Relates to:              :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

Please take notice that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendant Jeffrey N. Edwards.

Dated: July 21, 2008
       New York, New York

                                            WILLKIE FARR & GALLAGHER LLP

                                            BY: /s/ Michael R. Young
                                                Michael R. Young

                                            787 Seventh Avenue
                                            New York, New York  10019
                                            (212) 728-8000 (Phone)
                                            (212) 728-8111 (Fax)
                                            myoung@willkie.com

                                            Attorneys for Defendant Jeffrey N. Edwards