UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                    :   **ECF CASE**

In re MERRILL LYNCH & CO., INC.      :
SECURITIES, DERIVATIVE AND ERISA  :   MASTER FILE NO.
LITIGATION                                      :   07cv9633 (LBS) (AJP) (DFE)
                                                                    :
This Document relates to:                        :
Securities Action, 07cv9633 (LBS) (AJP) (DFE)  :
------------------------------------------------------------------------x

TO:   CLERK OF COURT
       ALL PARTIES OF RECORD

        Please enter my appearance as counsel in this case for Defendant Ahmass L. Fakahany.  I certify that I am admitted to practice in this Court.

Dated: July 21, 2008                       Respectfully submitted,
       New York, New York

                                           /s/ James N. Benedict
                                         James N. Benedict
                                         MILBANK, TWEED, HADLEY & McCLOY LLP
                                         One Chase Manhattan Plaza
                                         New York, New York  10005-1413
                                         (212) 530-5000
                                         JBenedict@milbank.com

                                         *Attorney for Defendant Ahmass L. Fakahany*