UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:       **ECF CASE**
In re MERRILL LYNCH & CO., INC.                 :
SECURITIES, DERIVATIVE AND ERISA        :       MASTER FILE NO.
LITIGATION                                                      :       07cv9633 (LBS) (AJP) (DFE)
                                                                        :
This Document relates to:                                :
Securities Action, 07cv9633 (LBS) (AJP) (DFE)   :
------------------------------------------------------------------------x

TO:     CLERK OF COURT
        ALL PARTIES OF RECORD

       Please enter my appearance as counsel in this case for Defendant Ahmass L. Fakahany.  I certify that I am admitted to practice in this Court.

Dated: July 21, 2008                           Respectfully submitted,
        New York, New York

                                       /s/ George S. Canellos
                                       George S. Canellos
                                       MILBANK, TWEED, HADLEY & McCLOY LLP
                                       One Chase Manhattan Plaza
                                       New York, New York  10005-1413
                                       (212) 530-5000
                                       GCanellos@milbank.com

                                       *Attorney for Defendant Ahmass L. Fakahany*