UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: **ECF CASE**
In re MERRILL LYNCH & CO., INC.         :
SECURITIES, DERIVATIVE AND ERISA        :   MASTER FILE NO.
LITIGATION                              :   07cv9633 (LBS) (AJP) (DFE)
                                        :
This Document relates to:               :
Securities Action, 07cv9633 (LBS) (AJP) (DFE) :
------------------------------------------------------------------------x

TO:   CLERK OF COURT
      ALL PARTIES OF RECORD

      Please enter my appearance as counsel in this case for Defendant Ahmass L. Fakahany.  I certify that I am admitted to practice in this Court.

Dated: July 21, 2008                    Respectfully submitted,
       New York, New York


      /s/ Andrew W. Robertson
      Andrew W. Robertson
      MILBANK, TWEED, HADLEY & McCLOY LLP
      One Chase Manhattan Plaza
      New York, New York  10005-1413
      (212) 530-5000
      ARobertson@milbank.com

      *Attorney for Defendant Ahmass L. Fakahany*