UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE MERRILL LYNCH & CO., INC. : Master File No.:
SECURITIES, DERIVATIVE AND ERISA : 07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION :
                                     :
------------------------------------- x **ECF Case**

This Document Relates to:            :
Derivative Action, 07cv9696 (LBS)(AJP)(DFE) : **Electronically Filed**
                                     :
------------------------------------- x

### NOTICE OF MOTION OF DEFENDANTS CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING AND JEFFREY N. EDWARDS TO DISMISS THE VERIFIED, CONSOLIDATED AND AMENDED SHAREHOLDERS' DERIVATIVE COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Verified, Consolidated and Amended Shareholders' Derivative Complaint in the above-captioned action; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Verified, Consolidated and Amended Shareholders' Derivative Complaint; the accompanying Declaration of Jay B. Kasner, dated July 21, 2008; and all prior papers and proceedings herein, defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese, Charles O. Rossotti, E. Stanley O'Neal, Ahmass L. Fakahany, Gregory J. Fleming and Jeffrey N. Edwards will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an Order dismissing the Verified, Consolidated and Amended Shareholders' Derivative Complaint with prejudice pursuant to Fed. R. Civ. P. 23.1 and Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated:     New York, New York
           July 21, 2008


|     /s/ Michael J. Chepiga     |     /s/ Dennis J. Block     |
|---|---|
| Michael J. Chepiga<br>Paul C. Curnin<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>(212) 455-2000 | Dennis J. Block<br>Gregory A. Markel<br>Jason M. Halper<br>CADWALADER, WICKERSHAM<br>   & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br>(212) 504-6000 |
| Attorneys for Defendant E. Stanley O'Neal | Attorneys for Defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti |
|     /s/ Joseph S. Allerhand     |     /s/ James N. Benedict     |
| Joseph S. Allerhand<br>Jonathan D. Polkes<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000 | James N. Benedict<br>George Canellos<br>MILBANK, TWEED, HADLEY<br>   & MCCLOY LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000 |
| Attorneys for Defendant Gregory J. Fleming | Attorneys for Defendant Ahmass L. Fakahany |

    /s/ Michael R. Young
Richard D. Bernstein
Michael R. Young
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Defendant Jeffrey N. Edwards

TO:

| | |
|---|---|
| David A.P. Brower<br>BROWER PIVEN, P.C.<br>488 Madison Avenue<br>Eighth Floor<br>New York, New York 10022<br>Phone: (212) 501-9000<br>Fax: (212) 501-0300 | Joseph E. White, III<br>Christopher S. Jones<br>SAXENA WHITE P.A.<br>2424 North Federal Highway<br>Suite 257<br>Boca Raton, FL 33431<br>Phone:  (561) 394-3399<br>Fax:  (561) 394-3382 |
| Liaison Counsel and Executive Committee Counsel for Derivative Plaintiffs | Executive Committee Counsel for Derivative Plaintiffs |

Francis Bottini
JOHNSON BOTTINI, LLP
655 W. Broadway
Suite 1400
San Diego, CA 92101
Phone: (619) 230-0063
Fax: (619) 233-5535

Executive Committee Counsel for Derivative Plaintiffs