UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No. 07 CV 9633 (LBS)(AJP)(DFE)  ECF CASE |
| This document relates to: | |
| ERISA ACTION | No. 07 CV 10268 (LBS)(AJP)(DFE) |

-----------------------------------------------------------x

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
<u>CONSOLIDATED AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that, upon the annexed Consolidated Amended Complaint in the above-captioned action; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint; the accompanying Declaration of Stuart J. Baskin, dated July 21, 2008; and all prior papers and proceedings herein, Defendants will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order dismissing the Consolidated Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
July 21, 2008

| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP | SHEARMAN & STERLING LLP |
| By: /s/ Jay B. Kasner<br>    Jay B. Kasner<br>    Scott D. Musoff<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>jay.kasner@skadden.com | By: /s/ Stuart J. Baskin<br>    Stuart J. Baskin<br>    Brian H. Polovoy<br>    Adam S. Hakki<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179<br>sbaskin@shearman.com |
| Attorneys for Defendant<br>Merrill Lynch & Co., Inc. | Attorneys for Investment Committee<br>Defendants, Administrative Committee<br>Defendants, and Senior Vice President,<br>Human Resources Defendants |

SIMPSON THACHER & BARTLETT LLP

By: /s/ Michael J. Chepiga
    Michael J. Chepiga
    Paul C. Curnin
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mchepiga@stblaw.com

Attorneys for Defendant E. Stanley O'Neal

To:

COHEN, MILSTEIN, HAUSFELD
& TOLL PLLC
Lynda J. Grant
150 East 52nd Street, 30th Fl.
New York, NY  10022

KELLER ROHRBACK LLP
Lynn L. Sarko
Derek W. Loeseer
1201 Third Avenue, Suite 3200
Seattle, WA  98101

Interim Co-Lead Counsel for Plaintiffs