**Leadership & Talent Management**                    CLOSE ☒

http://cms.worldnet.ml.com/factfinder/retirement

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >
Retirement Chapter: Introduction

# Retirement Chapter: Introduction

The Retirement Program is an important component
of your total retirement income.



- Facts First
- Who Is Eligible
- When Participation Begins
- Your Beneficiary
- Vesting
- Retirement Program Contributions
- Investing Your RAP Account Balance
- ESOP Diversification
- Withdrawals
- Receiving a Distribution at
  Retirement or Termination
- In Case of Your Death
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work Outside the U.S.
- Administrative/Legal Information
- **Printer-Friendly Version of
  Entire Retirement Chapter**

Friendly url: http://ltm.worldnet.ml.com/factfinder/retirement

© Copyright 2007 Merrill Lynch & Co., Inc.

 **Leadership & Talent Management**

CLOSE ⊠

http://cms.worldnet.ml.com/?id=6651_60668_63595_63840_64017

LTM Homepage > Benefits FACTfinder > Retirement Program > Who Is Eligible

# Who Is Eligible

You are eligible to participate in the Retirement Program after you complete one year of service if you are:

- An employee of Merrill Lynch & Co., Inc. or an eligible affiliate and you are employed in the U.S. (including the Virgin Islands, Guam and Puerto Rico), or
- A U.S. citizen or U.S. permanent resident alien (green card holder) whom Merrill Lynch has determined, for benefit purposes, to be on temporary assignment.

You are not eligible to participate in the Retirement Program if you participate in a non-U.S. plan which Merrill Lynch has determined provides substantial retirement benefits, such as another Merrill Lynch-sponsored retirement plan, a local government-sponsored retirement plan or a termination indemnity.

You also are not eligible to participate if you are part of any other group or classification of employees that Merrill Lynch has excluded or if you are a leased employee or an independent contractor.

See the *Glossary* for the definitions of year of service, leased employee and independent contractor.

| In This Chapter |
| --- |
| ► Facts First |
| ► Who Is Eligible |
| ► When Participation Begins |
| ► Your Beneficiary |
| ► Vesting |
| ► Retirement Program Contributions |
| ► Investing Your RAP Account Balance |
| ► ESOP Diversification |
| ► Withdrawals |
| ► Receiving a Distribution at Retirement or Termination |
| ► In Case of Your Death |
| ► Paying Taxes |
| ► When Contributions End |
| ► Life Events and Your Participation |
| ► If You Work Outside the U.S. |
| ► Administrative/Legal Information |

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.



 **Leadership & Talent Management**                                           CLOSE ⊠

http://cms.worldnet.ml.com/?id=6651_60668_63595_63840_64016

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  When Participation Begins

# When Participation Begins

About five weeks before you become eligible to participate, you'll automatically receive information about the Retirement Program.

You begin participating on the first day of the month on or following your first anniversary with Merrill Lynch. For example, if you began working for Merrill Lynch on October 23, 2006, your participation would begin on November 1, 2007.



| WHAT DO I NEED TO DO TO PARTICIPATE? |
|---|
| Although your participation begins automatically, you should direct how you want the cash contributions to your RAP account invested. To do this, access Benefits OnLine® at www.benefits.ml.com or call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative. If you do not do this, your contributions will be invested automatically in the default investment, the Merrill Lynch Premier Institutional Fund. |

**In This Chapter**

- Facts First
- Who Is Eligible
- When Participation Begins
- Your Beneficiary
- Vesting
- Retirement Program Contributions
- Investing Your RAP Account Balance
- ESOP Diversification
- Withdrawals
- Receiving a Distribution at Retirement or Termination
- In Case of Your Death
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work Outside the U.S.
- Administrative/Legal Information

## Your Investment Decisions

Although your participation begins automatically, you should:

- Decide how you want to invest the cash contributions to your RAP account. For a description of the available investments, see *Descriptions of Investment Choices*, available through the Retirement Program Info Center site on the Leadership & Talent Management (LTM) Website or by calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.
- Decide if you want to elect to receive cash distributions of dividends paid on Merrill Lynch common stock held in your RAP and ESOP accounts. If you do not make an election, dividends will be reinvested on your behalf.
- Make your investment elections by accessing Benefits OnLine® at www.benefits.ml.com or calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect

to speak with a representative.

**Note:** If you don't make an investment election by the time the first contributions are credited to your RAP account, or if your investment direction doesn't total 100%, the contributions to your RAP account will be invested automatically in the default investment, the Merrill Lynch Premier Institutional Fund. For more information on the default investment, call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S. , call 609-818-8817 collect to speak with a representative.

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.

World🌐Net    **Leadership & Talent Management**                              CLOSE ⊠

http://cms.worldnet.ml.com/?id=6651_60668_63595_63840_64015

LTM Homepage > Benefits FACTfinder > Retirement Program > Your Beneficiary

# Your Beneficiary

Your beneficiary receives the value of your RAP and ESOP accounts if you die
before your accounts are distributed. See the *Glossary* for the definition
of beneficiary. The following beneficiary designations are automatic for your
RAP and ESOP accounts, unless you elect otherwise:

- **If you are married** – Your beneficiary for both your RAP and
  ESOP accounts is automatically your spouse, unless you designate
  another beneficiary and your spouse provides written, notarized
  consent.
- **If you are not married (or if you are legally separated)** –
  Your beneficiary for both your RAP and ESOP accounts is
  automatically the beneficiary you designate for your Merrill Lynch
  Basic Group Life Insurance Plan unless you designate another
  beneficiary. However, your RAP and ESOP account balances will be
  paid to your estate if you have not designated a Basic Group Life
  Insurance Plan beneficiary, have assigned your Basic Group Life
  Insurance, or no longer have Basic Group Life Insurance coverage.

If you want to designate a different beneficiary than described above, you can:

- Name the same beneficiary or different beneficiaries for your RAP
  and ESOP accounts.
- Change your beneficiary for your RAP account, your ESOP account
  or both.

Be sure to review your beneficiary designations periodically online at the LTM
Tools portal, accessible from the Leadership & Talents Management (LTM)
Website, or whenever you have a life event. For more information, see *Life
Events*.

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.

### In This Chapter

- Facts First
- Who Is Eligible
- Enrolment
- When Participation Begins
- Your Beneficiary
- Vesting
- Retirement Program Contributions
- Investing Your RAP Account Balance
- ESOP Diversification
- Withdrawals
- Receiving a Distribution at Retirement or Termination
- In Case of Your Death
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work Outside the U.S.
- Administrative/Legal Information

 Leadership & Talent
Management

http://cms.worldnet.ml.com/?id=6651_60568_63595_63840_64014

LTM Homepage > Benefits FACTfinder > Retirement Program > Vesting

# Vesting

Vesting means you have ownership of the value of your RAP and ESOP accounts. Your account balances become 100% vested after you complete three years of service. Vested amounts cannot be forfeited, even if you leave Merrill Lynch. See the *Glossary* for the definition of year of service.

Generally, if you leave Merrill Lynch before you complete three years of service, you are not vested in your RAP and ESOP account balances and forfeit the balances in these accounts. However you are 100% vested in all ESOP dividends paid after January 1, 2002 and 100% vested in all RAP dividends paid on Merrill Lynch stock after May 8, 2003. Your ESOP and/or RAP account balances become 100% vested, regardless of your length of service, if any of the following occurs:

- You are employed by Merrill Lynch and reach age 65.
- You die while you are employed by Merrill Lynch (100% of your account balances will be paid to your beneficiary).
- You are eligible to receive payments from the Merrill Lynch Basic Long-Term Disability Plan.
- Merrill Lynch permanently discontinues contributions to participants' accounts under one or both of these plans – your account balance *in the applicable plan or plans* becomes 100% vested.
- Merrill Lynch terminates one or both of these plans – your account balance *in the terminated plan or plans* becomes 100% vested.

### In This Chapter

- Facts First
- Who Is Eligible
- When Participation Begins
- Your Beneficiary
- Vesting
- Retirement Program Contributions
- Investing Your RAP Account Balance
- ESOP Diversification
- Withdrawals
- Receiving a Distribution at Retirement or Termination
- In Case of Your Death
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work Outside the U.S.
- Administrative/Legal Information

fast FACT

| WHEN ARE MY ACCOUNT BALANCES 100% VESTED? |
|---|
| Generally, your RAP and ESOP account balances become vested after you complete three years of service. Dividends are 100% vested regardless of your length of service. |

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.

Retirement Program Contributions

 **Leadership & Talent Management**

CLOSE ☒

http://cms.worldnet.ml.com/?id=6651_60668_63595_63840_64013

LTM Homepage > Benefits FACTfinder > Retirement Program > Retirement Program Contributions

# Retirement Program Contributions

### On This Page:

- Basic Contributions
- Other Contributions
- Determining Whether Quarterly Contributions Are Made in Stock and/or Cash
- Shares Contributed to Your ESOP Account
- Pass Through Dividend Election
- IRS Contribution Limits

When you become eligible for the Retirement Program, two accounts are set up for you:

- **The Retirement Accumulation Plan (RAP) account** – Company contributions are made in cash.
- **The Employee Stock Ownership Plan (ESOP) account** – Company contributions are made in Merrill Lynch common stock.

Merrill Lynch makes all contributions to your RAP and ESOP accounts. Contributions to your accounts are based, in part, on your eligible compensation. The maximum annual eligible compensation used to determine contributions is set by the Internal Revenue Service (IRS). This amount is $225,000 in 2007.

**FAST FACT**

| MAY I CONTRIBUTE TO THE RETIREMENT PROGRAM? |
| --- |
| No, Merrill Lynch makes all contributions to your accounts. |

▲ Back to Top

**In This Chapter**

▸ Facts First
▸ Who Is Eligible
▸ When Participation Begins
▸ Your Beneficiary
▸ Vesting
▸ Retirement Program Contributions
▸ Investing Your RAP Account Balance
▸ ESOP Diversification
▸ Withdrawals
▸ Receiving a Distribution at Retirement or Termination
▸ In Case of Your Death
▸ Paying Taxes
▸ When Contributions End
▸ Life Events and Your Participation
▸ If You Work Outside the U.S.
▸ Administrative/Legal Information

## Contributions

Contributions are made to your account on an annual basis if you are actively employed, on a leave of absence or on long-term disability as of December 31, each year. The amount of basic contributions made to your account is determined by your years of service as of each January 4 and your eligible compensation, as the following chart shows. See the *Glossary* for the definitions of year of service and eligible compensation. You must be employed on the last day of the plan year to receive Retirement Program contributions.

| Years of Service (as of each January 4) | Contributions (as a percentage of eligible compensation for the year) |
| --- | --- |

| Less than 5 years | 2% |
|---|---|
| 5 – 9 years | 3% |
| 10 – 14 years | 4% |
| 15 – 19 years | 5% |
| 20 – 24 years | 6% |
| 25 – 29 years | 7% |
| 30 or more years | 8% |

Contributions generally are made to your Retirement Program accounts by mid February, following the close of the plan year. For example, the annual contribution for 2007 generally will be made to your accounts by mid February 2008.

Contributions are made in Merrill Lynch common stock and/or cash. For more information, see Determining Whether Contributions Are Made in Stock and/or Cash.

▲ Back to Top

**Other Contributions**

If you retire, die or are included in a divestiture or reduction in force, then you will receive contributions based on your eligible compensation for the year up to and including the quarter in which the event occurs. All quarterly contributions are to be paid in cash to your RAP account.

▲ Back to Top

**Determining Whether Retirement Program Contributions Are Made in Stock and/or Cash**

The following is a summary of the steps taken to determine if Retirement Program contributions are made in cash, Merrill Lynch common stock or both.

**Step 1: Annual Contributions**

Merrill Lynch looks at each participant's length of service as of each January 4 and his or her eligible compensation to determine the amount of annual contributions to each participant's Retirement Program accounts. Then, all of these contributions are added together to determine the total amount of annual contributions required. See the *Glossary* for the definition of eligible compensation.

**Step 2: Amount of Merrill Lynch Common Stock to Be Contributed**

Merrill Lynch determines the number of shares of Merrill Lynch common stock that will be contributed to participants' accounts for that year.

**Step 3: Market Value of Shares of Merrill Lynch Common Stock**

Merrill Lynch calculates the market value of the shares that will be contributed to participants' accounts (from Step Two). The market value of Merrill Lynch common stock is determined using the New York Stock Exchange closing price on the last business day of the year.

**Step 4: Determining the Percentage of Merrill Lynch Common Stock and/or Cash**

The market value of these shares is then divided by the total annual contribution amount (from Step One). The outcome of this calculation is a percentage – that percentage determines the split of cash and Merrill Lynch common stock that will be contributed to participants' accounts. For example, if the percentage is 7%, this means that 7% of that annual contribution will be made in Merrill Lynch common stock to ESOP accounts and 93% will be made in cash to RAP accounts.

*An Example*

Assume that 200,000 shares of Merrill Lynch common stock will be contributed to participants' accounts for one quarter and that the closing price at the end of the year is $55 per share. Also, assume that the total Retirement Program contributions for the year are $110 million.

| Step 1: Annual Contributions | $110 million |
|---|---|
| Step 2: Amount of Merrill Lynch Common Stock to Be Contributed | 200,000 shares |
| Step 3: Market Value of Shares of Merrill Lynch Common Stock | $11 million (200,000 x $55) |
| Step 4: Determining the Percentage of Merrill Lynch Common Stock and/or Cash | $11 million / $110 million = 10% |

Result: This means that 10% of the annual Retirement Program contributions will be made in Merrill Lynch common stock to each participant's ESOP account. The remaining 90% will be contributed to each participant's RAP account in cash.

⬆ Back to Top

**Shares Contributed to Your ESOP Account**

Your ESOP account consists of shares of Merrill Lynch common stock. These are referred to as:

- **Repayment shares** – Repayment shares are shares that were purchased by the ESOP trust with the proceeds of a loan.
- **Reversion shares** – Reversion shares are shares that were purchased with assets that remained in Merrill Lynch's former pension plan when it was terminated in December 1988. All reversion shares were contributed to participants' accounts as of June 30, 1997.

As part of your annual contribution, you may receive reversion and repayment shares which were forfeited when other participants, who were not vested, terminated. These forfeited shares are part of – not in addition to – the annual contribution to your account.

Dividends on reversion and repayment shares that have been contributed to your ESOP account are reinvested in Merrill Lynch common stock in your account unless you elect to receive them in cash.



| Account Information |
|---|
| You receive a quarterly statement that tracks activity in your Retirement Program and your 401(k) accounts during that quarter. Specifically, this statement indicates: |

- The total number of shares in your accounts
- Cost Basis
- Purchases and sales

- Dividend reinvestments, and
- Any other account activity.

See the *Glossary* for the definition of cost basis.

If you have questions about your accounts, you should call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

You may also view your daily account balances online by accessing Benefits OnLine® at www.benefits.ml.com, or go to Leadership & Talent Management (LTM) website and look for the My Compensation & Benefits link.

⏶ Back to Top

## Pass-Through Dividend Election

Merrill Lynch common stock dividends received in your ESOP (as of January 1, 2002) and RAP (as of May 8, 2003) accounts are 100% vested, regardless of your length of service. You have the option to elect to have these dividends paid directly to you in cash (outside the plans). If you do not make an election, dividends will continue to be reinvested on your behalf.

If you elect to have your dividends paid out to you as cash rather than reinvested, a check will be mailed to your home each time the plan receives a dividend. No income tax will be withheld on these cash dividends. However, any dividends distributed to you will be taxable as ordinary income to you in the year of payment. You will receive a Form 1099 DIV at the end of January for cash distributions received in the prior year.

⏶ Back to Top

## IRS Contribution Limits

The IRS does not permit contributions based on eligible compensation over a certain amount (i.e., $225,000 in 2007). If your eligible compensation for the year is greater than the compensation maximum, you will not receive any basic contributions on your compensation above the limit for that year. See the *Glossary* for the definition of eligible compensation.

In addition, the total annual amount of contributions to your RAP, ESOP and 401(k) accounts is limited by law. If you are affected by this limit, your contributions will be adjusted.

⏶ Back to Top

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

Retirement Program Contributions

asfd

© Copyright 2007 Merrill Lynch & Co., Inc.

 **Leadership & Talent Management**                                   CLOSE ⊠

http://cms.worldnet.ml.com/?id=6651_60668_63595_63840_64012

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  Investing Your RAP Account Balance

# Investing Your RAP Account Balance

*On This Page:*

- Your Investment Responsibilities
- Selecting Your Investments When You First Become a Participant
- Changing Your Investment Elections
- Restrictions
- Voting Rights

<div style="float:right; border:1px solid;">

**In This Chapter**

▸ Facts First

▸ Who Is Eligible

▸ When Participation Begins

▸ Your Beneficiary

▸ Vesting

▸ Retirement Program Contributions

▸ **Investing Your RAP Account Balance**

▸ ESOP Diversification

▸ Withdrawals

▸ Receiving a Distribution at Retirement or Termination

▸ In Case of Your Death

▸ Paying Taxes

▸ When Contributions End

▸ Life Events and Your Participation

▸ If You Work Outside the U.S.

▸ Administrative/Legal Information

</div>

You determine how to invest your RAP account balance. The plan offers a number of investment options to help you build your portfolio for your future. For more information on the investment options, see *Descriptions of Investment Choices*, available on the Retirement Program Info Center site on the Leadership & Talent Management (LTM) Website. For prospectus information, access Benefits OnLine® at www.benefits.ml.com. If you have questions, call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

## Your Investment Responsibilities

Merrill Lynch recognizes that each employee's financial situation is different in terms of goals, desire for potential returns and tolerance for risk. Therefore, the RAP account allows you to select from diverse investment options that offer varying degrees of risk and potential return.

You also have the ability to change your investments daily, both for amounts already invested in your RAP account and for future contributions to your RAP account. You – not Merrill Lynch or anyone else – are responsible for your investment choices. Plan fiduciaries are not responsible for any losses that are the direct and necessary result of your investment decisions. The Retirement Accumulation Plan is designed to comply with section 404(c) of the Employee Retirement Income Security Act of 1974 (ERISA).

⬆ Back to Top

## Selecting Your Investments When You First Become a Participant

When you first become a participant in the Retirement Program, you should decide how to invest the contributions to your RAP account. You can direct the contributions into one investment or divide them among as many of the available investments as you want. You must indicate the percentage of your RAP contributions you want to allocate to each investment – in whole percentages – and your investment directions must total 100%. You may not elect to have your contributions invested directly into Merrill Lynch stock, but may invest any portion of your account balance into Merrill Lynch stock by processing a fund transfer.

**Note:** If you don't elect an investment direction by the time the first contributions are credited to your RAP account, or if your investment direction doesn't total 100%, the contributions to your RAP account will be invested automatically in the default investment, the Merrill Lynch Premier Institutional Fund. For more



information on the default investment, call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.



| WHAT IF I DON'T ELECT AN INVESTMENT DIRECTION OR IF MY RAP INVESTMENT DIRECTION DOES NOT EQUAL 100%? |
|---|
| If you don't elect an investment direction by the time the first contributions are credited to your RAP account, or if your investment direction doesn't total 100%, the contributions to your RAP account will be invested automatically in the default investment, the Merrill Lynch Premier Institutional Fund. |

▲ Back to Top

## Changing Your Investment Elections

You can change the investment directions for your RAP account daily by accessing Benefits OnLine® at www.benefits.ml.com or by calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.



| CAN I CHANGE MY INVESTMENT CHOICES IN MY RAP ACCOUNT? |
|---|
| Yes, you can generally change your investments on a daily basis, by accessing Benefits OnLine® at www.benefits.ml.com or calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative. |

**Note:** If you change your investment direction, your new elections must equal 100%.

### When Changes Take Effect

| If You Want to... | You May Do So | And the Change Takes Effect... |
|---|---|---|
| Transfer all or a portion of the assets in your RAP account | Daily | No later than one business day following the day you make the change, unless you're buying or selling Merrill Lynch common stock (in which case, it may take up to three additional business days) or buying and selling the same investment (in which case there is a 15-business day restriction, excluding Merrill Lynch Premier Institutional Fund and Merrill Lynch common stock). |
| Change your investment direction for future contributions | Daily | No later than one business day following the day you make the change. |

### Some Investment Restrictions

You will be restricted from selling the Merrill Lynch common stock in your RAP account when Merrill Lynch makes an earnings announcement. You may also be restricted from selling the Merrill Lynch common stock in your RAP account when Merrill Lynch makes other announcements. For more information about the 24-hour rule, which restricts trading of Merrill Lynch common stock, call Merrill Lynch Compliance at 212-670-0327 .

You also will be restricted from buying and selling the same investment within a 15-business day and in some cases 30-day period in your RAP account except for amounts held in the Merrill Lynch Premier Institutional Fund and amounts invested in Merrill Lynch stock.

⬆ Back to Top

**Voting Rights**

You have the right to direct plan trustees on how to vote the Merrill Lynch common stock and other investments that have voting privileges in your RAP and ESOP accounts. You will receive voting instructions before each shareholder meeting. The trustees will follow your instructions in the absence of any extraordinary circumstances.

If you do not direct plan trustees on how to vote your shares, your shares will be voted in the same manner and in the same proportion as the votes received by the trustees.

⬆ Back to Top

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*
© Copyright 2007 Merrill Lynch & Co., Inc.



WorldNet    **Leadership & Talent Management**                      CLOSE ⊠

http://cms.worldnet.ml.com/?id=6651_60668_63595_63840_64011

LTM Homepage > Benefits FACTfinder > Retirement Program > ESOP Diversification

# ESOP Diversification

### On This Page:

- Eligibility Requirements and Diversification Options
- Company Stock Diversification/Withdrawal Requirements from ESOP Accounts
- Electing to Diversify ESOP Shares

If you meet the eligibility requirements, you have the option to diversify the shares of Merrill Lynch common stock (ESOP shares) held in your Retirement Program account(s). ESOP Diversification provides you with the flexibility to reinvest the ESOP shares into other assets. In the Retirement Program, you can diversify your ESOP shares by transferring to another investment option or moving the shares to an IRA or brokerage account. (For information about ESOP shares in your 401(k) account, see ESOP Diversification in *401(k) Plan*).

### Eligibility Requirements and Diversification Options

The Retirement Program provides an "ESOP Account" under the Retirement Accumulation Plan (RAP) and Employee Stock Ownership Plan (Traditional ESOP). The eligibility requirements you must meet before you can diversify your ESOP shares depend on which plan holds the ESOP shares you want to diversify.

### Employee Stock Ownership Plan – Traditional ESOP

You are eligible to diversify ESOP shares once you have completed five years of service. Once eligible, you may elect to do any of the following with up to 100% of your ESOP shares:

- Transfer to your RAP account
- Rollover to your IRA or a tax-qualified retirement plan
- Transfer to your Merrill Lynch brokerage account
- Payment to you (in-kind or cash)

### Retirement Accumulation Plan (RAP) – ESOP Account under the RAP

There are several diversification options available to you in the RAP that vary according to your employment status and age, as follows:

- If you are employed, retired or terminated, you may:
  - Transfer your ESOP shares to other RAP investment options at any time.
- If you are employed *and* have attained age 59 ½, you may:
  - Rollover all of your ESOP shares to an IRA
  - Transfer all of your ESOP shares to a Merrill Lynch brokerage account
  - Payment directly to you of *all* ESOP shares (in-kind or cash)
- If you have terminated employment, you may:
  - Rollover all of your ESOP Shares to an IRA or tax-qualified retirement plan
  - Transfer all of your ESOP shares to a Merrill Lynch brokerage account

## In This Chapter

► Facts First
► Who Is Eligible
► When Participation Begins
► Your Beneficiary
► Vesting
► Retirement Program Contributions
► Investing Your RAP Account Balance
► **ESOP Diversification**
► Withdrawals
► Receiving a Distribution at Retirement or Termination
► In Case of Your Death
► Paying Taxes
► When Contributions End
► Life Events and Your Participation
► If You Work Outside the U.S.
► Administrative/Legal Information

   o Payment directly to you of *all* ESOP shares (in-kind or cash)

**Note:** Your decision to elect a rollover, a transfer to your Merrill Lynch brokerage account or a payment to you may have important tax consequences. For more information, see Paying Taxes.

⌐ Back to Top

Company Stock Diversification/Withdrawal Requirements from ESOP Accounts

| Account | Withdrawal Restrictions | Must Be at Least age 59 ½ at Time of Withdrawal | Must Have Five Years of Service to Diversify |
|---|---|---|---|
| **401(k) ESOP** | Yes | Yes | No (vested only) |
| **Traditional ESOP** | Yes | No | Yes |
| **RAP**<br><br>ML shares acquired through ML contributions and fund transfers | Yes | Yes | Yes |
| ESOP shares transferred from Traditional ESOP | No | No | No |

⌐ Back to Top

Electing to Diversify ESOP Shares

Once you have met the eligibility requirements, you may elect to diversify your shares of Merrill Lynch common stock held in your Employee Stock Ownership Plan (Traditional ESOP) and Retirement Accumulation Plan (RAP) accounts by accessing Benefits OnLine® at www.benefits.ml.com or by calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

**Things to Do or Consider When Rolling Over Your ESOP Diversification Payment**

*For a Rollover to an IRA*

Keep the following in mind:

- If you elect a direct rollover to your IRA, you must establish the IRA before you make your elections.
- You cannot elect to roll over your payment to a Roth IRA.

*For a Rollover to a Tax-Qualified Retirement Plan*

Before you elect to roll over your ESOP diversification payment to another retirement plan, you should confirm that the plan is tax-qualified and that it will accept a rollover on your behalf.

**Note:** Your diversification decision may have important tax consequences. Before making a decision, be sure to speak with a professional tax advisor.

⌐ Back to Top

ESOP Diversification

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.

 **Leadership & Talent Management**                                        CLOSE ☒



http://ltm.worldnet.ml.com/?id=6651_60668_63595_63840_64010

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  Withdrawals

# Withdrawals

The Retirement Program is designed to help you save for your future. However, there are withdrawal options available to you on a limited basis while you're working at Merrill Lynch. The chart below outlines these withdrawal options.

**Note:** Withdrawals can have important tax consequences. For more information, see Paying Taxes.

To make a withdrawal, access Benefits OnLine® at www.benefits.ml.com or call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

## Two ESOP Accounts in the Retirement Program

The Retirement Program provides an ESOP Account under the Retirement Accumulation Plan (RAP) and Employee Stock Ownership Plan (Traditional ESOP). The eligibility requirements you must meet before you can withdraw your ESOP shares depend on which plan holds the ESOP shares that you want to withdraw.

## Your Withdrawal Options

|  | WITHDRAWAL OF ESOP, RAP AND PAYSOP SHARES |
|---|---|
| Eligibility | • Traditional ESOP: You must have five years of service to diversify.<br>• RAP:<br>　○ You must be vested and at least 59 ½ years old at the time of withdrawal if ESOP shares were acquired as a result of Merrill Lynch contributions to the RAP and/or fund transfers to Merrill Lynch common stock.<br>　○ No withdrawal restrictions if ESOP shares are transferred to the RAP from the Traditional ESOP.<br>• PAYSOP: You are eligible if you have PAYSOP shares in your ESOP account. See the *Glossary* for a definition of PAYSOP. |
| Withdrawal Amount | • Traditional ESOP: Up to 100% of the shares. |

**In This Chapter**

- ➤ Facts First
- ➤ Who Is Eligible
- ➤ When Participation Begins
- ➤ Your Beneficiary
- ➤ Vesting
- ➤ Retirement Program Contributions
- ➤ Investing Your RAP Account Balance
- ➤ ESOP Diversification
- ➤ Withdrawals
- ➤ Receiving a Distribution at Retirement or Termination
- ➤ In Case of Your Death
- ➤ Paying Taxes
- ➤ When Contributions End
- ➤ Life Events and Your Participation
- ➤ If You Work Outside the U.S.
- ➤ Administrative/Legal Information

| Available | • RAP / ESOP:<br>   ○ All ESOP shares (not less than 100%) if shares are as a result of Merrill Lynch contributions to the RAP and/or fund transfers.<br>   ○ Up to 100% if ESOP shares are transferred to the RAP from the Traditional ESOP.<br>• PAYSOP: All PAYSOP shares (not less than 100%) |
|---|---|
| Payment Options | • You may elect one of the following:<br>   ○ Payment to you (cash or Merrill Lynch common stock).<br>   ○ Transfer to your Merrill Lynch brokerage account (cash or Merrill Lynch common stock).<br>   ○ Direct rollover to your Merrill Lynch IRA (cash or Merrill Lynch common stock).<br>   ○ Direct rollover to your non-Merrill Lynch IRA or a tax-qualified retirement plan (cash only). |

## Things to Consider When Rolling Over a Withdrawal

### For a Rollover to an IRA

Be sure to consider:

- If you elect a direct rollover to your IRA, you must establish the IRA before you make your withdrawal elections.
- You cannot elect to roll over your withdrawal to a Roth IRA.

### For a Rollover to a Tax-Qualified Retirement Plan

Before you elect to roll over your withdrawal to another retirement plan, you should confirm that the plan is tax-qualified and that it will accept a rollover on your behalf.

**Note:** Your diversification decision may have important tax consequences. Before making a decision, be sure to consult a professional tax advisor.

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2006*

© Copyright 2007 Merrill Lynch & Co., Inc.



**Leadership & Talent Management**

CLOSE ☒

http://ltm.worldnet.ml.com/?id=6651_60668_63595_63840_64009

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  Receiving a Distribution at Retirement or Termination

# Receiving a Distribution at Retirement or Termination

**On This Page:**

- Making Your Distribution Elections
- When Your Distribution Begins
- Net Unrealized Appreciation

When you retire or terminate, you decide what you want to do with the vested balances in your RAP and ESOP accounts. You must make separate distribution elections for your RAP and ESOP account balances.

You may choose:
- Payment to you
- Transfer to your Merrill Lynch brokerage account
- Rollover to your IRA or a tax-qualified retirement plan
- Purchase of an annuity
- Deferral of your distribution until a later date, subject to certain age restrictions.

For purposes of the Retirement Program, you are considered a retiree if you are:
- Age 55 or more, with at least 10 years of service, or
- Age 65, regardless of your length of service.

See the *Glossary* for the definition of an annuity.

Distributions can have important tax consequences. For more information, see Paying Taxes.

## Making Your Distribution Elections

When you retire or terminate, information about your distribution options and the timing of your distribution will be sent to you. To make your distribution election, access Benefits OnLine® at www.benefits.ml.com or call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative. You should make your distribution election within six months after your retirement or termination.

**Distributions must begin the earlier of:**
- If you retire after the age of 70½, distributions must commence by April 1 of the year following your retirement.
- If you retire prior to age 70½, distributions must commence by April 1 of the year following the year in which you attain age 70½.

**Note:** You can continue to direct the investments in your RAP account until your distribution occurs.

The following chart summarizes your distribution options and the steps for making your elections.

---

**In This Chapter**

- Facts First
- Who Is Eligible
- Enrollment
- Your Beneficiary
- Your Savings
- Vesting
- Tax Advantages of 401(k) Savings
- Investing Your 401(k) Account Balance
- ESOP Diversification
- Loans and Withdrawals
- **Receiving a Distribution at Retirement or Termination**
- In Case of Your Death Profit Sharing or Vocon Account
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work in Puerto Rico
- If You Work Outside the U.S.
- Administrative Legal Information
- 401(k) Prospectus

| Step One:<br>Determine When You Need Your Savings | Step Two:<br>Choose a Distribution Option | Step Three:<br>Choose a Type of Payment | | |
|---|---|---|---|---|
| | | Cash | In-kind Securities | Merrill Lynch Common Stock & Cash |
| **NOW**<br>You pay taxes now on the amount you receive. | Payment to you[1] | ☑ | N/A | ☑ |
| | Transfer to your Merrill Lynch brokerage account [1] | ☑ | ☑ | ☑ |
| | Transfer to your non-Merrill Lynch brokerage account | ☑ | ☑ | ☑ |
| | Purchase an annuity and begin payment immediately [2] | ☑ | N/A | N/A |
| **LATER**<br>You continue to defer taxes. | Direct rollover to: | | | |
| | • Your Merrill Lynch IRA | ☑ | ☑ | ☑ |
| | • Your non-Merrill Lynch IRA | ☑ | N/A | ☑ [3] |
| | • A tax-qualified retirement plan | ☑ | N/A | ☑ [3] |
| | Defer distribution of account balance – Not available if you retire on or after age 70½. | N/A | N/A | N/A |

**Cash** – The investments in your account will be sold and paid as cash. If you elect a direct rollover to a non-Merrill Lynch IRA or a tax-qualified retirement plan, a check will be sent to your home made payable to the financial institution or plan you have selected.

**In-kind Securities** – All of the eligible investments in your account will be transferred in-kind into your brokerage account. Ineligible investments will be sold and transferred as cash. (Because of legal and/or operational issues, some investments cannot be delivered in-kind to your Merrill Lynch account.) See the *Glossary* for the definition of in-kind.

**Merrill Lynch Common Stock & Cash** – Any whole shares of Merrill Lynch common stock in your account will be paid in-kind. All other investments in your account will be sold and paid as cash. If you elect a direct rollover to a non-Merrill Lynch IRA or a tax-qualified retirement plan, a stock certificate and/or a check will be sent to your home made payable to the financial institution or plan you have selected.

[1]If eligible, you can elect to take advantage of favorable tax treatment (e.g., net unrealized appreciation of Merrill Lynch common stock you receive). For more information, see the *Special Tax Notice Regarding Plan Payments*, available through the 401(k) Info Center site or call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.
[2]You pay taxes on the monthly amounts you receive.
[3]Provided the other financial institution or tax-qualified retirement plan accepts Merrill Lynch common stock.



---

**HOW LONG DO I HAVE TO MAKE MY DISTRIBUTION DECISION IF I RETIRE OR TERMINATE?**

**Within six months** after you retire or terminate, you should make your elections by calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

---

**Residual Contributions and Earnings**

Residual contributions and earnings are contributions and earnings credited to your RAP and/or ESOP accounts after your RAP and/or ESOP account balances have been distributed. For RAP accounts, residual contributions and earnings are automatically paid out to you as cash according to the distribution option you selected (i.e., payment to you, transfer to a Merrill Lynch brokerage account, rollover to a Merrill Lynch or non-Merrill Lynch IRA or rollover to a tax-qualified retirement plan). For ESOP accounts, residual contributions and earnings are paid out to you in accordance with the distribution option and type of payment (i.e., cash or Merrill Lynch common stock) you selected.

**Things to Do or Consider When Taking a Distribution from Your Retirement Program Accounts**

The following addresses things to do or consider before making your distribution elections.

*If You Elect to Roll Over Your Distribution*

Keep in mind, you may elect to roll over a portion of, or specific investments in, your RAP and/or ESOP accounts to your IRA or a tax-qualified retirement plan and choose a non-rollover distribution option (i.e., payment to you, transfer to your Merrill Lynch brokerage account or purchase of an annuity) for the remainder.

Keep in mind, you may elect to roll over a portion of, or specific investments in, your RAP and/or ESOP accounts to your IRA or a tax-qualified retirement plan and choose a non-rollover distribution option (i.e., payment to you, transfer to your Merrill Lynch brokerage account or purchase of an annuity) for the remainder.

In addition, if you split your election, you may choose different payment methods for each portion. For example, you could elect to transfer the Merrill Lynch common stock in your RAP account to your Merrill Lynch brokerage account and have the remainder of your RAP account balance transferred in-kind to your Merrill Lynch IRA. See the Glossary for the definitions of annuity and in-kind.

**To an IRA**

Be sure to consider:

- If you elect a direct rollover from your RAP or ESOP account to your IRA, you must establish the IRA before you make your distribution elections.
- You cannot elect to roll over your distribution to a Roth IRA.
- If you're taking a distribution during the year in which you turn 70½ or later, you cannot roll over your minimum required distribution.

**To a Tax-Qualified Retirement Plan**

Before you elect to roll over your distribution to another retirement plan, you should confirm that the plan is tax-qualified and that it will accept a rollover on your behalf.

**If You Elect an Annuity**

Choose one of the following annuity options:

- Single Life Annuity
- 50% Joint & Survivor Annuity
- 100% Joint & Survivor Annuity
- Ten-Year Certain and Life Annuity.

See the Glossary for the definitions of Single Life Annuity, 50% Joint & Survivor Annuity, 100% Joint & Survivor Annuity, and Ten-Year Certain and Life Annuity.

If you are married, you must have your spouse's written, notarized consent to elect a Single Life Annuity or the Ten-Year Certain and Life Annuity, or to name someone other than your spouse as beneficiary.

**Note:** You may elect to use a portion of your RAP and/or ESOP accounts to purchase an annuity and receive the remainder as cash.

The insurance company requires a minimum balance for you to purchase an annuity. The minimum balance required for 2006 is $10,000. This amount is subject to change annually.

### If You Elect to Defer

If you choose to defer, no action is necessary and you continue to direct the investments in your account. However, distribution of your account balance must begin the earlier of:

- If you retire after the age of 70½, distributions must commence by April 1 of the year following your retirement.
- If you retire prior to age 70½, distributions must commence by April 1 of the year following the year in which you attain age 70½.

If you choose to defer your distribution and you do not make a distribution election by the time you reach age 70½ and you are not employed by Merrill Lynch of an affiliate, you will be contacted to begin making Required Minimum Contributions. However, you can elect an immediate distribution at any time prior to reaching age 70½ by calling the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

⌐ Back to Top

### When Your Distribution Begins

There is a one month processing period after you retire or terminate. Your account balances cannot be paid out during this processing period. However, you may continue to direct the investments in your RAP account until your distribution occurs. See the Glossary for a definition of processing period.

### Net Unrealized Appreciation

It is important to note that you may be eligible for favorable tax treatment on the net unrealized appreciation (NUA) of shares of Merrill Lynch common stock paid out to you, but only if you take a total distribution of your account balances in all Merrill Lynch qualified plans (including qualified plans maintained by Merrill Lynch affiliates) within the same calendar year. NUA applies to company stock distributions taken in-kind and is the difference between the cost basis and market value of the stock at the time a lump sum distribution is taken. See the Glossary for the definitions of cost basis and in-kind.
To qualify for favorable tax treatment, you must receive a qualified lump sum distribution. A qualified lump sum distribution is a distribution of all account balances under all Merrill Lynch qualified plans (including qualified plans maintained by Merrill Lynch affiliates) within the same tax year. (Please consult with a tax advisor to determine if you meet the IRS requirements to receive a qualified lump sum distribution.) The following is a list of all Merrill Lynch qualified plan accounts:

- Merrill Lynch & Co., Inc. 401(k) Savings & Investment Plan, which includes:
o 401(k) Plan account, including the ESOP account
o Deferred Profit Sharing account
o VOCON account

- Merrill Lynch & Co., Inc., Retirement Program, which includes:
o Retirement Accumulation Plan account, including the ESOP account
o Employee Stock Ownership (ESOP)

- Becker Employees' Profit Sharing Plan

**Note:** The rules that apply to NUA are complex and contain many conditions and exceptions. As a result, you

should consult a professional tax advisor before taking any action.

NUA applies to company stock distributions taken in-kind and is the difference between the cost basis and market value of stock at the time a qualified lump sum distribution is taken. The benefit of NUA is the special tax treatment that allows you to receive Merrill Lynch common stock and pay ordinary income taxes on the average cost of the shares in the year they are distributed from the plan, rather than the current market value. The tax on the difference between the cost basis of the shares and the stock's market value - the net unrealized appreciation - is not due until the stock is sold and is taxed at capital gains rates. See the Glossary for the definitions of cost basis and in-kind.

For more information, see the Special Tax Notice Regarding Plan Payments in your quarterly statements. The Special Tax Notice Regarding Plan Payments is also available:

- Online
o Go to the Leadership & Talent Management (LTM) website and access the 401(k) Info Center site
o Visit Benefits OnLine® at www.benefits.ml.com
- By calling the the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative
- With quarterly participant statements

**Note:** It is important to consult with a professional tax advisor before taking any action.

⌐ Back to Top

*Updated January 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.

In Case of Your Death                                                                 Page 1 of 1

 **Leadership & Talent Management**                                      CLOSE ⊠

http://ltm.worldnet.ml.com/?id=6651_60668_63595_63840_64008

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  In Case of Your Death

# In Case of Your Death

If you die while working at Merrill Lynch, your beneficiary will receive the full value of your RAP and ESOP accounts, regardless of your years of service. If you die after you leave Merrill Lynch and have not yet received a distribution from your RAP and/or ESOP accounts, your beneficiary will receive the vested portion of your applicable accounts. For more information, see Your Beneficiary.

In general, your beneficiary may choose:

- Direct payment
- Transfer to his or her Merrill Lynch brokerage account.

If your beneficiary is your spouse, he or she may also choose to roll over all or a portion of the distribution directly to an IRA.

**Note:** A non-spousal beneficiary may also purchase an annuity for a minimum of $10,000 (in 2006) for all or a portion of the balance in the Retirement Program. This amount is subject to change annually.

**When Your Beneficiary Receives a Distribution**

There is a one-month processing period from the date of your death. Your accounts cannot be paid out during this processing period. See the *Glossary* for the definition of processing period.

The timing of your beneficiary's distribution depends on when the Employee Service Center at 866-654-7411 is notified of your death and when your beneficiary returns the completed Retirement Program Beneficiary Distribution Form.

Generally, the distribution is completed within two weeks; however, stock certificates require about six weeks.

**Note:** If your beneficiary doesn't return the completed distribution form **within six months** of the date of your death, the assets in your account will subsequently be sold and distributed to your beneficiary as cash.

**In This Chapter**

▸ Facts First

▸ Who Is Eligible

▸ When Participation Begins

▸ Your Beneficiary

▸ Vesting

▸ Retirement Program Contributions

▸ Investing Your RAP Account Balance

▸ ESOP Diversification

▸ Withdrawals

▸ Receiving a Distribution at Retirement or Termination

▸ **In Case of Your Death**

▸ Paying Taxes

▸ When Contributions End

▸ Life Events and Your Participation

▸ If You Work Outside the U.S.

▸ Administrative/Legal Information

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.



**Leadership & Talent Management**

CLOSE ⊠

http://ltm.worldnet.ml.com/?id=6651_60668_63595_63840_64007

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  Paying Taxes

# Paying Taxes

A withdrawal or a distribution is generally taxable to you as ordinary income if the withdrawal or the distribution is not rolled over. In addition to ordinary income tax, you generally pay an additional tax of 10% for a withdrawal or a distribution received before age 59½, unless:

- You leave at or after age 55, or
- The withdrawal or distribution is rolled over to your IRA or a tax-qualified retirement plan.

If a withdrawal or distribution is not directly rolled over to an IRA or a tax-qualified retirement plan, Merrill Lynch generally is required to withhold 20% of the taxable amount of the withdrawal or distribution for federal income taxes. You will not, however, be required to sell any Merrill Lynch common stock you are receiving in-kind to satisfy the 20% withholding requirement. See the *Glossary* for the definition of in-kind.

More information is contained in the *Special Tax Notice Regarding Plan Payments*, which outlines the potential tax consequences of withdrawals and distributions as well as any favorable tax treatment you might be eligible to take advantage of. For a copy, access the Retirement Program Info Center site on the Leadership & Talent Management (LTM) Website or call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

Before electing a withdrawal or distribution, you may want to speak with your personal tax advisor.

**If you work outside the U.S.,** some international employees are subject to special tax rules of the country where they are located. For more information, see *If You Work Outside the U.S.*

### Favorable Tax Treatment

If you receive a lump sum distribution, you may be eligible to take advantage of favorable tax treatment (e.g., net unrealized appreciation of Merrill Lynch common stock and/or 10-year averaging). A lump sum distribution is a distribution, within the same tax year, of all Merrill Lynch qualified plans (including qualified plans maintained by Merrill Lynch affiliates) that is distributed (including via a rollover) after you have reached age 59½ or because of retirement, termination or death.

For more information on favorable tax treatment for lump-sum distributions, see the *Special Tax Notice Regarding Plan Payments*. For a copy, access the Retirement Program Info Center site on the Leadership & Talent Management (LTM) Website or call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

### In This Chapter

- Facts First
- Who Is Eligible
- When Participation Begins
- Your Beneficiary
- Vesting
- Retirement Program Contributions
- Investing Your RAP Account Balance
- ESOP Diversification
- Withdrawals
- Receiving a Distribution at Retirement or Termination
- In Case of Your Death
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work Outside the U.S.
- Administrative/Legal Information



Paying Taxes

© Copyright 2007 Merrill Lynch & Co., Inc.

 Leadership & Talent Management

CLOSE ⊠

 http://ltm.worldnet.ml.com/?id=6651_60668_63595_63840_64006

LTM Homepage > Benefits FACTfinder > Retirement Program > When Contributions End

# When Contributions End

Contributions to your RAP and/or ESOP accounts end with the first pay period after the date that any of the following occurs:

- You become ineligible to receive contributions to the Retirement Program.
- You retire or terminate (and your eligible compensation stops).
- You die (and your eligible compensation stops).
- Merrill Lynch permanently discontinues contributions to participants' accounts under one or both of these plans (your account balance *in the applicable plan or plans* becomes 100% vested).
- Merrill Lynch terminates one or both of these plans or amends one or both of these plans to eliminate participation (your account balance *in the applicable plan or plans* becomes 100% vested).

See the *Glossary* for the definition of eligible compensation.

Your participation ends when you no longer have an account balance. However, as long as you have an account balance, you may continue to direct investments in your RAP account.

| In This Chapter |
|---|
| ► Facts First |
| ► Who Is Eligible |
| ► When Participation Begins |
| ► Your Beneficiary |
| ► Vesting |
| ► Retirement Program Contributions |
| ► Investing Your RAP Account Balance |
| ► ESOP Diversification |
| ► Withdrawals |
| ► Receiving a Distribution at Retirement or Termination |
| ► In Case of Your Death |
| ► Paying Taxes |
| ► **When Contributions End** |
| ► Life Events and Your Participation |
| ► If You Work Outside the U.S. |
| ► Administrative/Legal Information |

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.



 **Leadership & Talent Management**

CLOSE ⊠

http://ltm.worldnet.ml.com/?id=6651_60568_63595_63840_64005

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  Life Events and Your Participation

# Life Events and Your Participation

### *On This Page:*

- If You Legally Separate or Divorce
- If You Take a Leave of Absence
- If You Become Disabled
- If You Are Retired
- If You Become Ineligible for Retirement Program Contributions

## If You Legally Separate or Divorce

If you legally separate or divorce, your participation continues in the Retirement Program. However, in certain cases, your ex-spouse or legally separated spouse may be eligible for part or all of your vested account balance through a Qualified Domestic Relations Order (QDRO). See the *Glossary* for the definition of a Qualified Domestic Relations Order. When you legally separate or divorce, generally the following will apply:

- If you elected your ex-spouse or legally separated spouse as your beneficiary, that election remains in effect until you change it.
- If your ex-spouse or legally separated spouse was your beneficiary by default (because you did not elect a beneficiary), he or she will no longer be your beneficiary.
- If you do not elect a beneficiary, your beneficiary will generally default to your beneficiary for your Basic Group Life Insurance.

You must contact the Merrill Lynch QDRO Processing Center at 727-866-5917 and speak with a representative regarding any domestic relations order or potential division of assets relating to your legal separation or divorce. You cannot contact your manager or any other Merrill Lynch Service Center regarding domestic relations orders or potential division of assets relating to your legal separation or divorce.

⌃ Back to Top

## If You Take a Leave of Absence

The length of any approved leave of absence, whether paid or unpaid, counts towards service for determining your eligibility, vesting and the percentage of company contributions to your RAP and/or ESOP accounts. You may continue to direct the investments in your RAP account.

### Paid Leaves of Absence

Your participation is not affected during a paid leave of absence. Contributions to your RAP and/or ESOP accounts are based on the eligible compensation you receive during your paid leave. See the *Glossary* for the definition of eligible compensation.

---

### In This Chapter

- Facts First
- Who Is Eligible
- When Participation Begins
- Your Beneficiary
- Vesting
- Retirement Program Contributions
- Investing Your RAP Account Balance
- ESOP Diversification
- Withdrawals
- Receiving a Distribution at Retirement or Termination
- In Case of Your Death
- Paying Taxes
- When Contributions End
- Life Events and Your Participation
- If You Work Outside the U.S.
- Administrative/Legal Information

## Unpaid Leaves of Absence

Contributions to your RAP and/or ESOP accounts stop when your eligible compensation stops. Contributions automatically resume when you begin to receive eligible compensation.

▴ Back to Top

## If You Become Disabled

If you are eligible to receive payments under the Merrill Lynch Basic Long-Term Disability Plan:

- Contributions to your RAP and/or ESOP accounts continue while you are disabled. These contributions are based on your pre-disability eligible compensation (generally the amount of your eligible compensation in the calendar year preceding the year you become disabled). See the *Glossary* for the definition of eligible compensation.
- The time you are eligible to receive payments from the Basic Long-Term Disability Plan counts toward the one-year-of-service requirement and determines the percentage of company contributions to your RAP and/or ESOP accounts.
- Your RAP and/or ESOP account balances automatically become 100% vested.
- You may continue to direct the investments in your RAP account.

If you return to full-time work at Merrill Lynch, contributions to your accounts will be based on your current eligible compensation.

If you are eligible to receive partial disability payments under the Basic Long-Term Disability Plan and return to work at Merrill Lynch, contributions to your RAP and/or ESOP accounts are based on your pre-disability eligible compensation, plus any eligible compensation you earn when you return to work. If you are eligible to receive partial disability payments under the Basic Long-Term Disability Plan and return to work for another employer, contributions to your RAP and/or ESOP accounts continue to be based on your pre-disability eligible compensation.

If you are no longer eligible to receive payments under the Basic Long-Term Disability Plan and do not return to work at Merrill Lynch, you can elect to receive a distribution from your Retirement Program accounts when you retire or terminate.

▴ Back to Top

## If You Are Rehired

If you leave Merrill Lynch and are rehired, all prior Merrill Lynch service counts toward determining your eligibility, vesting and the percentage of company contributions to your RAP and/or ESOP accounts. If you are rehired within one year of leaving, the length of time you were gone also counts toward determining your eligibility, vesting and the percentage of company contributions to your RAP and/or ESOP accounts.

If you are rehired and previously met the eligibility requirements for the Retirement Program, contributions to your RAP and/or ESOP accounts resume automatically and will be made retroactive to your rehire date.

If you return to Merrill Lynch within seven years of termination, any dollar amount forfeited in your RAP and/or ESOP accounts will be reinstated. If you are re-employed after seven years, any forfeited dollar amount will not be reinstated. If you had an account balance in a plan that was merged into the Merrill Lynch RAP and/or ESOP, you will need to contact the Employee Service Center at 866-654-7411 **within six months** of your rehire date to request the reinstatement of forfeitures.

▴ Back to Top

## If You Become Ineligible for Retirement Program Contributions

If you become ineligible to receive Retirement Program contributions:

- Contributions to your accounts stop.
- All Merrill Lynch service continues to count toward determining your eligibility, vesting and the percentage of company contributions to your RAP and/or ESOP accounts.
- You may continue to direct investments in your RAP account.

If you become eligible for contributions at a later date, Retirement Program contributions begin automatically.

▲ Back to Top

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

© Copyright 2007 Merrill Lynch & Co., Inc.



Leadership & Talent
Management

CLOSE ⊠ 

http://ltm.worldnet.ml.com/?id=6651_60668_63595_63840_64004

LTM Homepage  >  Benefits FACTfinder  >  Retirement Program  >  If You Work Outside the U.S.

# If You Work Outside the U.S.

*On This Page:*

- Will Merrill Lynch Contributions in Your Retirement Program Accounts Be Subject to Local Taxes?
- Will Investment Earnings in Your Retirement Program Accounts Be Subject to Local Taxes Annually?
- Will the Withdrawal/Distribution of Merrill Lynch Contributions Be Subject to Local Taxes?
- Will the Withdrawal/Distribution of Investment Earnings in Your Retirement Program Accounts Be Subject to Local Taxes?

| In This Chapter |
| --- |
| ‣ Facts First |
| ‣ Who Is Eligible |
| ‣ When Participation Begins |
| ‣ Your Beneficiary |
| ‣ Vesting |
| ‣ Retirement Program Contributions |
| ‣ Investing Your RAP Account Balance |
| ‣ ESOP Diversification |
| ‣ Withdrawals |
| ‣ Receiving a Distribution at Retirement or Termination |
| ‣ In Case of Your Death |
| ‣ Paying Taxes |
| ‣ When Contributions End |
| ‣ Life Events and Your Participation |
| ‣ If You Work Outside the U.S. |
| ‣ Administrative/Legal Information |

The following chart provides general guidelines and information to employees working outside the U.S. For the purposes of this chart, it is assumed that your assignment is temporary and ends in less than five years, and that you have not applied for permanent residence in your host country. Please also refer to the footnotes immediately following each table where applicable. Depending upon your host country location, there may be restrictions on withdrawals in order to satisfy local requirements or treaty requirements. The description of the tax rules in the following chart takes into account local tax rules and income tax treaty provisions, as they exist on the date of analysis. These laws and provisions are subject to change retroactively and/or prospectively and any such change could affect the validity of the conclusions reached.

It is suggested that you consult your personal tax advisor to determine the applicability or interpretation of foreign tax laws relevant to your particular facts and circumstances before undertaking any significant tax initiatives.

If you participate in the Retirement Program while you work outside the U.S., foreign law may also limit the availability of certain plan features. If you have any questions about your Retirement Program accounts, please call the Merrill Lynch Employee Retirement Savings Center at 800-MER-401K to speak with a representative. Representatives are available 7:00 am to 8:00 pm Eastern time any business day the New York Stock Exchange is open. If you are outside the U.S., call 609-818-8817 collect to speak with a representative.

**Note:** The information in the chart on the following pages is in addition to any rules under the Retirement Program for U.S. employees.

Will Merrill Lynch Contributions in Your Retirement Program Accounts Be Subject to Local Taxes?

| If You Work In | Merrill Lynch Contributions (When Invested In Your Retirement Program Account) |
| --- | --- |
| Argentina | Yes |
| Australia | No |

If You Work Outside the U.S.                                                                          Page 2 of 5

| | |
|---|---|
| Bahrain and Dubai | No |
| Brazil | No |
| Canada | No |
| Chile | Yes |
| Hong Kong | No |
| India | Yes |
| Indonesia | No |
| Ireland | No |
| Italy | Yes |
| Japan | Yes |
| Korea | No |
| Luxembourg | Yes |
| Mexico | No |
| Monaco | No |
| Netherlands | Yes |
| Russia | Yes |
| Singapore | Yes |
| South Africa | No |
| Switzerland | No |
| Taiwan | No |
| United Kingdom | No |

*Canada: Employer contributions to a retirement plan generally fall under the Retirement Compensation Arrangement ("RCA") rules which result in reporting requirements to be compiled with and a 50% refundable tax withholding on all employer contributions. However, if an employee was a member of the plan prior to establishing Canadian residency, employer contributions will not be subject to the RCA rules as long as a pension adjustment is reported for the first 5 years. After 5 years, an election is required to ensure that the plan is not subject to the RCA rules. A pension adjustment should continue to be reported.*

⌃ Back to Top

**Will Investment Earnings in Your Retirement Program Accounts Be Subject to Local Taxes Annually?**

| If You Work In | Investment Earnings On Your Retirement Program Accounts |
|---|---|
| Argentina | No |
| Australia | No |
| Bahrain and Dubai | No |

If You Work Outside the U.S.

| | |
|---|---|
| Brazil | No |
| Canada | No |
| Chile | No |
| Hong Kong | No |
| India | Yes |
| Indonesia | No |
| Ireland | No |
| Italy | No |
| Japan | No |
| Korea | No |
| Luxembourg | No |
| Mexico | No |
| Monaco | No |
| Netherlands | No |
| Russia | No |
| Singapore | No |
| South Africa | No |
| Switzerland | No |
| Taiwan | No |
| United Kingdom | No |

**Chile:** *For up to 3 years.*

**Mexico:** *Interest earned by the employer contributions should not be subject to Mexican Income Tax as long as the contributions are not vested.*

▲ Back to Top

**Will the Withdrawal/Distribution of Merrill Lynch Contributions Be Subject to Local Taxes?**

| If You Work In | Merrill Lynch Contributions To Your Retirement Program Accounts |
|---|---|
| Argentina | Yes |
| Australia | No |
| Bahrain and Dubai | No |
| Brazil | Yes |
| Canada | Yes |

| Chile | No |
|---|---|
| Hong Kong | Yes |
| India | No |
| Indonesia | No |
| Ireland | No |
| Italy | No |
| Japan | No |
| Korea | No |
| Luxembourg | No |
| Mexico | No |
| Monaco | No |
| Netherlands | No |
| Russia | No |
| Singapore | No |
| South Africa | No |
| Switzerland | No |
| Taiwan | No |
| United Kingdom | No |

⌐ Back to Top

**Will the Withdrawal/Distribution of Investment Earnings in Your Retirement Program Accounts Be Subject to Local Taxes?**

| If You Work In | Merrill Lynch Contributions To Your Retirement Program Accounts |
|---|---|
| Argentina | No |
| Australia | No |
| Bahrain and Dubai | No |
| Brazil | Yes |
| Canada | Yes |
| Chile | No |
| Hong Kong | No |
| India | No |
| Indonesia | Yes |

| Ireland | No |
|---|---|
| Italy | Yes |
| Japan | No |
| Korea | No |
| Luxembourg | No |
| Mexico | No |
| Monaco | No |
| Netherlands | No |
| Russia | Yes |
| Singapore | No |
| South Africa | No |
| Switzerland | Yes |
| Taiwan | No |
| United Kingdom | No |

***Chile:*** *For up to 3 years.*

↟ Back to Top

*26 NOVEMBER 2001 EDITION, UPDATED JANUARY 2007*

test
© Copyright 2007 Merrill Lynch & Co., Inc.