WEIL, GOTSHAL & MANGES, LLP
Joseph S. Allerhand
Jonathan D. Polkes
Erin J. Law
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant Gregory J. Fleming

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION : | Master File No.: 07-CV-9633 (LBS)(AJP)(DFE) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | **ECF Case** |
| This Document Relates to: : Securities Action, 07cv9633(LBS)(AJP)(DFE) : | **Electronically Filed** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

### NOTICE OF MOTION OF DEFENDANT GREGORY J. FLEMING TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Consolidated Amended Class Action Complaint in the above-captioned action; the Memorandum of Law in Support of The Motion of Defendant Gregory J. Fleming to Dismiss the Consolidated Amended Class Action Complaint; the Memorandum of Law in Support of The Motion of Defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I, Merrill Lynch Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner & Smith Incorporated to Dismiss the Consolidated Amended Class Action Complaint and to Strike Certain Allegations; the July 21, 2008 Declaration of Jay B. Kasner, and all prior papers and proceedings herein, defendant Gregory J. Fleming will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the

Court, for an Order: (a) dismissing the Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 21, 2008

    /s/ Joseph S. Allerhand
Joseph S. Allerhand
Jonathan D. Polkes
Erin J. Law
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant Gregory J. Fleming

To:

| | |
|---|---|
| Robert N. Kaplan<br>Frederic S. Fox<br>Donald R. Hall<br>Joel B. Strauss<br>Jeffrey P. Campisi<br>Aviah Cohen Pierson<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Phone: (212) 687-1980<br>Fax: (212) 687-7714<br><br>Attorneys for Plaintiffs | Merrill G. Davidoff<br>Lawrence J. Lederer<br>Arthur Stock<br>Lane Vines<br>Jon Lambiras<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Phone: (215) 875-3000<br>Fax: (215) 875-4604<br><br>Attorneys for Plaintiffs |
| M. Richard Komins<br>Jeffrey A. Barrack<br>Robert A. Hoffman<br>Beth T. Seltzer<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-0600<br>Fax: (215) 963-0838<br><br>Attorneys for Plaintiffs | Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>Attorneys for Defendants Merrill Lynch Merrill Lynch Capital Trust I, Merrill Lynch, Capital Trust II, Merrill Lynch Capital Trust III, and Merrill Lynch, Pierce, Fenner & Smith , Incorporated |
| Michael Chepiga<br>Paul Curnin<br>Zachary Feingold<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 455-20000<br>Fax: (212) 455-2502<br><br>Attorneys for Defendant E. Stanley O'Neal | James N. Benedict<br>George Canellos<br>Andrew Robertson<br>MILBANK TWEED HADLEY & McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Phone: (212) 530-5000<br>Fax: (212) 530-5219<br><br>Attorneys for Defendant Ahmass Fakahany |

Michael R. Young
Richard Bernstein
Mei Lin Kwan-Gett
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
Phone:  (212) 728-8000
Fax:  (212) 728-8111

Attorneys for Defendant Jeffrey Edwards

George Schieren
Mark Holland
Clifford Chance
31 West 52nd Street
New York
New York, New York  10019
Phone (212) 878-8000
Fax:  (212) 878-8375

Attorneys for Defendants Citigroup Global Markets, Morgan Stanley & Co., UBS Securities and Wachovia Capital Services

Charles Davidow
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Phone 212-373-3000
Fax 212-757-3990

Attorneys for Defendant Deloitte & Touche LLP