## **CERTIFICATE OF SERVICE**

I, Emily L. Katz, hereby certify that on July 21, 2008, I caused the foregoing NOTICE OF MOTION OF DEFENDANT GREGORY J. FLEMING TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF DEFENDANT GREGORY J. FLEMING TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT to be filed electronically with the Clerk of the Court using the ECF system, which will automatically send email notifications of such filings to all registered parties. I also certify that on July 21, 2008 I served the same via Federal Express upon:

| | |
|---|---|
| Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York  10036<br>(212) 735-3000 | Michael Chepiga<br>Paul Curnin<br>Zachary Feingold<br>SIMPSON THACHER & BARTLETT<br>LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>Phone:  (212) 455-20000<br>Fax:  (212) 455-2502 |
| Attorneys for Defendants Merrill Lynch Merrill Lynch Capital Trust I, Merrill Lynch, Capital Trust II, Merrill Lynch Capital Trust III, and Merrill Lynch, Pierce, Fenner & Smith , Incorporated | Attorneys for Defendant E. Stanley O'Neal |
| James N. Benedict<br>George Canellos<br>Andrew Robertson<br>MILBANK TWEED HADLEY &<br>McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, New York  10005<br>Phone:  (212) 530-5000<br>Fax:  (212) 530-5219 | Michael R. Young<br>Richard Bernstein<br>Mei Lin Kwan-Gett<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York  10019<br>Phone:  (212) 728-8000<br>Fax:  (212) 728-8111 |
| Attorneys for Defendant Ahmass Fakahany | Attorneys for Defendant Jeffrey Edwards |

George Schieren
Mark Holland
Clifford Chance
31 West 52nd Street
New York
New York, New York  10019
Phone (212) 878-8000
Fax:  (212) 878-8375

Attorneys for Defendants Citigroup Global Markets, Morgan Stanley & Co., UBS Securities and Wachovia Capital Services

_____
Emily L. Katz