UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION : | Master File No.: 07-CV-9633(LBS)(AJP)(DFE) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This Document Relates to:  :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN THE MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF DEFENDANT JEFFREY N. EDWARDS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

WILLKIE FARR & GALLAGHER LLP
Richard D. Bernstein
Michael R. Young
Mei Lin Kwan-Gett
Frank M. Scaduto
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

Attorneys for Defendant Jeffrey N. Edwards

**CASES**[1]                                                                                                               Tab

Glickman v. Alexander & Alexander Servs., Inc., No. 93-7594, 1996 U.S. Dist.
    LEXIS 2325 (S.D.N.Y. Feb. 29, 1996) ................................................................... 1

Hampshire Equity Partners II, L.P. v. Teradyne, Inc., No. 04-3318, 2005 U.S. Dist.
    LEXIS 5261 (S.D.N.Y. Mar. 30, 2005), aff'd 159 F. App'x. 317 (2d Cir. 2005) ............ 2

Lilley v. Charren, 17 F. App'x 603 (9th Cir. 2001) ................................................................ 3

In re Nokia Corp. Sec. Litig., No. 96-3752, 1998 U.S. Dist. LEXIS 4100
    (S.D.N.Y. Apr. 1, 1998) ......................................................................................... 4

In re USF&G Corp. Sec. Litig., No. B-90-2928, 1993 U.S. Dist. LEXIS 10064
    (D. Md. Feb. 11, 1993) .......................................................................................... 5

---

[1]  This compendium contains only those unreported decisions cited in the memorandum of law in support of Mr. Edwards's motion to dismiss that are not otherwise contained in the compendium separately filed by the Merrill Defendants in support of their motion to dismiss.