SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
Joanne Gaboriault
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch & Co., Inc.,
Merrill Lynch Capital Trust I, Merrill Lynch Capital
Trust II, Merrill Lynch Capital Trust III and
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MERRILL LYNCH & CO., INC.    :    Master File No.:
SECURITIES, DERIVATIVE AND ERISA  :    07cv9633 (LBS)(AJP)(DFE)
LITIGATION    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    **ECF Case**
This Document Relates to:    :
Securities Action, 07cv9633(LBS)(AJP)(DFE)  :    **Electronically Filed**
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- x


### NOTICE OF MOTION OF DEFENDANTS MERRILL LYNCH & CO., INC., MERRILL LYNCH CAPITAL TRUST I, MERRILL LYNCH CAPITAL TRUST II, MERRILL LYNCH CAPITAL TRUST III AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND TO STRIKE CERTAIN ALLEGATIONS

PLEASE TAKE NOTICE that, upon the annexed Consolidated Amended Class

Action Complaint in the above-captioned action; the Memorandum of Law in Support of The

Motion of Defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I, Merrill Lynch

Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner & Smith

Incorporated to Dismiss the Consolidated Amended Class Action Complaint and to Strike Certain

Allegations; the accompanying Declaration of Jay B. Kasner, dated July 18, 2008; and all prior

papers and proceedings herein, defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I,

Merrill Lynch Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner &

Smith will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York  10007, on a date and at a time

designated by the Court, for an Order:  (a) dismissing the Consolidated Amended Complaint with

prejudice pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b), and the Private Securities

Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); (b) striking paragraphs 104-107, 121-123,

140, 168-184, 238(d), 264(c), 268(c), (d), 280(d), 290(d), 297(c), (d) and (f), 308, 311, 317 and 336

of the Consolidated Amended Complaint pursuant to Fed. R. Civ. P. 12(f); and (c) for such other and

further relief as this Court may deem just and proper.

Dated: New York, New York
       July 21, 2008

                                        _____/s/ Jay B. Kasner_____
Jay B. Kasner (jay.kasner@skadden.com)
Christopher P. Malloy (christopher.malloy@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
Joanne Gaboriault (joanne.gaboriault@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-3000

Attorneys for Defendants
  Merrill Lynch & Co., Inc.,
  Merrill Lynch Capital Trust I,
  Merrill Lynch Capital Trust II,
  Merrill Lynch Capital Trust III and
  Merrill Lynch, Pierce, Fenner &
  Smith Incorporated

To:

Robert N. Kaplan
Frederic S. Fox
Donald R. Hall
Joel B. Strauss
Jeffrey P. Campisi
Aviah Cohen Pierson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York  10022
Phone:  (212) 687-1980
Fax:  (212) 687-7714

Attorneys for Plaintiffs

M. Richard Komins
Jeffrey A. Barrack
Robert A. Hoffman
Beth T. Seltzer
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Phone:  (215) 963-0600
Fax:  (215) 963-0838

Attorneys for Plaintiffs

Michael R. Young
Richard Bernstein
Mei Lin Kwan-Gett
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
Phone:  (212) 728-8000
Fax:  (212) 728-8111

Attorneys for Defendant Jeffrey Edwards

Merrill G. Davidoff
Lawrence J. Lederer
Arthur Stock
Lane Vines
Jon Lambiras
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Phone:  (215) 875-3000
Fax:  (215) 875-4604

Attorneys for Plaintiffs

Michael Chepiga
Paul Curnin
Zachary Feingold
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Phone:  (212) 455-20000
Fax:  (212) 455-2502

Attorneys for Defendant E. Stanley O'Neal

James N. Benedict
George Canellos
Andrew Robertson
MILBANK TWEED HADLEY & McCLOY
LLP
One Chase Manhattan Plaza
New York, New York  10005
Phone:  (212) 530-5000
Fax:  (212) 530-5219

Attorneys for Defendant Ahmass Fakahany

Joseph S. Allerhand
Jonathan D. Polkes
Erin J. Law
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Phone:  (212) 310-8000
Fax:  (212) 310-8007

Attorneys for Defendant Greg Fleming

George Schieren
Mark Holland
Clifford Chance
31 West 52nd Street
New York
New York, New York  10019
Phone (212) 878-8000
Fax:  (212) 878-8375

Attorneys for Defendants Citigroup Global
Markets, Morgan Stanley & Co., UBS Securities
and Wachovia Capital Services

Brad Karp
Charles Davidow
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Phone:  (212) 373-3000
Fax:  (212) 757-3990

Attorneys for Defendant Deloitte & Touche LLP