UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. : <br> SECURITIES, DERIVATIVE AND ERISA : <br> LITIGATION : | Master File No.: <br> 07-CV-9633 (LBS)(AJP)(DFE) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates to:                                :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
Derivative Action, 07cv9696(LBS)(AJP)(DFE) :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION PRO HAC VICE OF RICHARD D. BERNSTEIN

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Affidavit, I, Mei Lin Kwan-Gett, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice, as counsel for Defendant Jeffrey N. Edwards, of:

> Richard D. Bernstein
> Willkie Farr & Gallagher LLP
> 1875 K Street, NW
> Washington, DC 20006
> (202) 303-1000 (Phone)
> (202) 303-2000 (Fax)
> rbernstein@willkie.com

As set forth in the accompanying Affidavit, Mr. Bernstein is a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against him in any State or Federal court.

Dated: July 22, 2008
New York, New York

Respectfully submitted,

*/s/ Mei Lin Kwan-Gett*
Mei Lin Kwan-Gett
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111
mkwangett@willkie.com
Attorney for Defendant Jeffrey N. Edwards

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MERRILL LYNCH & CO., INC.         :   Master File No.:
SECURITIES, DERIVATIVE AND ERISA        :   07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates to:               :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
Derivative Action, 07cv9696(LBS)(AJP)(DFE) :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                     )   SS:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF MEI LIN KWAN-GETT IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE OF RICHARD D. BERNSTEIN

MEI LIN KWAN-GETT, being duly sworn, hereby deposes and says as follows:

1. I am a member of Willkie Farr & Gallagher LLP, counsel for Defendant Jeffrey N. Edwards in the above-captioned consolidated litigation. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Mr. Edwards's Motion for Admission Pro Hac Vice of Richard D. Bernstein.

2. I am a member of good standing of the Bar of the State of New York, and was admitted to practice law on October 28, 2003. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Bernstein since 2007.

4. Mr. Bernstein is a member of Willkie Farr & Gallagher LLP in Washington, D.C.

5. Mr. Bernstein is a member in good standing of the Bar of the District of Columbia. Attached as Exhibit A is a certificate of good standing from that Bar.

6. I have found Mr. Bernstein to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move for the admission pro hac vice of Mr. Bernstein.

8.  I respectfully submit a proposed order granting the admission <u>pro hac vice</u> of Mr. Bernstein, attached as Exhibit B.

WHEREFORE, I respectfully request that the Court grant the Motion for Admission Pro Hac Vice of Richard D. Bernstein, to represent Defendant Jeffrey N. Edwards in the above-captioned consolidated litigation.

Dated: July 22, 2008
      New York, New York

Respectfully submitted,

_____
Mei Lin Kwan-Gett
mkwangett@willkie.com

Sworn to and subscribed before me this 22 day of July 2008

_____
Notary Public

LAUREN S. KESSLER
Notary Public, State of New York
No. 01KE6175913
Qualified in New York County
Commission Expires Oct. 22, 2011



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RICHARD D. BERNSTEIN

was on the 5TH day of DECEMBER, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE MERRILL LYNCH & CO., INC.      :   Master File No.:
SECURITIES, DERIVATIVE AND ERISA     :   07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                           :
------------------------------------x
This Document Relates to:                :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
Derivative Action, 07cv9696(LBS)(AJP)(DFE) :
------------------------------------x

### ORDER FOR ADMISSION PRO HAC VICE OF RICHARD D. BERNSTEIN

Upon the Motion of Mei Lin Kwan-Gett, counsel for Defendant Jeffrey N. Edwards, and the Affidavit of Mei Lin Kwan-Gett in Support of the Motion, **IT IS HEREBY ORDERED** that

> Richard D. Bernstein
> Willkie Farr & Gallagher LLP
> 1875 K Street, NW
> Washington, DC  20006
> (202) 303-1000 (Phone)
> (202) 303-2000 (Fax)
> rbernstein@willkie.com

is admitted to practice pro hac vice as counsel for Defendant Jeffrey N. Edwards in the above-captioned consolidated litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MERRILL LYNCH & CO., INC.        :   Master File No.:
SECURITIES, DERIVATIVE AND ERISA       :   07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                             :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates to:              :
Securities Action, 07cv9633(LBS)(AJP)(DFE) :
Derivative Action, 07cv9696(LBS)(AJP)(DFE) :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Frank M. Scaduto, hereby certify that on July 22, 2008, I served the Motion for Admission Pro Hac Vice of Richard D. Bernstein and the accompanying Affidavit of Mei Lin Kwan-Gett in Support of the Motion for Admission Pro Hac Vice of Richard D. Bernstein on counsel for all parties listed below by first-class mail, consistent with paragraph 10 of the Amended Consolidation Order of April 9, 2008, requiring service on only one law firm for each of Co-Lead Counsel in the Securities Action and the Plaintiffs' Executive Committee in the Derivative Action.

_____
Frank M. Scaduto, Esq.

Dated: July 22, 2008
       New York, New York

TO:

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York  10022
Phone:  (212) 687-1980
Fax:  (212) 687-7714
*Attorneys for Securities Action Plaintiffs*

David A.P. Brower
BROWER PIVEN
488 Madison Avenue, 8th Floor
New York, New York  10022
Phone:  (212) 501-9000
Fax:  (212) 501-0300
*Attorneys for Derivative Action Plaintiffs*


Jay B. Kasner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone:  (212) 735-3000
Fax:  (212) 735-2000
*Attorneys for Defendants Merrill Lynch & Co., Inc., Merrill Lynch Capital Trust I, Merrill Lynch Capital Trust II, Merrill Lynch Capital Trust III and Merrill Lynch, Pierce, Fenner & Smith Incorporated*


Michael J. Chepiga
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Phone:  (212) 455-2000
Fax:  (212) 455-2502
*Attorneys for Defendant E. Stanley O'Neal*


James N. Benedict
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York  10005
Phone:  (212) 530-5000
Fax:  (212) 530-5219
*Attorneys for Defendant Ahmass Fakahany*


Joseph F. Allerhand
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Phone:  (212) 310-8000
Fax:  (212) 310-8007
*Attorneys for Defendant Greg Fleming*

Brad Scott Karp
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 373-3000
Fax: (212) 757-3990
*Attorneys for Defendant Deloitte & Touche LLP*


George Schieren
CLIFFORD CHANCE
31 West 52nd Street
New York, New York 10019
Phone: (212) 878-8000
Fax: (212) 878-8375
*Attorneys for Defendants Citigroup Global Markets, Morgan Stanley & Co., UBS Securities and Wachovia Capital Services*


Dennis J. Block
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Phone: (212) 504-6000
Fax: (212) 504-6666
*Attorneys for Defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti*