UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
IN RE MERRILL LYNCH & CO., INC.
SECURITIES, DERIVATIVE AND ERISA
LITIGATION

Master File No.:
07 cv 9633 (LBS) (AJP) (DFE)

This Document Relates To:  All Actions

----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul C. Curnin, a partner with the law firm of Simpson Thacher & Bartlett LLP, hereby enters his appearance as counsel for Defendant E. Stanley O'Neal in the above-captioned action.  Mr. Curnin is admitted to practice in this Court.

Dated: New York, New York
       July 30, 2008

SIMPSON THACHER & BARTLETT LLP

By:      /s/ Paul C. Curnin
Michael J. Chepiga (mchepiga@stblaw.com)
Paul C. Curnin (pcurnin@stblaw.com)
Jason S. Stone (jstone@stblaw.com)
Sarah L. Dunn (sdunn@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

*Attorneys for Defendant E. Stanley O'Neal*