UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
IN RE MERRILL LYNCH & CO., INC.   ::
SECURITIES, DERIVATIVE AND ERISA  ::
LITIGATION                        ::
                                  ::  Master File No.:
                                  ::  07 cv 9633 (LBS) (AJP) (DFE)
                                  ::
This Document Relates To: All Actions  ::
                                  ::
                                  ::
                                  ::
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah L. Dunn, an associate with the law firm of Simpson Thacher & Bartlett LLP, hereby enters her appearance as counsel for Defendant E. Stanley O'Neal in the above-captioned action. Ms. Dunn is admitted to practice in this Court.

Dated: New York, New York
       July 30, 2008

SIMPSON THACHER & BARTLETT LLP

**By:**    /s/ Sarah L. Dunn
Michael J. Chepiga (mchepiga@stblaw.com)
Paul C. Curnin (pcurnin@stblaw.com)
Jason S. Stone (jstone@stblaw.com)
Sarah L. Dunn (sdunn@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant E. Stanley O'Neal*