SAND/5

MEMO ENDORSED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No. 07cv9633 (LBS)(AJP)(DFE) |
| | MDL No. 1933 |
| This Document Relates To: Securities Actions | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

## NOTICE OF VOLUNTARY DISMISSAL

Lead Plaintiff State Teachers' Retirement System of Ohio ("Lead Plaintiff") hereby voluntarily dismisses Citigroup Global Markets, Morgan Stanley & Co., UBS Securities, and Wachovia Capital Services (collectively, the "Underwriters") as defendants in this litigation without prejudice in accordance with the agreement of the parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 28, 2008
New York, New York

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: _____
Robert N. Kaplan
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Jeffrey P. Campisi
Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

So ordered
/s/ Sand
USDJ
8/5/08

**MEMO ENDORSED**

BERGER & MONTAGUE, P.C.

By: _____ (by FSP)
Merrill G. Davidoff
Lawrence J. Lederer
Arthur Stock
Lane Vines
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

BARRACK, RODOS & BACINE

By: _____ (by FSP)
M. Richard Komins
Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Co-Lead Counsel for the State Teachers'
Retirement System of Ohio and the Proposed Class*

CLIFFORD CHANCE

By: _____
George Schieren
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

*Counsel for Citigroup Global Markets, Morgan Stanley &
Co., UBS Securities and Wachovia Capital Services*

malts437744

2

MEMO ENDORSED