UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MERRILL LYNCH & CO, INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No. 07cv9633 (LBS)(AJP)(DFE) |

---

| | |
|---|---|
| **This Document Relates to:** | |
| Derivative Action 07cv9696(LBS)(AJP)(DFE) and N.A. Lambrecht v. O'Neal et al 08cv6582 (LBS)(AJP)(DFE) | Civil Action No. 08cv6582 (LBS)(AJP)(DFE) |

_____

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Jonathan W. Cuneo, Esquire of Cuneo Gilbert & LaDuca, LLP, 507 C Street, NE, Washington, DC 20002, hereby enters his appearance as counsel for Plaintiff N.A. Lambrecht in the above captioned actions. All future pleadings should be served upon Cuneo Gilbert & LaDuca LLP at the above referenced address.

Dated: August 8, 2008              Respectfully Submitted

                                                      /s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Facsimile: 202-789-1813
Email: jonc@cuneolaw.com

*Counsel for N.A. Lambrecht*

# **CORRECTED[1] CERTIFICATE OF SERVICE**

I, William H. Anderson, certify that on August 14, 2008, I served through the Court's ECF system in Master File No. 07-cv-9633 the foregoing Notice of Appearance of Counsel Jonathan W. Cuneo for Plaintiff N.A. Lambrecht upon all counsel registered with that system.

    /s/ William H. Anderson
William H. Anderson

---

[1] Plaintiff was unable to serve the foregoing document on August 8, 2008, as anticipated at the time the original certificate of service was drafted and filed in 08-cv-6582 because the case association between Plaintiff's case (08-cv-6582) and the Master File (07-cv-9633) had not yet been made. As a result, Plaintiff's name was not on the Master File and counsel could not file documents in that case. Nonetheless, Plaintiff sent copies of the August 8, 2008, filing to Judge Sand's Chambers via FedEx on August 8, 2008. After multiple communications with the Clerk's office each business day since August 8, 2008, Plaintiff Lambrecht was added as a Plaintiff on the Master File case August 14, 2008, at approximately 10 AM.