UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re MERRILL LYNCH & CO, INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION** | **Master File No.** 07cv9633 (LBS)(AJP)(DFE) |

**This Document Relates to:**

| | |
|---|---|
| **Derivative Action** 07cv9696(LBS)(AJP)(DFE) and **N.A. Lambrecht v. O'Neal et al** 08cv6582 (LBS)(AJP)(DFE) | **Civil Action No.** 08cv6582 (LBS)(AJP)(DFE) |

_____

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Richard D. Greenfield, Esquire of Greenfield & Goodman LLC, 780 Third Avenue, 48th Floor, New York, NY 10017, hereby enters his appearance as counsel for Plaintiff N.A. Lambrecht in the above captioned actions. All future pleadings should be served upon Greenfield and Goodman LLC at the above referenced address.

Dated: August 8, 2008                                  Respectfully Submitted


                                                                    /s/ Jonathan W. Cuneo
                                                       Richard D. Greenfield
                                                       GREENFIELD & GOODMAN LLC
                                                       780 Third Avenue
                                                       48th Floor
                                                       New York, NY 10017
                                                       Phone: 410-320-5931
                                                       Facsimile: 410-822-5129
                                                       Email **whitehatrdg@earthlink.net**


                                                       *Counsel for N.A. Lambrecht*

# CORRECTED[1] CERTIFICATE OF SERVICE

I, William H. Anderson, certify that on August 14, 2008, I served through the Court's ECF system in Master File No. 07-cv-9633 the foregoing Notice of Appearance of Counsel Richard D. Greenfield for Plaintiff N.A. Lambrecht upon all counsel registered with that system.

                                      /s/ William H. Anderson
                                      William H. Anderson

---

[1] Plaintiff was unable to serve the foregoing document on August 8, 2008, as anticipated at the time the original certificate of service was drafted and filed in 08-cv-6582 because the case association between Plaintiff's case (08-cv-6582) and the Master File (07-cv-9633) had not yet been made.  As a result, Plaintiff's name was not on the Master File and counsel could not file documents in that case.  Nonetheless, Plaintiff sent copies of the August 8, 2008, filing to Judge Sand's Chambers via FedEx on August 8, 2008.  After multiple communications with the Clerk's office each business day since August 8, 2008, Plaintiff Lambrecht was added as a Plaintiff on the Master File case August 14, 2008, at approximately 10 AM.