UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No.: 07cv9633 (LBS)(AJP)(DFE) |
| This Document Relates To: ERISA ACTION | Case No.: 07-CV-10268 (LBS)(AJP)(DFE) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Marc I. Machiz, counsel for movants Carl Esposito, Barbara Boland, Anna Molin, Alan Maltzman and Mary Gidaro, has changed his address, telephone number and facsimile number as follows:

> Marc I. Machiz
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 255 S. 17th Street, Suite 1307
> Philadelphia, PA  19103
> Telephone:  267-773-4682
> Facsimile:  267-773-4690
> Email:  mmachiz@cmht.com

Dated: September 12, 2008

> Respectfully submitted,
>
> _____/s/_____
> Marc I. Machiz (admitted pro hac vice)
> **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
> 255 S. 17th Street, Suite 1307
> Philadelphia, PA  19103
> Telephone:  267-773-4682
> Facsimile:  267-773-4690'
> Email:  mmachiz@cmht.com
>
> *Counsel for Movants Carl Esposito, Barbara Boland, Anna Molin, Alan Maltzman and Mary Gidaro*