

RECEIVED
... 1? 2008
CHAMBERS OF
DOUGLAS F. EATON
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION. | Master File No.: 07-CV-9633 (LBS)(DFE) <br><br> **CLASS ACTION** |
| This Document Relates To:<br>ERISA ACTION | Case No.: 07-CV-10268 (LBS)(DFE) |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

WHEREAS on May 21, 2008, the ERISA Plaintiffs filed their Consolidated Amended Complaint;

WHEREAS pursuant to an endorsed memo dated July 16, 2008, the Defendants filed a motion to dismiss on July 21, 2008, and the ERISA Plaintiffs were to file an opposition brief on September 19, 2008;

WHEREAS the ERISA Plaintiffs wish to supplement their Consolidated Amended Complaint as set forth in the attached proposed supplemental consolidated amended complaint (the "Supplemental Complaint") pursuant to Rule 15(d) of the Federal Rules of Civil Procedure;

WHEREAS the Defendants have consented to the filing of the Supplemental Complaint without waiving any arguments or defenses; and

381801_1.DOC

USDC SDNY
DATE SCANNED 9/19/08 HJ

WHEREAS the undersigned parties have agreed to a revised schedule for briefing the Defendants' motion to dismiss, so that the briefing submitted with respect to the motion addresses the Supplemental Complaint.

THEREFORE the undersigned parties hereby STIPULATE AND AGREE as follows:

1. By no later than two business days after entry of this Order, the ERISA Plaintiffs shall file the Supplemental Complaint;

2. By no later than September 26, 2008, Defendants shall file a motion to dismiss the Supplemental Complaint ("Defendants' Motion"). The memorandum of law in support of Defendants' Motion shall be no more than sixty (60) pages;

3. Defendants' Motion and supporting memorandum of law will supersede Defendants' motion to dismiss and supporting papers filed on July 21, 2008;

4. By no later than October 6, 2008, the ERISA Plaintiffs shall file their memorandum of law in opposition to Defendants' Motion. Plaintiffs' Memorandum of Law shall be no more than sixty (60) pages; and

5. By no later than November 19, 2008, Defendants shall file their reply memorandum of law in support of Defendants' Motion. Defendants' reply memorandum of law shall be no more than thirty-five (35) pages.

Dated: September 18, 2008.

| KELLER ROHRBACK L.L.P. | COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. |
|---|---|
| By: _____ <br> Lynn L. Sarko <br> Derek W. Loeser <br> Erin M. Riley <br> 1201 Third Avenue, Suite 3200 | By: _____ <br> Marc I. Machiz <br> Medical Tower Building, Suite 1307 <br> 255 S. 17th Street <br> Philadelphia, PA 19103 |

381801_1.DOC

| | |
|---|---|
| Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>lsarko@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>eriley@kellerrohrback.com<br><br>Gary Gotto<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Phone: (602) 248-0088<br>Fax: (602) 248-2822<br>ggotto@kellerrohrback.com<br><br>David S. Preminger (DP-1057)<br>275 Madison Ave, Suite 1425<br>New York, NY 10016<br>Phone: (212) 878-8890<br>Fax: (212) 878-8895<br>dpreminger@kellerrohrback.com<br><br>*Interim Co-Lead Counsel for Plaintiffs* | Phone: (267) 773-4682<br>Fax: (267) 773-4690<br>mmachiz@cmht.com<br><br>Bruce F. Rinaldi<br>Michelle C. Yau<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>brinaldi@cmht.com<br>myau@cmht.com |
| SHEARMAN & STERLING LLP<br><br>By: _____<br><br>Stuart J. Baskin<br>Adam S. Hakki<br>Brian H. Polovoy<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: (212) 848-4000<br>Fax: (212) 848-7179<br>sbaskin@shearman.com<br>ahakki@shearman.com<br>bpolovoy@shearman.com<br><br>*Counsel for Investment Committee Defendants, Administrative Committee Defendants, and Senior Vice President, Human Resources Defendants* | SKADDEN, ARPS, SLATE MEAGHER<br>& FLOM LLP<br><br>By: _____<br>Jay B. Kasner<br>Scott D. Musoff<br>Four Times Square<br>New York, New York 10036<br>Phone: (212) 735-3000<br>Fax: (212) 735-2000<br>jkasner@skadden.com<br>smusoff@skadden.com<br><br>*Counsel for Defendant Merrill Lynch & Co., Inc.* |

381801_1.DOC

|  | SIMPSON THACHER & BARTLETT LLP <br><br> By: _____ <br> Michael J. Chepiga <br> Paul C. Curnin <br> 425 Lexington Avenue <br> New York, NY 10017-3954 <br> Phone: (212) 455-2000 <br> Fax: (212) 455-2502 <br> mchepiga@stblaw.com <br><br> *Counsel for Defendant E. Stanley O'Neal* |
|---|---|

SO ORDERED:   New York, NY
              September 19, 2008

_/s/ Douglas F. Eaton_
/USDJ/U.S.M.J./

NOTE: I have seen the 158-page Consolidated Amended Complaint, but I choose to omit it from this copy of the 4-page Stipulation that I am signing today at 4:45 PM.

381801_1.DOC