UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE MERRILL LYNCH & CO., INC.     :   Master File No.:
SECURITIES, DERIVATIVE AND ERISA    :   07-CV-9633 (JSR)(DFE)
LITIGATION                          :
                                    :
------------------------------------------------------------x
This Document Relates to:           :
Louisiana Sheriffs' Pension and Relief Fund v. :
Conway, 08cv9063(JSR)(DFE)          :
                                    :
------------------------------------------------------------x

### ORDER FOR ADMISSION PRO HAC VICE OF RICHARD D. BERNSTEIN

Upon the Motion of Michael R. Young, a member of Willkie Farr & Gallagher LLP, counsel for Defendant Jeffrey N. Edwards, and the Affidavit of Michael R. Young in Support of the Motion, **IT IS HEREBY ORDERED** that

Richard D. Bernstein
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1000 (Phone)
(202) 303-2000 (Fax)
rbernstein@willkie.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-09

is admitted to practice pro hac vice as counsel for Defendant Jeffrey N. Edwards in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 2/20/09

_____
United States District/~~Magistrate~~ Judge