UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION <br><br> This Document Relates To: <br> Securities Action, 07cv9633 (JSR)(DFE) | Master File No. 07-cv-9633 (JSR)(DFE) |

### NOTICE OF LEAD PLAINTIFF'S MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS

Kaplan Fox & Kilsheimer LLP
Robert N. Kaplan
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Jeffrey P. Campisi
Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714

Berger & Montague, P.C.
Lawrence J. Lederer
Merrill G. Davidoff
Arthur Stock
Robin Switzenbaum
Gary E. Cantor
Lane L. Vines
1622 Locust Street
Philadelphia, PA  19103-6365
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604

Barrack, Rodos & Bacine
M. Richard Komins
Jeffrey A. Barrack
Robert A. Hoffman
Beth T. Seltzer
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-0600
Facsimile:  (215) 963-0838

- and -

Regina M. Calcaterra
1350 Broadway, Suite 1001
New York, NY  10018
Telephone:  (212) 688-0782
Facsimile:  (212) 688-0783

*Co-Lead Counsel for Lead Plaintiff State Teachers' Retirement System of Ohio and the Settlement Class*

PLEASE TAKE NOTICE that Lead Plaintiff, the State Teachers' Retirement System of Ohio ("Lead Plaintiff"), individually and on behalf of the Settlement Class,[1] by and through its counsel, will move the Court on July 27, 2009, at 4:00 p.m., before the Honorable Jed S. Rakoff, at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, for final approval of the proposed Settlement of this litigation and final certification of the Class for purposes of the proposed Settlement in accordance with Federal Rules of Civil Procedure 23.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits and is filing herewith: its accompanying Memorandum of Law; its Motion and Memorandum of Law in Support of Approval of Plan of Allocation of Settlement Proceeds; the Joint Declaration of Co-Lead Counsel in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Certification of the Class, Motion for Approval of Plan of Allocation of Settlement Proceeds, and Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ( the "Joint Decl."); the Appendix of Exhibits to the Joint Decl.; and the Declarations of William J. Neville, Dennis P. Smith, Jr., William S. McIntyre, Charles E. Ferrara and R. Alan Miller. In further support of this motion, Lead Plaintiff relies upon all other pleadings and matters of record, and such additional evidence or argument as may be presented to the Court.

---

[1] Capitalized terms not otherwise defined have the meaning set forth in the parties' Stipulation and Agreement of Settlement dated as of February 17, 2009.

Dated: June 26 2009                    Respectfully submitted,

| /s/ Frederic S. Fox | /s/ Lawrence J. Lederer | /s/ M. Richard Komins |
|---|---|---|
| Robert N. Kaplan | Lawrence J. Lederer | M. Richard Komins |
| Frederic S. Fox | Merrill G. Davidoff | Jeffrey A. Barrack |
| Joel B. Strauss | Arthur Stock | Robert A. Hoffman |
| Donald R. Hall | Robin Switzenbaum | Beth T. Seltzer |
| Jeffrey P. Campisi | Gary E. Cantor | Julie B. Palley |
| Aviah Cohen Pierson | Lane L. Vines | Barrack, Rodos & Bacine |
| Kaplan Fox & Kilsheimer LLP | Berger & Montague, P.C. | 3300 Two Commerce Square |
| 850 Third Avenue, 14th Floor | 1622 Locust Street | 2001 Market Street |
| New York, NY 10022 | Philadelphia, PA 19103-6365 | Philadelphia, PA 19103 |
| Telephone: (212) 687-1980 | Telephone: (215) 875-3000 | Telephone: (215) 963-0600 |
| Facsimile: (212) 687-7714 | Facsimile: (215) 875-4604 | Facsimile: (215) 963-0838 |

- and -

Regina M. Calcaterra
1350 Broadway, Suite 1001
New York, NY 10018
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

*Co-Lead Counsel for Lead Plaintiff State Teachers' Retirement System of Ohio and the Settlement Class*