UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No.: 07cv9633 (JSR)(DFE) |
| This Document Relates To: Securities Action, 07cv9633 (JSR)(DFE) | |

## NOTICE OF MOTION AND MOTION OF CO-LEAD COUNSEL
## FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Kaplan Fox & Kilsheimer LLP
Robert N. Kaplan
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Jeffrey P. Campisi
Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Berger & Montague, P.C.
Lawrence J. Lederer
Merrill G. Davidoff
Arthur Stock
Robin Switzenbaum
Gary E. Cantor
Lane L. Vines
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Barrack, Rodos & Bacine
M. Richard Komins
Jeffrey A. Barrack
Robert A. Hoffman
Beth T. Seltzer
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

- and -
Regina M. Calcaterra
1350 Broadway, Suite 1001
New York, NY 10018
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

*Co-Lead Counsel for Lead Plaintiff State Teachers' Retirement System of Ohio
and the Settlement Class*

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of

Expenses, the Joint Declaration of Frederic S. Fox, Lawrence J. Lederer and M. Richard Komins

in Support of Co-Lead Counsel's Request for an Award of Attorneys' Fees and Reimbursement

of Expenses, the declarations of William J. Neville, Dennis P. Smith, Jr., Bill S. McIntyre,

Charles E. Ferrara and R. Alan Miller, and all other papers filed in this litigation, Co-Lead

Counsel for Lead Plaintiff, the State Teachers' Retirement System of Ohio, will move this Court,

before the Honorable Jed S. Rakoff, United States District Judge, at the United States

Courthouse for the Southern District of New York, 500 Pearl Street, on July 27, 2009 at 4:00

p.m., for entry of an Order Approving Co-Lead Counsel's Request for an Award of Attorneys'

Fees and Reimbursement of Expenses.

Dated: June 26 2009                              Respectfully submitted,


/s/ Frederic S. Fox            /s/ Lawrence J. Lederer        /s/ M. Richard Komins
Robert N. Kaplan               Lawrence J. Lederer            M. Richard Komins
Frederic S. Fox                Merrill G. Davidoff            Jeffrey A. Barrack
Joel B. Strauss                Arthur Stock                   Robert A. Hoffman
Donald R. Hall                 Robin Switzenbaum              Beth T. Seltzer
Jeffrey P. Campisi             Gary E. Cantor                 Julie B. Palley
Aviah Cohen Pierson            Lane L. Vines                  Barrack, Rodos & Bacine
Kaplan Fox & Kilsheimer LLP    Berger & Montague, P.C.        3300 Two Commerce Square
850 Third Avenue, 14th Floor   1622 Locust Street             2001 Market Street
New York, NY 10022             Philadelphia, PA 19103-6365    Philadelphia, PA 19103
Telephone: (212) 687-1980      Telephone: (215) 875-3000      Telephone: (215) 963-0600
Facsimile: (212) 687-7714      Facsimile: (215) 875-4604      Facsimile: (215) 963-0838

                                                              - and -

                                                              Regina M. Calcaterra
                                                              1350 Broadway, Suite 1001
                                                              New York, NY 10018
                                                              Telephone: (212) 688-0782
                                                              Facsimile: (212) 688-0783


2

*Co-Lead Counsel for Lead Plaintiff State Teachers' Retirement System of Ohio and the Settlement Class*