UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No. 07-cv-9633 (JSR)(DFE) |
| This Document Relates Only To: Securities Action 07-cv-9633 (JSR)(DFE) | |

**SUPPLEMENTAL DECLARATION OF CHARLES E. FERRARA**

I, Charles E. Ferrara, declare as follows:

1.  I submit this supplemental declaration to provide the Court with updated information regarding, among other things, the mailing of additional copies of the Notice of Pendency and Proposed Settlement of Class Action, Motion For Attorneys' Fees and Expenses and Court Hearing and the Proof of Claim and Release form (collectively, the "Notice Packet"), and the receipt of additional requests for exclusion, objections and Proof of Claim and Release forms.

2.  I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3.  On June 24, 2009, I executed my original declaration (the "June Declaration") that was filed with the Court on June 26, 2009, testifying as to my knowledge of, among other things, the mailing of the Notice Packet and the receipt of requests for exclusion, objections and Proof of Claim and Release forms from the Settlement Class as of June 23, 2009.

1

## UPDATE ON MAILING OF THE NOTICE PACKET, FILING OF PROOFS OF CLAIM AND WEBSITE AND TELEPHONE STATISTICS

4. As more fully stated in my June Declaration, as of June 23, 2008, Rust had mailed a total of 919,126 Notice Packets to potential Settlement Class Members and nominees.

5. Since my June Declaration was executed, during the period from June 24, 2009 through July 16, 2009, inclusive, in response to correspondence or inquiries from potential Settlement Class Members and/or nominees, Rust has caused an additional 108,330 Claim Packets to be mailed to potential Class Members and nominees.

6. Since the execution of my June Declaration, during the period from June 24, 2009 through July 16, 2009, the United States Postal Service ("USPS") had returned 1,546 Notice Packets as undeliverable without forwarding addresses. Of these, Rust was able to locate 496 new addresses through LexisNexis, an information supplier to which Rust subscribes, and Notice Packets were promptly mailed to these potential Settlement Class Members. Additionally, the USPS returned 441 Notice Packets with forwarding addresses and they were promptly re-mailed to these potential Settlement Class Members.

7. Therefore, as of July 16, 2009, we have mailed an aggregate total of 1,028,393 Notice Packets to potential Settlement Class Members and nominees.

8. As also stated in my June Declaration (at ¶19), Proof of Claim and Release forms must be postmarked not later than September 9, 2009. During the period from June 24, 2009 through July 16, 2009, inclusive, Rust received an additional 13,049 Proof of Claim and Release forms to be processed. Therefore, as of July 16, 2009, Rust has received an aggregate total of 49,065 Proofs of Claim and Release forms.

9. As also stated in my June Declaration (at ¶13), Rust posted the Notice Packet, Order, and the Settlement Stipulation, among other documents, on a website dedicated to the Settlement (www.MerrillLynchLitigation.com). During the period from June 24, 2009 through July 16, 2009, inclusive, the website was visited at least 3,532 times. Therefore, as of July 16, 2009, the website was visited an aggregate total of at least 15,163 times.

10. Rust has maintained a toll-free telephone number to provide pre-recorded information to potential Settlement Class Members and informational requests, as stated in my June Declaration (at ¶14). During the period from June 24, 2009 through July 17, 2009, inclusive, Rust has received 2,200 additional calls, of which 1,612 additional potential Settlement Class Members requested and spoke with a live operator for assistance. Therefore, as of July 16, 2009, Rust has received an aggregate total of 8,461 calls, and live operators have spoken to a total of 6,308 potential Settlement Class Members who requested assistance. Additionally, 63 potential Settlement Class Members requested Notice Packets and same were mailed to all those who requested them.

## UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED

11. As stated in ¶20 of my June Declaration, pursuant to ¶15 of the Court's Order Preliminarily Approving Settlement and Providing for Notice, filed on March 3, 2009 and entered on March 9, 2009 (the "Preliminary Order"), Requests for Exclusion from the Settlement Class were required to be mailed by first class mail, postage prepaid, and postmarked no later than July 6, 2009, addressed to: Claims Administrator, *Merrill Lynch & Co., Inc. Securities Litigation*, c/o Rust Consulting, Inc., P.O. Box 9444, Minneapolis, MN 55440.

12. As stated in ¶20 of my June Declaration, Rust had received 111 timely Requests for Exclusion from the Settlement Class, of which 3 appeared to be duplicative. During the period from June 24, 2009 through July 16, 2009, inclusive, Rust has received 85 additional Requests for Exclusion from the Settlement Class, for an aggregate total of 196 Requests for Exclusion, of which 191 are timely; 5 were postmarked after July 6, 2009, the deadline for filing Requests for Exclusion, and 19 appear to be duplicative.

13. Attached hereto as Exhibit A is a complete listing of the name, city, state and Rust's internal tracking number of the 196 Requests for Exclusion from the Settlement Class received through to date. The list, which is in order by Rust's internal tracking number, indicates by specific notation in the "Comments" column that a Request for Exclusion has been identified as a duplicate indicating the original Request internal tracking number. Additionally, the "Timely/Late" column identifies requests that have been postmarked after the July 6, 2009 deadline.

14. Consistent with the procedures described in ¶20 of my June Declaration, complete copies of all 196 Requests for Exclusion, including the underlying Requests for Exclusion, all supporting documentation, more detailed identifying information and a copy of each envelope or express label, were provided to Co-Lead Counsel, and Co-Lead Counsel have advised us that they have shared copies of these Requests for Exclusion and related documentation with counsel for defendants.

15. As stated in my June Declaration, pursuant to ¶17 of the Preliminary Order, objections are required to be filed with the Clerk of the Court and copies served on Plaintiffs' Co-Lead Counsel and counsel for defendant Merrill Lynch on or before July 6, 2009.

16.     As of June 23, 2009, Rust had received 2 objections. During the period from June 24, 2009 through July 16, 2009, inclusive, Rust was notified of 3 additional objections from the purported members of the Settlement Class, for an aggregate total of 4 timely and 1 late objection. Attached hereto as Exhibit B is a listing by name, city and state of the 5 objections received to date.

I declare and state under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 17, 2009 in Melville, New York.

_____
Charles E. Ferrara

471895

# EXHIBIT A

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 1 | 4/24/09 | Timely | Francis X. Flannery | Bronxville | NY | |
| 2 | 4/27/09 | Timely | Brian Traverso | Fresno | CA | |
| 3 | 4/27/09 | Timely | Richard Sicuranza | W Palm Beach | FL | |
| 4 | 4/28/09 | Timely | Harvey A Carson Jr | Georgetown | TX | |
| 5 | 4/28/09 | Timely | Jerry D Moore<br>Bennett G Moore | Spring | TX | |
| 6 | 5/1/09 | Timely | Timothy J Anderson | Jacksonville | FL | |
| 7 | 5/1/09 | Timely | Salvione Insurance Agency | Gloversville | NY | |
| 8 | 5/1/09 | Timely | Martin Ondrus | Loudon | TN | |
| 9 | 5/1/09 | Timely | Michael J Maher | Sugar Land | TX | |
| 10 | 5/4/09 | Timely | Eldon R Haines<br>Dorothy L Haines | Stanwood | WA | |
| 11 | 5/4/09 | Timely | Vito Lotta | Verona | WI | |
| 12 | 5/4/09 | Timely | Jean Pickus | Playa Vista | CA | |
| 13 | 5/4/09 | Timely | George P Janich | Long Beach | CA | |
| 14 | 5/4/09 | Timely | Gerald H Braniff | Portland | OR | |
| 15 | 5/7/09 | Timely | Leo A Birch | Longwood | FL | |
| 16 | 5/7/09 | Timely | Barbara A Lamb | Wilton | CT | |
| 17 | 5/8/09 | Timely | Sarah Ray Dalton | Fort Worth | TX | |
| 18 | 5/11/09 | Timely | Donald A Nizen<br>Ivana Nizen | Boca Raton | FL | Duplicate Exclusion Request of Exclusion Number 119 |
| 19 | 5/11/09 | Timely | Cedar Hill Capital Partners | New York | NY | |
| 20 | 5/11/09 | Timely | Jack Posar<br>Florence Posar | Boynton Beach | FL | |
| 21 | 5/11/09 | Timely | Richard C Meyer | Granby | CT | |

1 of 11

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 22 | 5/11/09 | Timely | Charles J Baase | Brockport | NY | |
| 23 | 5/11/09 | Timely | Morton F Robertson | Hurricane | UT | |
| 24 | 5/11/09 | Timely | Morton F Robertson | Hurricane | UT | Duplicate Exclusion Request of Exclusion Number 23 |
| 25 | 5/11/09 | Timely | Fern Chin | Foster City | CA | |
| 26 | 5/11/09 | Timely | Louis A Gravelle Stephanie O Gravelle | Tucson | AZ | |
| 27 | 5/13/09 | Timely | Ivan Towler | Chokia | IL | |
| 28 | 5/14/09 | Timely | Cynthia M W Shang Warren H Shang | Chantilly | VA | |
| 29 | 5/14/09 | Timely | Ronald Friedman DMD | Mohegan Lake | NY | |
| 30 | 5/15/09 | Timely | Anthony Ignasher | Morresville | NC | |
| 31 | 5/18/09 | Timely | Philip R Girard | Mequon | WI | |
| 32 | 5/18/09 | Timely | Arlene Hinkle | York | PA | |
| 33 | 5/18/09 | Timely | Diane Fugel | Montrose | PA | |
| 34 | 5/18/09 | Timely | Wendell M Levi, Jr | Sumter | SC | |
| 35 | 5/18/09 | Timely | Richard Ginsberg Heather Ginsberg | Austin | TX | |
| 36 | 5/19/09 | Timely | Francis X. Flannery | Bronxville | NY | Duplicate Exclusion Request of Exclusion Number 1 |
| 37 | 5/19/09 | Timely | William C Carpenter Mary Ellen Carpenter | Auburn | WA | |
| 38 | 5/19/09 | Timely | Robert Sproul Gloria Sproul Sproul Family Trust | Escondido | CA | |
| 39 | 5/19/09 | Timely | John T Perkins | Tampa | FL | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/ Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 40 | 5/21/09 | Timely | James Ray Bodkin | Palmdale | CA | |
| 41 | 5/21/09 | Timely | Linden Pasadena Properties | Los Angeles | CA | |
| 42 | 5/22/09 | Timely | Gregory Book | Mableton | GA | |
| 43 | 5/26/09 | Timely | Margaret Alford | Albuquerque | NM | |
| 44 | 5/26/09 | Timely | Angelo Castello | Ft Lauderdale | FL | |
| 45 | 5/26/09 | Timely | Gerald A Oslar | Wheat Ridge | CO | |
| 46 | 5/26/09 | Timely | Gerald H Stein | Gainesville | FL | |
| 47 | 5/26/09 | Timely | Joseph L Folgore | Marlboro | NJ | |
| 48 | 5/29/09 | Timely | Marie Nortmann Richard J Nortmann | Hollywood | FL | |
| 49 | 5/29/09 | Timely | Michael Crandall | Vail | AZ | |
| 50 | 6/1/09 | Timely | Michael Nicholas Neubauer | Ascheville | NC | |
| 51 | 6/1/09 | Timely | Beverly Evans McDonald | Richardson | TX | |
| 52 | 6/1/09 | Timely | Murrell A Kearns | Spanish Fort | AL | |
| 53 | 6/1/09 | Timely | Barbara A Spurling | St Helier Jersey, Channel Islands | | |
| 54 | 6/2/09 | Timely | Thomas R Cannon Jr | Fairfax | VA | |
| 55 | 6/2/09 | Timely | Jene E Courtney | Lakeside | CA | |
| 56 | 6/2/09 | Timely | Nancy Bongelli | Lake Worth | FL | |
| 57 | 6/4/09 | Timely | R Scott Cresko | Duryea | PA | |
| 58 | 6/4/09 | Timely | Gloria O Wilson | Jupiter | FL | |
| 59 | 6/5/09 | Timely | Maria Sanchez | Victorville | CA | |
| 60 | 6/5/09 | Timely | Roger A Dash | Niles | MI | |
| 61 | 6/8/09 | Timely | Fadi Aoun | London, On, Canada | | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 62 | 6/9/09 | Timely | Margaret Davon Stuart Bedrin | Boca Raton | FL | |
| 63 | 6/9/09 | Timely | Eugene R Salmon | Lake Worth | FL | Duplicate Exclusion Request of Exclusion Number 64 |
| 64 | 6/9/09 | | Eugene R Salmon Leslie R Salmon | Lake Worth | FL | |
| 65 | 6/9/09 | Timely | Norman C Weitzman | Ft Lauderdale | FL | |
| 66 | 6/9/09 | Timely | Harriet Palmer | Summerfield | FL | |
| 67 | 6/9/09 | Timely | Stanley Javer | Boynton Beach | FL | |
| 68 | 6/9/09 | Timely | Richard Sudalter SG Sudalter | Delray Beach | FL | |
| 69 | 6/9/09 | Timely | Raymond Chmelecki | Toms River | NJ | |
| 70 | 6/9/09 | Timely | Adam Kreysar Tina Kreysar | Ft Lauderdale | FL | |
| 71 | 6/9/09 | Timely | Mark Sadolf Virginia Sadolf | Hallandale Beach | FL | |
| 72 | 6/9/09 | Timely | P Susan Steele | Mill Valley | CA | |
| 73 | 6/9/09 | Timely | RLI Corp RLI Insurance Co MT Hawley Insurance Co RLI Insurance LTD | Peoria | IL | |
| 74 | 6/9/09 | Timely | Bobby L Simpson | Raleigh | NC | |
| 75 | 6/11/09 | Timely | Allan Bendett | Boca Raton | FL | |
| 76 | 6/11/09 | Timely | Irving Kornberg Ruth Kornberg | Delray Beach | FL | |
| 77 | 6/11/09 | Timely | Cassa Lombarda | | | |
| 78 | 6/11/09 | Timely | Murray Wallach | Great Neck | NY | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 79 | 6/11/09 | Timely | Christopher McPherson | Corona | CA | |
| 80 | 6/11/09 | Timely | Irving Philips | Boynton Beach | FL | |
| 81 | 6/12/09 | Timely | Vincent Dang | San Jose | CA | |
| 82 | 6/12/09 | Timely | Elsie M Linkel / Stephan M Linkel | Ewing | NJ | |
| 83 | 6/12/09 | Timely | John A Cozzi | Grosse Ile | MI | |
| 84 | 6/12/09 | Timely | Vincent P Ditrano Jr | Aventura | FL | |
| 85 | 6/15/09 | Timely | Keith Woodard | Norfolk | MA | |
| 86 | 6/15/09 | Timely | Arthur D Davis / Janet T Davis | Ormond Beach | FL | |
| 87 | 6/15/09 | Timely | Lillian Freedman | Boynton Beach | FL | |
| 88 | 6/15/09 | Timely | Carl I Parker | Boynton Beach | FL | |
| 89 | 6/15/09 | Timely | Lawrence H Long | Boca Raton | FL | |
| 90 | 6/15/09 | Timely | Molly E Kline / Joseph Kline | W Bloomfield | MI | |
| 91 | 6/15/09 | Timely | Henry Bernfeld / Harriet Bernfeld | Boca Raton | FL | |
| 92 | 6/15/09 | Timely | Cecilia Dwyer / Brendan Dwyer | Ft Lauderdale | FL | |
| 93 | 6/15/09 | Timely | Thomas L Roth | Louisville | KY | |
| 94 | 6/15/09 | Timely | Morin A Handell / Estelle R Handell | Warren | RI | |
| 95 | 6/15/09 | Timely | Rosemarie Carrozza | Staten Island | NY | |
| 96 | 6/17/09 | Timely | Nancy C Wood | Camarillo | CA | |
| 97 | 6/17/09 | Timely | Lori Brockhaus | Ladue | MO | |
| 98 | 6/17/09 | Timely | Linda Horwitz | Chesterfield | MO | |
| 99 | 6/18/09 | Timely | Ben Pivnick | Farmington Hills | MI | |
| 100 | 6/18/09 | Timely | John R Tanner | Waynesville | NC | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 101 | 6/18/09 | Timely | Sidney Gravitz / Zecil Gravitz | S Pomfret | VT | |
| 102 | 6/18/09 | Timely | John S Ballinger | Ft Wayne | IN | |
| 103 | 6/19/09 | Timely | Anna V Chapman | The Villages | FL | |
| 104 | 6/22/09 | Timely | Stewart J Parker / Sara J Parker | Columbia | TN | |
| 105 | 6/22/09 | Timely | Lillian Freedman | Boynton Beach | FL | Duplicate Exclusion Request of Exclusion Number 87 |
| 106 | 6/22/09 | Timely | Dennis J Lahood | E Syracuse | NY | |
| 107 | 6/22/09 | Timely | Charles R Klein / Pearl Klein | Sunrise | FL | |
| 108 | 6/22/09 | Timely | Dorinda Cardillo | Sunrise | FL | |
| 109 | 6/22/09 | Timely | Mark S Huetter / Debra Huetter | Cooper City | FL | |
| 110 | 6/22/09 | Timely | Barbara Sulcova | | | |
| 111 | 6/23/09 | Timely | Albert Brown | Boynton Beach | FL | |
| 112 | 6/24/09 | Timely | Linda D Mark | Houston | TX | |
| 113 | 6/25/09 | Timely | Bernice H Lebovitz / Joel Lebovitz | Boca Raton | FL | |
| 114 | 6/25/09 | Timely | Bernice H Lebovitz / Joel Lebovitz | Boca Raton | FL | Duplicate Exclusion Request of Exclusion Number 113 |
| 115 | 6/25/09 | Timely | Donna J Eisenmann | Jeffersonton | VA | |
| 116 | 6/25/09 | Timely | Gary Iacobaccio | | | |
| 117 | 6/25/09 | Timely | Warren H Atkins / Sara M Atkins | San Mateo | CA | |
| 118 | 6/26/09 | Timely | Barbara J Potter | Orinda | CA | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 119 | 6/26/09 | Timely | Donald A Nizen / Ivana Nizen | Boca Raton | FL | |
| 120 | 6/26/09 | Timely | Alex P Waddell IV | Nashville | TN | Duplicate Exclusion Request of Exclusion Number 123 |
| 121 | 6/26/09 | Timely | Alex P Waddell IV | Nashville | TN | Duplicate Exclusion Request of Exclusion Number 123 |
| 122 | 6/26/09 | Timely | Alex P Waddell IV | Nashville | TN | Duplicate Exclusion Request of Exclusion Number 123 |
| 123 | 6/26/09 | Timely | Alex P Waddell IV / Linda W Waddell | Nashville | TN | |
| 124 | 6/26/09 | Timely | Linda W Waddell | Nashville | TN | Duplicate Exclusion Request of Exclusion Number 123 |
| 125 | 6/29/09 | Timely | Dwayne Loggins / Angelain Loggins | W Bloomfield | MI | |
| 126 | 6/29/09 | Timely | Jeffrey Rosenberg, Esq | Ft Lauderdale | FL | Duplicate Exclusion Request of Exclusion Number 130 |
| 127 | 6/29/09 | Timely | University Commons LLC | Ft Lauderdale | FL | |
| 128 | 6/29/09 | Timely | Jilco Investment Partnership | Ft Lauderdale | FL | |
| 129 | 6/29/09 | Timely | 6400 Building LLC | Ft Lauderdale | FL | |
| 130 | 6/29/09 | Timely | Jeffrey M Rosenberg | Delray Beach | FL | |
| 131 | 6/29/09 | Timely | Canus Management Ltd | Ft Lauderdale | FL | |

7 of 11

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 132 | 6/29/09 | Timely | Murray D Shear | Boca Raton | FL | |
| 133 | 6/29/09 | Timely | Marshall Rosen | Delray Beach | FL | |
| 134 | 6/29/09 | Timely | Christine Fencel | Lake Monroe | FL | |
| 135 | 6/29/09 | Timely | Carol E Ryden | Northglenn | CO | |
| 136 | 6/29/09 | Timely | Arthur A Schmitz | Arlington | IL | |
| 137 | 6/29/09 | Timely | Gary Serafini | Lower Burrell | PA | |
| 138 | 6/30/09 | Timely | Barbara S Eichotlz | Venice | FL | |
| 139 | 7/1/09 | Timely | Angelo A Durante | Jupiter | FL | |
| 140 | 7/2/09 | Timely | Thomas W Sullivan | Alexandria | VA | |
| 141 | 7/2/09 | Timely | Geraldine H Westwood | Boise | ID | |
| 142 | 7/2/09 | Timely | Arnold G Kumagai | Boise | ID | |
| 143 | 7/2/09 | Timely | Janet D Beckwith | Huntington | NY | |
| 144 | 7/2/09 | Timely | Harriet Mironov | Delray Beach | FL | |
| 145 | 7/2/09 | Timely | Barry Levin | Beckley | WV | |
| 146 | 7/6/09 | Timely | New York State Common Retirement Fund | New York | NY | |
| 147 | 7/6/09 | Timely | Wilson FDN-M&N SUB | Westerville | OH | |
| 148 | 7/6/09 | Timely | Carol A Villamana | Middlebury | CT | |
| 149 | 7/6/09 | Timely | Dwayne Loggins Angelain Loggins | Farmington Hills | MI | Duplicate Exclusion Request of Exclusion Number 125 |
| 150 | 7/6/09 | Timely | Suzanne Depeyster | Arlington | VT | |
| 151 | 7/6/09 | Timely | Jon Kayyem Mrs Jon Kayyem IFIN LP Hi Charitable Rem-MC | Pasadena | CA | |
| 152 | 7/6/09 | Timely | Robert G Hardin | Roanoke | VA | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 153 | 7/6/09 | Timely | Ruth Melichar | Traverse City | MI | |
| 154 | 7/6/09 | Timely | George F Murphy | Milton | MA | |
| 155 | 7/6/09 | Timely | Danny Nguyen | Norco | CA | |
| 156 | 7/6/09 | | Maria Ilczenko Nikolaus Ilczenko | Chesterfield | NJ | |
| 157 | 7/6/09 | Timely | Herbert J Cohen Thalia F Cohen | Boynton Beach | FL | |
| 158 | 7/6/09 | Timely | Lucy Alessi | Boca Raton | FL | |
| 159 | 7/6/09 | Timely | Louis C Villamana | Middlebury | CT | |
| 160 | 7/6/09 | Timely | Sophia H Y Chang | Silver Spring | MD | |
| 161 | 7/6/09 | Timely | Thomas T Forschner | Forest Hills | NY | |
| 162 | 7/6/09 | Timely | Bob D Nevill | Bay City | TX | |
| 163 | 7/6/09 | Timely | Lillian Bauer | Bal Harbour | FL | |
| 164 | 7/6/09 | Timely | Roberta Abramson Burt Abramson | Bridgewater | NJ | |
| 165 | 7/6/09 | Timely | John A Daily Marian E Daily | Chesterbrook | PA | |
| 166 | 7/6/09 | Timely | GG Williams | Scottsdale | AZ | |
| 167 | 7/7/09 | Timely | A&L Larson Trust | Wrangell | AK | |
| 168 | 7/7/09 | Timely | Richard W Larson Barbara J Larson | Wrangell | AK | |
| 169 | 7/7/09 | Timely | Robert Banks Vita Banks | Escondido | CA | |
| 170 | 7/8/09 | Timely | David Ungar | Las Vegas | NV | |
| 171 | 7/8/09 | Timely | Cynthia Shealy | Savannah | GA | |
| 172 | 7/8/09 | Timely | Suryadi Hermijanto | Jakarta, Indonesia | | |
| 173 | 7/9/09 | Timely | Earl Graves | Elmvale | ON | |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 174 | 7/9/09 | Timely | Burt Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |
| 175 | 7/9/09 | Timely | Burt Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |
| 176 | 7/9/09 | Timely | Roberta Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |
| 177 | 7/9/09 | Timely | Roberta Abramson Burt Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |
| 178 | 7/9/09 | Timely | Jean Marie B Brett | Lady Lake | FL | |
| 179 | 7/9/09 | Timely | Richard Turnbull | Pointe-Claire, QC Canada | | |
| 180 | 7/9/09 | Timely | Basem Pharaon | Short Hills | NJ | |
| 181 | 7/9/09 | Timely | Melanie Singer | San Diego | CA | |
| 182 | 7/9/09 | Timely | Marcy Singer | San Diego | CA | |
| 183 | 7/9/09 | Timely | Joyce West | New York | NY | |
| 184 | 7/9/09 | Timely | Burt Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |
| 185 | 7/9/09 | Timely | Burt Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |
| 186 | 7/9/09 | Timely | Roberta Abramson | Bridgewater | NJ | Duplicate Exclusion Request of Exclusion Number 164 |

Exhibit A - Exclusions

| Exc # | Date Rec'd | Timely/Late | Name of Claimant | City | State | Comments |
|---|---|---|---|---|---|---|
| 187 | 7/9/09 | Timely | Paula L Heinricher | Wexford | PA | |
| 188 | 7/10/09 | Late | Richard B Bloom | St Petersburg | FL | |
| 189 | 7/10/09 | Late | Frederick P Gerlinger | Wayne | NJ | |
| 190 | 7/10/09 | Timely | Nancy Ann Nicolai Dickie | Virginia Beach | VA | |
| 191 | 7/10/09 | Timely | Yee Ning Chan | Kanata, Ontario Canada | | |
| 192 | 7/10/09 | Timely | George H Mandich | W Palm Beach | FL | |
| 193 | 7/13/09 | Late | James Peskin / Irene Peskin | Boca Raton | FL | |
| 194 | 7/13/09 | Timely | Donald W Clarke | St Johns NL, Canada | | |
| 195 | 7/13/09 | Late | Alexander J Kish | Wilsonville | OR | |
| 196 | 7/15/09 | Late | Raymond Corner | St Albert, AB Canada | | |

11 of 11

# EXHIBIT B

Exhibit B - Objections

| OBJ # | Timely/Late | NAME OF CLAIMANT | CITY | STATE | COMMENTS |
|---|---|---|---|---|---|
| 1 | Timely | Richard E Tietz | Lafayette | CA | Claim filed |
| 2 | Timely | Grace Goldblatt Trustee for Martin and Grace Geier | Ocala | FL | Claim filed |
| 3 | Timely | Ronald Carmichael | Southport | NC | Claim filed |
| 4 | Timely | Cecil Byrd | New York | NY | Claim filed |
| 5 | Late | Rick and Betsy Jasinski | Charlotte | NC | No claim filed as of 7/16/09 |

1 of 1

# CERTIFICATE OF SERVICE

I, Frederic S. Fox, declare that, on July 20, 2009, I caused a true and correct copy of the attached documents to be filed with the Court and served upon all counsel of record via the Court's ECF system.

/s/ *Frederic S. Fox*
Frederic S. Fox