Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
IN RE MERRILL LYNCH & CO., INC.          :
SECURITIES, DERIVATIVE AND ERISA         :
LITIGATION                               :
                                         :   Master File No:
                                         :   07cv9633 (JSR)
-----------------------------------------:
                                         :
This Document Relates To: Derivative Action,  :   ECF Case
07cv9696 (JSR) (DFE)                     :
                                         :
----------------------------------------x

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO MOVE OR ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants to move or answer with respect to the Verified Third Amended Shareholder Derivative and Class Action Complaint is hereby extended until September 21, 2009.

Dated: August 6, 2009

Respectfully submitted,

BROWER PIVEN
A Professional Corporation

By: _____
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Fax: (212) 501-0300

*Derivative Plaintiffs' Executive Committee and Liaison Counsel and Counsel for Derivative Plaintiff Miriam Loveman*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-09

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Eric M. Roth
Eric M. Roth
Ian Boczko
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000

*Counsel for Bank of America Corporation*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Jay B. Kasner (KRW)
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000


SHEARMAN & STERLING LLP

By: /s/ Alan Hakki (KRW)
Stuart Jay Baskin
Adam S. Hakki
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Fax: (212) 848-4974

*Counsel for Merrill Lynch & Co., Inc.*

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Denis Block /KRW/
Denis J. Block
Gregory A. Markel
Jason M. Halper
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Fax: (212) 504-6666

*Counsel for Outside Director Defendants*


SIMPSON THACHER & BARTLETT LLP

By: /s/ Michael Chepiga /KRW/
Michael Joseph Chepiga
Paul S. Curnin
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2598
Fax: (212) 455-2502

*Counsel for E. Stanley O'Neal*


MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ Andrew Robertson /KRW/
James N. Benedict
Andrew Robertson
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Fax: (212) 822-5696

*Counsel for Ahmass Fakahany*

WEIL, GOTSHAL & MANGES LLP

By: *[signature]* Jonathan Blau /KRW

Joseph S. Allerhand
Jonathan D. Polkes
767 Fifth Avenue
New York, New York 10023
Telephone: (212) 310-8000
Fax: (212) 833-3148

*Counsel for Gregory Fleming*


WILLKIE FARR & GALLAGHER LLP

By: *[signature]* Richard Bernstein /KRW

Michael R. Young
787 Seventh Avenue
New York, New York 10013
Telephone: (212) 728-8503
Fax: (212) 728-8111

Richard D. Bernstein
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1108
Fax: (202) 303-2108

*Counsel for Jeffrey Edwards*


IT IS SO ORDERED:

*[signature]*
U.S.D.J.
Dated: 8/17/09