UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No.: 07cv9633 (JSR) |
| This Document Relates To: Derivative Action, 07cv9696 (JSR) (DFE) | NOTICE OF MOTION TO SUBSTITUTE COUNSEL |

Defendant John A. Thain hereby moves to substitute Dechert LLP for Skadden, Arps, Slate, Meagher & Flom, LLP as his counsel of record in the above-captioned action.

Dated: New York, New York
September 18, 2009

DECHERT LLP

By: _____
Andrew J. Levander
andrew.levander@dechert.com
David S. Hoffner
david.hoffner@dechert.com
1095 Avenue of the Americas
New York, NY 10036 - 6797
Tel: 212.698.3500
Fax: 212.698.3599

-and-

Jennie B. Krasner
jennie.krasner@dechert.com
**DECHERT LLP**
A Pennsylvania Limited Liability Partnership
Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
Tel: 609.955.3200
Fax: 609.955.3259