**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | : : : | Master File No.: 07cv9633 (JSR)(DFE) |
| ----------------------------------- x | | **ECF CASE** |
| This Document Relates to: Derivative Action, 07cv9696 (JSR)(DFE) | : : : | **Electronically Filed** |
| ----------------------------------- x | | **NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of The Motion of Defendant Jeffrey N. Edwards to Dismiss the Verified Third Amended Shareholder Derivative and Class Action Complaint and all prior papers and proceedings herein, Defendant Jeffrey N. Edwards will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order: (a) dismissing the Verified Third Amended Shareholder Derivative and Class Action Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      September 21, 2009

                                                               /s/ Michael R. Young
                                                       Richard D. Bernstein  (rbernstein@willkie.com)
                                                       Michael R. Young    (myoung@willkie.com)
                                                       Frank M. Scaduto     (fscaduto@willkie.com)
                                                       WILLKIE FARR & GALLAGHER LLP
                                                       787 Seventh Avenue
                                                       New York, New York 10019
                                                       (212) 728-8000

                                                       *Attorneys for Defendant Jeffrey N. Edwards*

TO:

David A.P. Brower
BROWER PIVEN, P.C.
488 Madison Avenue
Eighth Floor
New York, New York  10022
Phone: (212) 501-9000
Fax:    (212) 501-0300
*Derivative Plaintiff's Executive Committee and Liason Counsel
and Counsel for Derivative Plaintiff Miriam Loveman*


Eric M. Roth
Ian Boczko
Peter C. Hein
William Edwards
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Phone: (212) 403-1000
Fax:    (212) 403-2000
*Attorneys for Defendant Bank of America Corporation*


Jay B. Kasner
Paul S. Lockwood
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Phone: (212) 735-3000
Fax:    (212) 735-2000
*Attorneys for Defendant Merrill Lynch & Co., Inc.*


Dennis J. Block
Gregory A. Markel
Jason M. Halper
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Phone: (212) 504-6000
Fax:    (212) 504-6666
*Attorneys for the Merrill Director Defendants*

Richard W. Clary
Julie A. North
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York  10019
Phone: (212) 474-1000
Fax:    (212) 474-3700
*Attorneys for the Merrill Director Defendants*


Michael Chepiga
Paul Curnin
Zachary Feingold
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Phone: (212) 455-20000
Fax:    (212) 455-2502
*Attorneys for Defendant E. Stanley O'Neal*


Andrew J. Levander
David S. Hoffner
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Phone: (212) 698-3500
Fax:    (212) 698-3599

		-and-

Jennie B. Krasner
DECHERT LLP
Suite 500
902 Carnegie Center
Princeton, New Jersey  08540
Phone: (609) 955-3200
Fax:    (609) 955-3259
*Attorneys for Defendant John A. Thain*

James N. Benedict
George Canellos
Andrew Robertson
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York  10005
Phone: (212) 530-5000
Fax:    (212) 530-5219
*Attorneys for Defendant Ahmass Fakahany*


Joseph F. Allerhand
Jonathan D. Polkes
Erin J. Law
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Phone: (212) 310-8000
Fax:    (212) 310-8007
*Attorneys for Defendant Greg Fleming*