UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No.:<br>07cv9633 (JSR)(DFE) |
| This Document Relates To: Derivative Action, 07cv9696 (JSR)(DFE) | |

**DECLARATION OF DAVID A.P. BROWER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE VERIFIED THIRD AMENDED SHAREHOLDER DERIVATIVE AND CLASS ACTION COMPLAINT**

I, David A.P. Brower, hereby declare, under penalty of perjury, as follows:

1. I am a principal of the law firm of Brower Piven, A Professional Corporation. I submit this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motions To Dismiss the Verified Third Amended Shareholder Derivative and Class Action Complaint;

2. Attached hereto as Exhibit A is a true and correct copy of the transcript from the Argument and Ruling on the Motion to Dismiss in *In re Bank of America Corporation Stockholder Derivative Litigation*, No. CA 4307-VCS (Del. Ch. Oct. 12, 2009); and

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Samuel T. Cohen, dated October 19, 2009.

Executed: October 19, 2009
       New York, New York

                                                 /s/ *David A.P. Brower*
                                                  David A.P. Brower